AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,<br>*Plaintiff*<br>v.<br>NEW FRONTIER MEDIA, INC., et al.,<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 12-cv-02941 JLK-KLM<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> NEW FRONTIER MEDIA, INC.
> 6000 Spine Road, Suite 100
> Boulder, CO 80301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey A. Berens, Esq.
> DYER & BERENS LLP
> 303 East 17th Avenue, Suite 300
> Denver, CO 80203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/8/2012



s/D. Berardi

*Signature of Clerk or Deputy Clerk*



# RETURN OF SERVICE

State of Colorado, County of Boulder

I, Robert Garland, declare under oath that I served a (1) Summons, (2) Complaint (*Telke v. New Frontier Media, Inc., et al.*), (3) Civil Cover Sheet, and (4) Instructions Regarding Notice of Availability of a Magistrate Judge on New Frontier Media, Inc. by personally handing the documents to authorized recipient Marc Callipari, Registered Agent at 6000 Spine Road, Suite 100, Boulder, CO on November 12th, 2012 at 8:55 a.m.

Date: November 12th, 2012

Sign: _____

Private Process Server: Robert Garland

Signed under oath before me on 11/12/2012

Notary Public: Joshua E. Fortenbaugh

Sign: _____

My commission expires 08/15/2016

My Commission Expires 08/15/2016

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2012, I electronically filed the foregoing **SUMMONS / RETURN OF SERVICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

        s/ Jeffrey A. Berens
        Jeffrey A. Berens
        Attorney for Plaintiff
        DYER & BERENS LLP
        303 East 17th Avenue, Suite 300
        Denver, CO 80203
        Telephone: (303) 861-1764
        FAX: (303) 395-0393
        Email: jeff@dyerberens.com