## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK-KLM

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO,
WALTER TIMOSHENKO,
LFP BROADCASTING, LLC and
FLYNT BROADCAST, INC.,

      Defendants.

---

### NOTICE OF CASE ASSOCIATION
---

Plaintiff hereby provides notice, in accordance with D.C.COLO.LCivR 7.5, that the above-captioned case is reasonably related to the following actions: (1) *White v. New Frontier Media, Inc., et al.*, Civil Action No. 2012CV1011 (Boulder Dist. Ct., Colo.); (2) *Palkon v. New Frontier Media, Inc., et al.*, Civil Action No. 2012CV030034 (Boulder Dist. Ct., Colo.); and (3) *Chakravarthy v. Isaacman, et al.*, Civil Action No. 2012CV030051 (Boulder Dist. Ct., Colo.). All cases are shareholder class actions alleging breaches of fiduciary duties by the same defendants arising out of the same transaction.

| | |
|---|---|
| Dated: November 19, 2012 | DYER & BERENS LLP<br>ROBERT J. DYER III<br>JEFFREY A. BERENS<br><br> /s/ JEFFREY A. BERENS_____<br>303 East 17th Avenue, Suite 300<br>Denver, CO 80203<br>Tel: (303) 861-1764<br>Fax: (303) 395-0393<br>bob@dyerberens.com<br>jeff@dyerberens.com<br><br>LEVI & KORSINSKY, LLP<br>Shannon L. Hopkins, Esq.<br>30 Broad Street, 24th Floor<br>New York, New York 10004<br>Tel: (212) 363-7500<br>Fax: (212) 363-7171<br>shopkins@zlk.com<br><br>*Counsel for Plaintiff* |

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2012, I electronically filed the foregoing **NOTICE OF CASE ASSOCIATION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List and further certify the foregoing document was served via e-mail on the following counsel, who are not CM/ECF participants:

Stuart N. Bennett
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Email: sbennett@joneskeller.com

Mark A. Vander Laan
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Email: mark.vanderlaan@dinsmore.com

                *s/ Jeffrey A. Berens*
                Jeffrey A. Berens
                Attorney for Plaintiff
                DYER & BERENS LLP
                303 East 17th Avenue, Suite 300
                Denver, CO  80203
                Telephone: (303) 861-1764
                FAX: (303) 395-0393
                Email: jeff@dyerberens.com