**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02941-JLK-KLM

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO,
WALTER TIMOSHENKO,
LFP BROADCASTING, LLC and
FLYNT BROADCAST, INC.,

      Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED PROCEEDINGS**

Having considered Plaintiff's Motion for Preliminary Injunction and Request for Expedited Proceedings (the "Motion"), all papers filed in support and in opposition to, and good cause appearing therefore, the Court HEREBY ORDERS:

1. Plaintiff's Motion is GRANTED; and

2. Defendants shall extend the tender offer by ___ days and make the supplemental disclosures ordered by the Court within __ days of this Order.

**IT IS SO ORDERED.**

DATED: _____

                                  SENIOR JUDGE JOHN L. KANE
                                  UNITED STATES DISTRICT COURT