IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.1:12-cv-02941-JLK-KLM

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO,
WALTER TIMOSHENKO,
LFP BROADCASTING, LLC and
FLYNT BROADCAST, INC.,

    Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS NEW FRONTIER MEDIA, INC., ALAN ISAACMAN, MELISSA HUBBARD, HIRAM J. WOO, AND WALTER TIMOSHENKO

---

Stuart N. Bennett and Aaron D. Goldhamer of Jones & Keller, P.C., hereby enter their appearance on behalf of Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo, and Walter Timoshenko.

DATED: November 20, 2012.

Respectfully submitted,

s/ Stuart N. Bennett
Stuart N. Bennett

s/ Aaron D. Goldhamer
Aaron D. Goldhamer

**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150

{JK00436901.1 }

Denver, CO 80202
Telephone: (303) 573-1600
Fax: (303) 573-8133
E-mail: sbennett@joneskeller.com
agoldhamer@joneskeller.com
Attorneys for Defendants New Frontier Media, Inc., Alan Isaacman, Walter Timoshenko, Melissa Hubbard and Hiram Woo

{JK00436901.1 }

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| *Attorneys for Plaintiff* | bob@dyerberens.com<br>jeff@dyerberens.com | Robert J. Dyer, III<br>Jeffrey A. Berens<br>DYER & BERENS LLP<br>303 East 17th Avenue, Suite 300<br>Denver, Co   80203 |
|---|---|---|
| | shopkins@zlk.com | Shannon L. Hopkins<br>LEVI & KORSINSKY, LLP<br>30 Broad Street, 24th Floor<br>New York, NY   10004 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:   NONE

s/ *Stuart N. Bennett*
Stuart N. Bennett
Aaron D. Goldhamer
Attorneys for Defendants New Frontier Media, Inc.,
Alan Isaacman, Walter Timoshenko, Melissa Hubbard
and Hiram J. Woo
**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:	303-573-1600
Fax:	303-573-8133
E-mail:	sbennett@joneskeller.com
	agoldhamer@joneskeller.com