IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK-KLM

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO,
WALTER TIMOSHENKO,
LFP BROADCASTING, LLC and
FLYNT BROADCAST, INC.,

    Defendants.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

    I, Darby K. Kennedy of Dyer & Berens, LLP, a member in good standing of the bar of this Court, hereby enter my appearance in accordance with D.C.COLO.LCivR 11.1A, in the above-captioned case as counsel for plaintiff Craig Telke.

DATED:  November 21, 2012        Respectfully Submitted,

                                              s/ Darby K. Kennedy
                                              *Darby K. Kennedy*
                                              DYER & BERENS LLP
                                              303 East 17th Avenue, Suite 300
                                              Denver, CO 80203
                                              Telephone: (303) 861-1764
                                              FAX: (303) 395-0393
                                              Email: darby@dyerberens.com

                                              *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2012, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List and further certify the foregoing document was served via e-mail on the following counsel, who are not CM/ECF participants:

Mark A. Vander Laan
Robert M. Zimmerman
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Email: mark.vanderlaan@dinsmore.com
Email: robert.zimmerman@dinsmore.com

             s/ Darby K. Kennedy
             *Darby K. Kennedy*
             Attorney for Plaintiff
             DYER & BERENS LLP
             303 East 17th Avenue, Suite 300
             Denver, CO 80203
             Telephone: (303) 861-1764
             FAX: (303) 395-0393
             Email: darby@dyerberens.com