Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.1:12-cv-02941-JLK-KLM

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

  Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO,
WALTER TIMOSHENKO,
LFP BROADCASTING, LLC and
FLYNT BROADCAST, INC.,

  Defendants.

## AFFIDAVIT OF ALAN ISAACMAN

Alan Isaacman, upon being duly sworn, states as follows.

1. My name is Alan Isaacman. I am over the age of twenty-one and am otherwise competent to testify. The following statements are based on my personal knowledge.

2. I am the Chairman of the Board of Directors of New Frontier Media, Inc. (the "Company"). I also served as the Chairman of the Special Committee of the Board of Directors ("Special Committee") which was formed to evaluate strategic alternatives for the Company, including a possible sale or merger of the Company. The work of the Special Committee resulted in the tender offer for the Company's outstanding stock by LFP Broadcasting LLC which is the proposed transaction that is the subject of the above-captioned lawsuit (the "Tender Offer").

3. The Company engaged a law firm—Holland & Hart, LLP, of Denver Colorado—to advise it concerning the Tender Offer and requisite disclosures to the public in connection therewith. The Special Committee retained an experienced law firm—Alston & Bird, LLP—to advise the committee in connection with the committee's work and ultimately the proposed Tender Offer. The Company, in conjunction with its financial advisor, Avondale Partners, LLC, followed the advice of those law firms in negotiating the terms of the Tender Offer and the public disclosures in connection therewith, including the filing of Securities and Exchange Commission Form 14D-9 ("Form 14D-9")

{JK00437248.1 }

4.      Excerpts from the Company's Form 14D-9 are attached as Exhibit "A" to the Defendants' Response in Opposition to Plaintiff's Motion for Preliminary Injunction and Request for Expedited Proceedings ("Defendants' Response"). The Form 14D-9 fairly describes the events which transpired in connection with the Special Committee's work and the Tender Offer and contains no misrepresentations or omissions of material fact concerning the proposed transaction.

5.      Beginning at page 11, the Form 14D-9 provides a chronological description of the material events leading up to the Tender Offer. As described therein, between April 2012 when the Special Committee was formed and October 14, 2012 when the Tender Offer was approved by the Company's Board of Directors, the Special Committee met either in person or by telephone conference call more than 40 times including numerous times with its counsel, Alston & Bird and its financial advisor, Avondale Partners LLC ("Avondale").

6.      The Plaintiff alleges that the proposed purchaser of the company's stock, LFP Broadcasting is a subsidiary of LFP, Inc., a "flagship of the adult entertainment empire owned by Larry Flynt". Complaint at ¶ 6. The Complaint further alleges that I have a long-time relationship with Flynt stemming back to 1988 when I represented Flynt in the Supreme Court in a case between Flynt's Hustler Magazine and Jerry Falwell. From this relationship, the Complaint falsely asserts that my leadership position in the Company "was concurrent with the sales process sharply favoring Flynt, and ending in a deal with the Flynt-controlled LFP Broadcasting." Complaint at ¶ 6.

7.      The Complaint's allegations and implications therefrom that I somehow unduly influenced the sale of the Company to the Flynt organization are false. As set forth in the Form 14D-9, in initial contacts with the Flynt organization were instituted by the Company's former Chief Executive Officer, Michael Weiner, more than two years ago in July 2010. Form 14D-9 at 11. After executing a confidentiality agreement and visiting with the Company's management team at the time, LFP determined not to make an offer to acquire the Company at that time. *Id.* Further discussions occurred a year later between the Company and LFP in July 2011, but again not progressed beyond the exploratory stage. *Id.*

8.      While it is true that I represented the Flynt organization in a case before the United States Supreme Court, I personally have had no contact with Mr. Flynt since 2001. It is false and entirely misleading to suggest that I have a long-term relationship with Mr. Flynt. It is more accurate to say that a long-time ago I had an attorney-client relationship with Mr. Flynt and one of his companies.

9.      Furthermore, I had no involvement with LFP Broadcasting's entry into the bidding for the acquisition of the Company. Two other potential suitors made unsolicited, non-binding, conditional acquisition proposals in March 2012. Longkloof made a $1.35 per share proposal on March 9, 2012, and Manwin Holdings made a similar proposal at $1.50 per on March 22, 2012. Form 14D-9 at 14-15. Only after these two unsolicited publicly announced proposals, did LFP express its interest in discussion a potential transaction. LFP did not express this interest to me, but rather to the CEO, Michael Weiner. Form 14D-9 at 15.

10. As described in the Form 14D-9, the Special Committee gave no preference to LFP during the course of negotiations for acquisition of the Company. LFP submitted its indications of interest and offers to the Special Committee's financial advisor, Avondale, as did all other bidders interested in the Company.

11. Except as described in the Company's Form 14D-9 there have been no additional offers to purchase the Company. LFP Broadcasting LLC's offer is the highest and best offer received by the Special Committee and the only offer above $2.00 per share.

12. Since the formation of the Special Committee, the Company has issued the six press releases attached hereto that provided information concerning the Company's receipt of acquisition proposals, the Special Committee's review of such proposals and any other proposals the Company might receive. Through these press releases the Special Committee indicated its willingness to review any acquisition proposals that might be received by the Company and respond appropriately. In addition, Avondale and the Special Committee identified companies whom they believed might be interested in participating in the bidding process. I am informed by Avondale that it contacted in excess of 20 prospective companies to seek expressions of interest. Form 14D-9 at 19. Only those described in the Form 14D-9 actually did so. Form 14D-9 at 20.

13. Plaintiff's Complaint alleges that the Tender Offer consideration is inadequate and undervalues the Company. In fact, however, the Tender Offer is the highest offer received and is 79% higher than the Company's share price prior to receipt of the unsolicited purchase proposals in March 2012. Longkloof, an unsuccessful bidder for the Company and owner of the largest number of shares of the Company (15% of the Company's outstanding securities) has indicated it will tender its shares in the offer. Form 14D-9 at 32. Michael Weiner, the Company's former Chief Executive Officer and a supporter of Longkloof's attempted acquisition of the Company has also tendered his shares of the Company.

14. I have consulted with the Company's general counsel who has advised me that based upon information available to the Company, the plaintiff in this case, Craig Telke, owns a mere 300 shares of the Company or approximately .00019 (just under 2 hundredths of one percent) of the outstanding shares of the Company. The value of his shares at the tender price is a just $606.

15. In anticipation of the successful completion of the current Tender Offer the current public trading price of the Company's shares as of noon, November 21, 2012, is approximately $2.01. If this transaction were not permitted to close as of November 27, 2012, in accordance with the Tender Offer, there is no assurance that LFP will complete the transaction. There is no assurance that the trading price of the shares of the Company will not return to their pre-offer market price of $1.13 per share. Form 14D-9 at 44.

FURTHER AFFIANT SAYETH NAUGHT

                                                                Alan Isaacman

STATE OF CALIFORNIA              )
                                         ) SS.
COUNTY OF LOS ANGELES      )

     Subscribed and sworn to before me on this **21** day of November, 2012, by Alan Isaacman, proved to me on the basis of satisfactory evidence to be the person who appeared before me.


                                                         Notary Public

(Seal)

Print Page   Close Window

**News Release**

<< Back

**New Frontier Media Confirms Receipt of Second Unsolicited Conditional Acquisition Proposal**

BOULDER, Colo., March 23, 2012 /PRNewswire/ -- New Frontier Media, Inc. (NasdaqGS: NOOF), a leading provider of transactional television services and distributor of general motion picture entertainment, confirmed that it has received an unsolicited, non-binding, conditional acquisition proposal from Manwin Holding SARL, a provider of adult entertainment, through online, television and mobile distribution platforms, indicating its interest in pursuing the acquisition of all of the outstanding shares of New Frontier Media for $1.50 per share in cash, subject to due diligence and other conditions.

As previously announced, earlier this month, New Frontier Media also received an unsolicited, non-binding, conditional acquisition proposal from Longkloof Limited, an investment holding company, indicating its interest in pursuing the acquisition of all of the outstanding shares of New Frontier Media not owned by Longkloof for $1.35 per share in cash, subject to due diligence and other conditions.

The Board of Directors of New Frontier Media has formed a Special Committee of independent directors which will carefully review, with its financial and legal advisors, the acquisition proposals received from Manwin and Longkloof, as well as any other acquisition proposal that may be received by the Company, and then determine the appropriate response to these proposals.

The Special Committee is being assisted in its consideration of these acquisition proposals by its legal advisor, Blank Rome LLP, and is currently in the process of selecting a financial advisor.  New Frontier Media is being advised by Holland & Hart LLP.

New Frontier Media advises shareholders that they need not take any action at this time in response to either acquisition proposal pending review by New Frontier's Special Committee.

**About New Frontier Media, Inc.**

New Frontier Media, Inc. is a provider of transactional television services and a distributor of general motion picture entertainment. Our Transactional TV segment distributes adult content to cable and satellite providers who then distribute the content to retail consumers via VOD and PPV technology. Programming originates from our state of the art digital broadcast infrastructure in Boulder, Colorado.  We obtain our programming primarily by licensing content distribution rights from movie studios, and we distribute new and unique programming in order to provide consumers with an exceptional viewing experience.

Our Film Production segment is a distributor of mainstream and erotic films.  The films are distributed to cable and satellite operators, premium movie channel providers and other content distributors.  We act as a sales agent for mainstream films and produce erotic films.  The segment also periodically provides contract film production services to major Hollywood studios.

We are headquartered in Boulder, Colorado, and our common stock is listed on the Nasdaq Global Select Market under the symbol "NOOF." For more information about New Frontier Media, Inc., contact Grant Williams, Chief Financial Officer, at (303) 444-0900, extension 2185, and please visit our web site at http://www.noof.com/.

Company Contact:
Grant Williams
Chief Financial Officer
(303) 444-0900 x 2185
gwilliams@noof.com


SOURCE New Frontier Media, Inc.

Print Page  Close Window

**News Release**

<< Back

**New Frontier Media's Special Committee Retains Financial Advisor to Assist in Evaluating Strategic Alternatives**

BOULDER, Colo., April 3, 2012 /PRNewswire/ -- New Frontier Media, Inc. (NasdaqGS: NOOF), a leading provider of transactional television services and distributor of general motion picture entertainment, today announced that the Special Committee of the Board of Directors of New Frontier Media has retained Avondale Partners, LLC, a nationally recognized full service investment banking firm, as its financial advisor to examine and consider a broad range of strategic alternatives. The strategic review will evaluate the Company's current long-term business plan against a broad range of alternatives that have the potential to maximize shareholder value. The process to review strategic alternatives will be overseen by the Special Committee of independent directors that, as previously announced, is also evaluating the recent unsolicited non-binding acquisition proposals that were recently received by New Frontier Media.  The Special Committee is also being assisted by its legal advisor, Alston & Bird LLP.  New Frontier Media is being advised by Holland & Hart LLP.

Alan L. Isaacman, Chairman of the Special Committee, stated that, "Our Board of Directors remains very enthusiastic about New Frontier Media's future prospects and has made no decision to sell the Company. However, in keeping with our commitment to act in the best interests of all shareholders, we have decided to undergo a thorough review of strategic alternatives to determine the best opportunities for maximizing shareholder value at this time. Accordingly, while our financial advisor will assist us with reviewing and responding to the unsolicited acquisition proposals that we have received, as well as any other acquisition proposals that we may receive, the scope of our financial advisor's assignment will be comprehensive and not limited to any specific vision for New Frontier Media's future."

The Special Committee, working with its financial and legal advisors, intends to proceed in a timely and orderly manner to consider a broad range of possible strategic alternatives for New Frontier Media and their implications, but has not set a definite schedule for the completion of its evaluation.

New Frontier Media cautions that there are no guarantees that the strategic alternative review process will result in a transaction or, if a transaction is approved by the New Frontier Media Board of Directors, whether the terms or timing of such a transaction will be approved by shareholders.

New Frontier Media currently does not intend to make any further public announcements regarding its Special Committee's review of possible strategic alternatives until such time as the New Frontier Media Board of Directors approves a transaction or otherwise determines that further disclosure is appropriate.

**About New Frontier Media, Inc.**
New Frontier Media, Inc. is a provider of transactional television services and a distributor of general motion picture entertainment. Our Transactional TV segment distributes adult content to cable and satellite providers who then distribute the content to retail consumers via video-on-demand (VOD) and pay-per-view (PPV) technology. Programming originates from our state of the art digital broadcast infrastructure in Boulder, Colorado.  We obtain our programming primarily by licensing content distribution rights from movie studios, and we distribute new and unique programming in order to provide consumers with an exceptional viewing experience.

Our Film Production segment is a distributor of mainstream and erotic films.  The films are distributed to cable and satellite operators, premium movie channel providers and other content distributors.  We act as a sales agent for mainstream films and produce erotic films.  The segment also periodically provides contract film production services to major Hollywood studios.

We are headquartered in Boulder, Colorado, and our common stock is listed on the Nasdaq Global Select Market under the symbol "NOOF." For more information about New Frontier Media, Inc., contact Grant Williams, Chief Financial Officer, at (303) 444-0900, extension 2185, and please visit our web site at http://www.noof.com/.

**Forward-Looking Statements**
This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995.  Words such as "believe," "demonstrate," "expect," "estimate," "anticipate," "should" and "likely" and similar expressions identify forward-looking statements.  In addition, statements that are not historical should also be considered forward-looking statements. Readers are cautioned not to place undue reliance on those forward-looking statements, which speak only as of the date the statement was made. Forward-looking statements contained in this release may relate to, but are not limited to, statements regarding the review by New Frontier Media's special committee of independent directors of potential strategic alternatives, the timing of such review, and the outcome of such review.  Such forward-looking statements are based on current expectations that involve a number of known and unknown risks, uncertainties and other factors which may cause actual events to be materially different from those expressed or implied by such forward-looking statements. These factors include, but are not limited to, the risks detailed in New Frontier Media's filings with the Securities and Exchange Commission, including its most recent filings on Form 10-K and Form 10-Q , or in information disclosed in public conference calls, the date and time of which are released beforehand.  New Frontier Media is under no obligation to (and expressly disclaims any such obligation to) update

any of the information in this press release if any forward-looking statement later turns out to be inaccurate whether as a result of new information, future events or otherwise.

SOURCE New Frontier Media, Inc.

Print Page  Close Window

**News Release**

<< Back

## New Frontier Media Comments On Notice Of Nomination Received From Affiliate Of Hosken Consolidated Investments

BOULDER, Colo., May 2, 2012 /PRNewswire/ -- New Frontier Media, Inc. (NasdaqGS: NOOF), a leading provider of transactional television services and distributor of general motion picture entertainment, today confirmed that it has received a notice from an entity affiliated with the publicly-traded South African conglomerate, Hosken Consolidated Investments (Johannesburg Stock Exchange: HCL), that it intends to nominate four individuals, including two employees of a Hosken affiliate, for election to the New Frontier Media Board of Directors at the company's 2012 Annual Meeting of Shareholders. The notice contained no additional information regarding Hosken or Hosken's plans or intentions. Based upon publicly available information, Hosken is an investment holding company based in Cape Town, South Africa. New Frontier Media is continuing to review the notice to determine whether the notice complies with New Frontier Media's Bylaws and applicable law.

As previously announced, on March 9, 2012, Longkloof Limited, a Jersey, Channel Islands entity which New Frontier Media now understands is a Hosken affiliate, submitted an unsolicited, non-binding proposal to acquire all of the outstanding shares of common stock of New Frontier Media not already owned by it or its affiliates for $1.35 per share in cash. As also previously announced, New Frontier Media has formed a Special Committee of independent directors that, with the assistance of its financial and legal advisors, is considering a broad range of strategic alternatives.  As part of that strategic review process, the Special Committee is evaluating Hosken's unsolicited acquisition proposal as well as any other acquisition proposal subsequently received, including the previously disclosed unsolicited acquisition proposal by Manwin Holding SARL to acquire New Frontier Media's outstanding shares for $1.50 per share in cash.

On April 6, 2012, the financial advisor for the Special Committee sent a letter to the Hosken affiliate requesting further information and clarification about its $1.35 per share proposal, including information with respect to its conditions, financing, timing and any government approvals required to acquire New Frontier Media. To date, more than three weeks later, the Hosken affiliate, while acknowledging receipt of the information request, has not provided any of the information requested or otherwise engaged in discussions with the Special Committee's financial advisor. In addition, Hosken has given no indication to New Frontier Media that it is prepared to increase its proposed offer price in light of Manwin's publicly disclosed higher competing proposal.

Alan L. Isaacman, Chairman of New Frontier Media's Special Committee commented, "Hosken's threatened proxy contest is a transparent attempt to take control of New Frontier Media by placing four of Hosken's hand-picked candidates on New Frontier Media's six-member Board who would then be in a position to give favorable consideration to Hosken's unsolicited $1.35 per share offer." Mr. Isaacman continued, "It is unfortunate that rather than choosing to engage constructively with the Special Committee's financial advisor, Hosken has chosen to launch a potentially costly and distracting proxy contest."

New Frontier Media's six directors, five of whom are independent, are all highly qualified and committed to acting in the best interests of all shareholders. New Frontier Media's Board and management have a long history of maintaining an open dialogue with shareholders and engaging in a constructive manner with shareholders seeking to discuss ideas for enhancing value. For the past 18 months, since learning that affiliates of Hosken had accumulated a significant ownership position in New Frontier Media's stock, New Frontier Media's Board and management have, in good faith and with an open-minded manner, engaged in several meetings with Hosken and its representatives, including a recent in-person meeting with Marcel Golding, the Executive Chairman of Hosken, and Hosken's U.S. representative, Adam Rothstein.

New Frontier remains open to having future discussions with Hosken provided they are constructive. However, the disparaging and inflammatory tone of Hosken's various communications, in particular its March 9, 2012 letter and the related press release, both of which contain false and misleading statements, together with Hosken's threatened proxy contest do not promote a constructive dialogue between New Frontier Media and Hosken or its representatives.

Mr. Isaacman concluded, "The New Frontier Media Board will not be distracted from acting in the best interests of, and maximizing value for, all shareholders. We would prefer to avoid a costly and disruptive proxy contest and focus our full attention on realizing New Frontier Media's significant potential. However, we will not stand idly by while Hosken pursues its own self-interested agenda to gain control of New Frontier Media to the detriment of our other shareholders."

In connection with Hosken's threatened proxy contest and the on-going review of strategic alternatives available to New Frontier Media which is being overseen by the Special Committee, the Special Committee is being assisted by its legal advisor, Alston & Bird LLP. New Frontier Media is being advised by Holland & Hart LLP.  In addition, Avondale Partners, LLC is serving as the financial advisor to the Special Committee.

**Important Information and Where to Find It**
This press release may be deemed to be solicitation material in respect of the solicitation of proxies from shareholders in connection with the 2012 Annual Meeting of Shareholders of New Frontier Media, Inc.  New Frontier Media and its directors and

certain executive officers are deemed participants in the solicitation of proxies from the shareholders of New Frontier Media in connection with the 2012 Annual Meeting. New Frontier Media plans to make a preliminary filing with the Securities and Exchange Commission, or SEC, of a proxy statement and an accompanying proxy card relating to the 2012 Annual Meeting. Information regarding the interests of such participants will be included in the preliminary proxy statement. NEW FRONTIER MEDIA STRONGLY URGES INVESTORS TO CAREFULLY READ THE PRELIMINARY PROXY STATEMENT (INCLUDING ANY SUPPLEMENTS THERETO) AND ANY OTHER PROXY MATERIALS THAT NEW FRONTIER MEDIA WILL FILE WITH THE SEC WHEN THEY BECOME AVAILABLE BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION. Shareholders will be able to obtain, free of charge, copies of the Preliminary Proxy Statement and any other documents filed by New Frontier Media with the SEC in connection with the 2012 Annual Meeting at the SEC's website at http://www.sec.gov/ and New Frontier Media's website at http://www.noof.com/.

**Forward-Looking Statements**
This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995.  Words such as "believe," "demonstrate," "expect," "estimate," "anticipate," "should" and "likely" and similar expressions identify forward-looking statements.  In addition, statements that are not historical should also be considered forward-looking statements. Readers are cautioned not to place undue reliance on those forward-looking statements, which speak only as of the date the statement was made. Forward-looking statements contained in this release may relate to, but are not limited to, statements regarding the review by New Frontier Media's Special Committee of independent directors of potential strategic alternatives, the timing of such review, and the outcome of such review.  Such forward-looking statements are based on current expectations that involve a number of known and unknown risks, uncertainties and other factors which may cause actual events to be materially different from those expressed or implied by such forward-looking statements. These factors include, but are not limited to, the risks detailed in New Frontier Media's filings with the SEC, including its most recent filings on Form 10-K and Form 10-Q , or in information disclosed in public conference calls, the date and time of which are released in advance. New Frontier Media is under no obligation to (and expressly disclaims any such obligation to) update any of the information in this press release if any forward-looking statement later turns out to be inaccurate whether as a result of new information, future events or otherwise.

**About New Frontier Media, Inc.**
New Frontier Media is a provider of transactional television services and a distributor of general motion picture entertainment. Our Transactional TV segment distributes adult content to cable and satellite providers who then distribute the content to retail consumers via video on demand and pay per view technology. Programming originates from our state of the art digital broadcast infrastructure in Boulder, Colorado.  We obtain our programming primarily by licensing content distribution rights from movie studios, and we distribute new and unique programming in order to provide consumers with an exceptional viewing experience.

Our Film Production segment is a distributor of mainstream and erotic films.  The films are distributed to cable and satellite operators, premium movie channel providers and other content distributors.  We act as a sales agent for mainstream films and produce erotic films.  The segment also periodically provides contract film production services to major Hollywood studios.

We are headquartered in Boulder, Colorado, and our common stock is listed on the Nasdaq Global Select Market under the symbol "NOOF." For more information about New Frontier Media, Inc., contact Grant Williams, Chief Financial Officer, and please visit our web site at http://www.noof.com/.

Company Contact:
Grant Williams
Chief Financial Officer
(303) 444-0900 x 2185
gwilliams@noof.com


SOURCE New Frontier Media, Inc.

Print Page  Close Window

**News Release**

<< Back

## New Frontier Media Files Federal Lawsuit Against Hosken Consolidated Investments, Longkloof Limited, Marcel Golding, Adam Rothstein And Various Associated Persons

SEEKS DECLARATORY AND INJUNCTIVE RELIEF AND ALLEGES VIOLATIONS OF U.S. FEDERAL SECURITIES LAWS

BOULDER, Colo., May 31, 2012 /PRNewswire/ -- New Frontier Media, Inc. (NasdaqGS: NOOF), a leading provider of transactional television services and distributor of general motion picture entertainment, today announced that it has filed a lawsuit in the United States District Court for the District of Colorado against the publicly-traded South African conglomerate, Hosken Consolidated Investments Limited (Johannesburg Stock Exchange: HCI), its Executive Chairman Marcel Golding, Longkloof Limited, Mile End Limited, Sabido Investments, Adam Rothstein, Eric Doctorow, Mahomed Khalik Ismail Sheriff, Willem Deon Nel, and Barbara Wall alleging violations of the U.S. federal securities laws. In the complaint, New Frontier Media alleges that Hosken, Longkloof, Marcel Golding, Adam Rothstein and the other defendants have been acting as a "group" in connection with their involvement in a hostile takeover offer for the Company and a threatened proxy contest against the Company. The suit alleges that the defendants violated Section 13(d) of the Securities Exchange Act of 1934 by not properly reporting their identity and activities as a "group," including that they have failed to disclose that their efforts to acquire control of the Company, whether through a hostile takeover offer or a proxy contest for control of the Company's Board, are being directed and coordinated by Adam Rothstein. The suit also alleges that the purported notice of director nominations provided to New Frontier Media by a Hosken affiliate does not comply with the advance notice of nomination requirements contained in the Company's Amended and Restated Bylaws since it does not disclose Adam Rothstein's involvement in the threatened proxy contest or provide any of the disclosures required by the Bylaws to be made with respect to Adam Rothstein. The suit seeks declaratory and injunctive relief.

As previously announced earlier this month, New Frontier Media has received a purported notice of nomination from a Hosken affiliate that it intends to nominate four individuals, including two employees of a Hosken affiliate, for election to the New Frontier Media Board of Directors at the Company's 2012 Annual Meeting of Shareholders. The notice was received by the Company on April 26, 2012, with only one day remaining before the closing of the advance notice period on April 27, 2012, which period is determined by the Bylaws. At the time, New Frontier Media indicated that it was continuing to review the notice to determine whether the notice complies with New Frontier Media's Bylaws and applicable law.

New Frontier Media believes that the defendants' threatened proxy contest, together with its numerous inflammatory statements attacking the Company, is an attempt to pressure the Company to pre-empt its on-going process for reviewing strategic alternatives, give favorable consideration to the Hosken / Rothstein group's unsolicited, non-binding, conditional acquisition proposal and, accordingly, further the self-interested agenda of the Hosken / Rothstein group to gain control of New Frontier Media.

Since receiving the purported notice of nomination, the Special Committee of independent directors that is overseeing the review of strategic alternatives available for the Company has been, with the assistance of its counsel, reviewing the purported notice of nomination against the requirements of New Frontier Media's Bylaws. As a result of such review, the Special Committee believes that the purported notice does not comply with the Bylaws and that it is necessary and appropriate, due to the significant potential for uncertainty and confusion and the need for the Company to incur substantial expenses to plan for a proxy contest, to have this promptly confirmed with a judicial determination.

The Special Committee also issued the following statement regarding the lawsuit filed in federal court:

*"The Special Committee believes that Hosken, Rothstein, Golding and the other members of their group have not been forthright in their communications with our shareholders. The Special Committee is fully committed to protecting the interests of all New Frontier Media shareholders and we intend to aggressively pursue this legal action to protect our shareholders.*

*The Special Committee also believes that a prompt determination whether Hosken's purported notice of nominations has been validly made is necessary to avoid the unnecessary and substantial expense and confusion that will otherwise be involved in planning for a proxy contest at the 2012 Annual Meeting, preparing the applicable documents required by the U.S. Securities and Exchange Commission in connection with a proxy contest at the 2012 Annual Meeting and holding the 2012 Annual Meeting. The Special Committee also believes that the pendency of the proxy contest has the potential to chill the interest of some potential buyers and will interfere with the Special Committee's goal of maximizing value for all shareholders of the Company.*

*We remain very disappointed that the Hosken / Rothstein group has made it abundantly clear that it is unwilling to participate on an equal footing with all other bidders in the Special Committee's process for maximizing shareholder value and, instead, has chosen to launch a costly, disruptive and distracting proxy contest to place four of their hand-picked candidates on the New Frontier Media's six-member Board in an apparent attempt to obtain control of the Company. Their recent actions, including their refusal to execute our form of bidder confidentiality agreement, their inflammatory press releases and their refusal to*

*withdraw their costly, disruptive and distracting proxy contest, make clear that, rather than constructively engaging with the Special Committee and accepting our invitation to participate in our process to maximize shareholder value on an equal footing with all other bidders, the Hosken / Rothstein group is attempting to pressure the Special Committee to pre-empt its process and grant the Hosken / Rothstein group's unsolicited, non-binding, conditional acquisition proposal preferential treatment, even if such treatment would deprive other New Frontier Media shareholders of the opportunity to obtain maximum value for their shares.*

*However, the Special Committee and the other members of the New Frontier Media Board will not be distracted from acting in the best interests of, and maximizing value for, all shareholders. We will also not be deterred from our goal of providing a level playing field for all potential buyers of the Company. Our Board would prefer to avoid a costly and disruptive proxy contest and focus our full attention on realizing New Frontier Media's significant potential. However, we will not stand idly by while the Hosken / Rothstein group pursues their own self-interested agenda to gain control of New Frontier Media."*

In connection with New Frontier Media's lawsuit filed today in the U.S. District Court for the District of Colorado against Hosken, Rothstein, Golding and the other defendants named therein, the Special Committee is being assisted by its legal advisor, Alston & Bird LLP.

**Important Information and Where to Find It**

This press release may be deemed to be solicitation material in respect of the solicitation of proxies from shareholders in connection with the 2012 Annual Meeting of Shareholders of New Frontier Media, Inc.  New Frontier Media and its directors and certain executive officers are deemed participants in the solicitation of proxies from the shareholders of New Frontier Media in connection with the 2012 Annual Meeting. New Frontier Media plans to make a preliminary filing with the Securities and Exchange Commission, or SEC, of a proxy statement and an accompanying proxy card relating to the 2012 Annual Meeting. Information regarding the interests of such participants will be included in the preliminary proxy statement. NEW FRONTIER MEDIA STRONGLY URGES INVESTORS TO CAREFULLY READ THE PRELIMINARY PROXY STATEMENT (INCLUDING ANY SUPPLEMENTS THERETO) AND ANY OTHER PROXY MATERIALS THAT NEW FRONTIER MEDIA WILL FILE WITH THE SEC WHEN THEY BECOME AVAILABLE BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION. Shareholders will be able to obtain, free of charge, copies of the Preliminary Proxy Statement and any other documents filed by New Frontier Media with the SEC in connection with the 2012 Annual Meeting at the SEC's website at http://www.sec.gov and New Frontier Media's website at http://www.noof.com.

**Forward-Looking Statements**

This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995.  Words such as "believe," "demonstrate," "expect," "estimate," "anticipate," "should" and "likely" and similar expressions identify forward-looking statements.  In addition, statements that are not historical should also be considered forward-looking statements. Readers are cautioned not to place undue reliance on those forward-looking statements, which speak only as of the date the statement was made. Forward-looking statements contained in this release may relate to, but are not limited to, statements regarding the review by New Frontier Media's Special Committee of independent directors of potential strategic alternatives, the timing of such review, and the outcome of such review.  Such forward-looking statements are based on current expectations that involve a number of known and unknown risks, uncertainties and other factors which may cause actual events to be materially different from those expressed or implied by such forward-looking statements. These factors include, but are not limited to, the risks detailed in New Frontier Media's filings with the SEC, including its most recent filings on Form 10-K and Form 10-Q , or in information disclosed in public conference calls, the date and time of which are released in advance. New Frontier Media is under no obligation to (and expressly disclaims any such obligation to) update any of the information in this press release if any forward-looking statement later turns out to be inaccurate whether as a result of new information, future events or otherwise.

**About New Frontier Media, Inc.**

New Frontier Media is a provider of transactional television services and a distributor of general motion picture entertainment.  Our Transactional TV segment distributes adult content to cable and satellite providers who then distribute the content to retail consumers via video on demand and pay per view technology. Programming originates from our state of the art digital broadcast infrastructure in Boulder, Colorado.  We obtain our programming primarily by licensing content distribution rights from movie studios, and we distribute new and unique programming in order to provide consumers with an exceptional viewing experience.

Our Film Production segment is a distributor of mainstream and erotic films.  The films are distributed to cable and satellite operators, premium movie channel providers and other content distributors.  We act as a sales agent for mainstream films and produce erotic films.  The segment also periodically provides contract film production services to major Hollywood studios.

We are headquartered in Boulder, Colorado, and our common stock is listed on the Nasdaq Global Select Market under the symbol "NOOF." For more information about New Frontier Media, Inc., contact Grant Williams, Chief Financial Officer, and please visit our web site at www.noof.com.

Company Contact:

Grant Williams  
Chief Financial Officer  
(303) 444-0900 x 2185  
gwilliams@noof.com

SOURCE New Frontier Media, Inc.

Print Page   Close Window

**News Release**

<< Back

**New Frontier Media Announces Settlement Of Proxy Contest And Related Litigation**

SPECIAL COMMITTEE OF COMPANY BOARD CONTINUING TO EVALUATE STRATEGIC ALTERNATIVES

BOULDER, Colo., July 12, 2012 /PRNewswire/ -- New Frontier Media, Inc. (NasdaqGS: NOOF), a leading provider of transactional television services and distributor of general motion picture entertainment, today announced that it has entered into a settlement agreement with Longkloof Limited, Hosken Consolidated Investments Limited (Johannesburg Stock Exchange: HCI) and various associated parties to end Longkloof's proxy contest related to the Company's 2012 annual meeting of shareholders. The settlement also ends the related litigation between the Company and the Longkloof parties that was pending in the U.S. District Court for the District of Colorado.

Under the terms of the settlement agreement, the Longkloof parties, which beneficially own in the aggregate approximately 15.9% of the Company's outstanding shares, have agreed to immediately terminate their proxy contest, withdraw their notice of intent to nominate four candidates for election to the Company's Board, and not support, for the balance of 2012, any other person not recommended by the Company's Board in seeking representation on the Company's Board. In addition, the Longkloof parties have agreed to certain standstill restrictions through December 31, 2012 and New Frontier has agreed that if the Company does not engage in a sale, merger or similar change of control transaction by December 31, 2012, Longkloof will have the right to designate one person for appointment to the Company's Board for a term expiring at the 2013 annual meeting of shareholders and, under certain circumstances, the Company will be obligated to include such designee on the slate of nominees presented by the Company to shareholders at the 2013 annual meeting of shareholders. As part of the settlement agreement, all pending litigation between New Frontier Media and the Longkloof parties will be dismissed by the parties without prejudice and without admission of any wrongdoing by any party. The full agreement will be included as an Exhibit to the Form 8-K that the Company will file with the Securities and Exchange Commission as required by applicable law.

As previously announced, a Special Committee of independent members of the Company's Board is overseeing, with the assistance of its legal and financial advisors, a review of strategic alternatives to maximize shareholder value, which includes, but is not limited to, a potential sale of the Company.

In response to today's announcement, the Special Committee of the Company's Board of Directors stated, "We are pleased to have reached this mutually beneficial agreement with the Longkloof parties, and believe that this settlement, which avoids a potentially costly and distracting proxy contest and the related litigation, is in the best interests of New Frontier Media and our shareholders. With these matters now fully resolved, the Special Committee can concentrate entirely on its ongoing strategic review process, which encompasses evaluating, among other options, acquisition proposals received from the Longkloof parties and other parties."

The Special Committee is proceeding with its comprehensive strategic alternatives review process in a timely and orderly manner and will complete the process in due course.  The Company cautions that there are no guarantees that the review process will result in a transaction or, if a transaction is approved by the Company's Board, whether the terms or timing of such a transaction will be approved by shareholders.

Alston & Bird LLP and Avondale Partners, LLC are serving as legal and financial advisors, respectively, to the Special Committee.  Holland & Hart LLP is serving as legal advisor to New Frontier Media.

**Forward-Looking Statements**

This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Words such as "believe," "demonstrate," "expect," "estimate," "anticipate," "should" and "likely" and similar expressions identify forward-looking statements.  In addition, statements that are not historical should also be considered forward-looking statements. Readers are cautioned not to place undue reliance on those forward-looking statements, which speak only as of the date the statement was made. Forward-looking statements contained in this release may relate to, but are not limited to, statements regarding the review by the New Frontier Media Board's Special Committee of independent directors of potential strategic alternatives, the timing of such review, and the outcome of such review.  Such forward-looking statements are based on current expectations that involve a number of known and unknown risks, uncertainties and other factors which may cause actual events to be materially different from those expressed or implied by such forward-looking statements. These factors include, but are not limited to, the risks detailed in New Frontier Media's filings with the SEC, including its most recent filings on Form 10-K and Form 10-Q, or in information disclosed in public conference calls, the date and time of which are released in advance. These factors also include the risk that the strategic review process being conducted by the New Frontier Media Board's Special Committee of independent directors may not result in a transaction. New Frontier Media is under no obligation to (and expressly disclaims any such obligation to) update any of the information in this press release if any forward-looking statement later turns out to be inaccurate whether as a result of new information, future events or otherwise.

**About New Frontier Media, Inc.**

New Frontier Media is a provider of transactional television services and a distributor of general motion picture entertainment. Our Transactional TV segment distributes adult content to cable and satellite providers who then distribute the content to retail consumers via video on demand and pay per view technology. Programming originates from our state of the art digital broadcast infrastructure in Boulder, Colorado.  We obtain our programming primarily by licensing content distribution rights from movie studios, and we distribute new and unique programming in order to provide consumers with an exceptional viewing experience.

Our Film Production segment is a distributor of mainstream and erotic films.  The films are distributed to cable and satellite operators, premium movie channel providers and other content distributors.  We act as a sales agent for mainstream films and produce erotic films.  The segment also periodically provides contract film production services to major Hollywood studios.

We are headquartered in Boulder, Colorado, and our common stock is listed on the Nasdaq Global Select Market under the symbol "NOOF." For more information about New Frontier Media, Inc., contact Grant Williams, Chief Financial Officer, and please visit our web site at www.noof.com.

**Company Contact:**
Grant Williams
Chief Financial Officer
(303) 444-0900 x 2185
gwilliams@noof.com

**Special Committee for the Board of Directors Contact:**
Andrew Cole / Jonathan Doorley
Sard Verbinnen & Co
(212) 687-8080
jdoorley@sardverb.com

SOURCE New Frontier Media, Inc.

Print Page  Close Window

**News Release**

<< Back

**New Frontier Media Announces Executive Management Changes**

SPECIAL COMMITTEE OF COMPANY BOARD CONTINUING TO EVALUATE STRATEGIC ALTERNATIVES

BOULDER, Colo., Sept. 18, 2012 /PRNewswire/ -- New Frontier Media, Inc. (NasdaqGS: NOOF), a leading provider of transactional television services and distributor of general motion picture entertainment, today announced that the employment of the Company's Chief Executive Officer, Michael Weiner, has been terminated.  In addition, Mr. Weiner has been replaced as Chairman of the Board by Alan L. Isaacman, who is the founder and senior member of the Los Angeles-based law firm of Isaacman, Kaufman & Painter, P.C. and has been a director of New Frontier Media since 1999.

A committee of the Board of Directors will oversee the process for the identification and selection of the next Chief Executive Officer of New Frontier Media. In the interim, the duties of Chief Executive Officer will be shared by Grant Williams, the Company's Chief Financial Officer, Marc Callipari, the Company's Chief Legal Officer, and Scott Piper, the Company's Chief Technology Officer. The Board expressed its confidence that under the leadership of these individuals, the Company will have in place a capable leadership team during the search process to ensure a smooth transition.

As previously announced, a Special Committee of independent members of the New Frontier Media board is overseeing, with the assistance of its legal and financial advisors, a review of strategic alternatives to maximize shareholder value, which includes, but is not limited to, a potential sale of the Company. The Special Committee is proceeding with its comprehensive strategic alternatives review process in a timely and orderly manner and will complete the process in due course. The Company cautions that there are no guarantees that the review process will result in a transaction or, if a transaction is approved by the Company's Board, whether the terms or timing of such a transaction will be approved by shareholders.

In connection with the Special Committee's review of strategic alternatives, Alston & Bird LLP and Avondale Partners, LLC are serving as legal and financial advisors, respectively, to the Special Committee.  Holland & Hart LLP is serving as legal advisor to New Frontier Media.

**Forward-Looking Statements**

This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Words such as "believe," "demonstrate," "expect," "estimate," "anticipate," "should" and "likely" and similar expressions identify forward-looking statements.  In addition, statements that are not historical should also be considered forward-looking statements. Readers are cautioned not to place undue reliance on those forward-looking statements, which speak only as of the date the statement was made. Forward-looking statements contained in this release may relate to, but are not limited to, statements regarding the review by the New Frontier Media Board's Special Committee of independent directors of potential strategic alternatives, the timing of such review, and the outcome of such review.  Such forward-looking statements are based on current expectations that involve a number of known and unknown risks, uncertainties and other factors which may cause actual events to be materially different from those expressed or implied by such forward-looking statements. These factors include, but are not limited to, the risks detailed in New Frontier Media's filings with the SEC, including its most recent filings on Form 10-K and Form 10-Q, or in information disclosed in public conference calls, the date and time of which are released in advance. These factors also include the risk that the strategic review process being conducted by the New Frontier Media Board's Special Committee of independent directors may not result in a transaction. New Frontier Media is under no obligation to (and expressly disclaims any such obligation to) update any of the information in this press release if any forward-looking statement later turns out to be inaccurate whether as a result of new information, future events or otherwise.

**About New Frontier Media, Inc.**

New Frontier Media is a provider of transactional television services and a distributor of general motion picture entertainment. Our Transactional TV segment distributes adult content to cable and satellite providers who then distribute the content to retail consumers via video on demand and pay per view technology. Programming originates from our state of the art digital broadcast infrastructure in Boulder, Colorado.  We obtain our programming primarily by licensing content distribution rights from movie studios, and we distribute new and unique programming in order to provide consumers with an exceptional viewing experience.

Our Film Production segment is a distributor of mainstream and erotic films.  The films are distributed to cable and satellite operators, premium movie channel providers and other content distributors.  We act as a sales agent for mainstream films and produce erotic films.  The segment also periodically provides contract film production services to major Hollywood studios.

We are headquartered in Boulder, Colorado, and our common stock is listed on the Nasdaq Global Select Market under the symbol "NOOF." For more information about New Frontier Media, Inc., contact Grant Williams, Chief Financial Officer, and please visit our web site at http://www.noof.com/.

**Company Contact:**
Grant Williams
Chief Financial Officer
(303) 444-0900 x 2185
gwilliams@noof.com

**Special Committee for the Board of Directors Contact:**
Andrew Cole / Jonathan Doorley
Sard Verbinnen & Co
(212) 687-8080
jdoorley@sardverb.com

SOURCE New Frontier Media, Inc.