IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK-KLM

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO,
WALTER TIMOSHENKO,
LFP BROADCASTING, LLC, and
FLYNT BROADCAST, INC.,

    Defendants.

---

## FLYNT BROADCAST, INC.'S CORPORATE DISCLOSURE STATEMENT

---

    Pursuant to Fed. R. Civ. P. 7.1 and D.C.COLO.L.Civ.R 7.4, Defendant Flynt Broadcast, Inc. ("Flynt") makes the following disclosure:

    Flynt is a wholly owned subsidiary of LFP Broadcasting, LLC. The parent company of LFP is LFP Video Group, LLC, whose parent company is LE Video Advisors, which is owned by LFP Video, Inc., an S corporation owned entirely by The Larry Flynt Revocable Trust, dated November 18, 1988, as last Amended and Restated June 19, 2012. No publicly held corporation or entity owns 10% or more of Flynt's stock.

1

DEN-33121-1

Dated this 26th day of November, 2012.

                              Respectfully submitted,

                              /s/ *David S. Steefel*
                              Jeffrey A. Chase (#5203)
                              David S. Steefel (#9194)
                              HUSCH BLACKWELL LLP
                              Wells Fargo Center
                              1700 Lincoln Street, Suite 4700
                              Denver, Colorado  80203
                              Phone:  (303) 749-7200
                              Fax:     (303) 749-7272
                              E-mail:  Jeffrey.Chase@huschblackwell.com
                                                  David.Steefel@huschblackwell.com


                              Mark A. Vander Laan
                              Robert M. Zimmerman
                              DINSMORE & SHOHL LLP
                              1900 First Financial Center
                              255 East Fifth Street
                              Cincinnati, Ohio  45202
                              Phone:  (513) 977-8200
                              Fax:     (513) 977-8141
                              Email:  mark.vanderlaan@dinsmore.com
                                                 robert.zimmerman@dinsmore.com

                              **Attorneys for Defendants**
                              **LFP Broadcasting, LLC and**
                              **Flynt Broadcast, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **FLYNT BROADCAST, INC.,'S CORPORATE DISCLOSURE STATEMENT** has been duly served electronically upon the following counsel through CM/ECF, this 26th day of November, 2012:

Robert J. Dyer, III
Jeffrey A. Berens
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, Colorado  80203
Phone:  (303) 861-1764
Fax:     (303) 395-0393
Email:   bob@dyerberens.com
             jeff@dyerberens.com

**Attorneys for Plaintiff
Craig Telke**

Stuart N. Bennett
Aaron Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado  80202
Phone:  (303) 573-1600
Fax:     (303) 573-8133
Email:   sbennett@joneskeller.com
             agoldhamer@joneskeller.com

**Attorneys for Defendants
Alan Isaacman, Hiram J. Woo, Melissa Hubbard, Walter Timoshenko, and New Frontier Media, Inc.**

/s/ *Terri Khan*

3