IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK-KLM

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO,
WALTER TIMOSHENKO,
LFP BROADCASTING, LLC, and
FLYNT BROADCAST, INC.,

    Defendants.

## LFP BROADCASTING, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and D.C.COLO.L.Civ.R 7.4, Defendant LFP Broadcasting, LLC ("LFP") makes the following disclosure:

The parent company of LFP is LFP Video Group, LLC, whose parent company is LE Video Advisors, which is owned by LFP Video, Inc., an S corporation owned entirely by The Larry Flynt Revocable Trust, dated November 18, 1988, as last Amended and Restated June 19, 2012. No publicly held corporation or entity owns 10% or more of LFP's stock.

Dated this 26th day of November, 2012.

1

DEN-33118-1

Respectfully submitted,

/s/ *David S. Steefel*
Jeffrey A. Chase (#5203)
David S. Steefel (#9194)
HUSCH BLACKWELL LLP
Wells Fargo Center
1700 Lincoln Street, Suite 4700
Denver, Colorado 80203
Phone: (303) 749-7200
Fax: (303) 749-7272
E-mail: Jeffrey.Chase@huschblackwell.com
David.Steefel@huschblackwell.com

Mark A. Vander Laan
Robert M. Zimmerman
DINSMORE & SHOHL LLP
1900 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141
Email: mark.vanderlaan@dinsmore.com
robert.zimmerman@dinsmore.com

**Attorneys for Defendants
LFP Broadcasting, LLC and
Flynt Broadcast, Inc.**

2

DEN-33118-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **LFP BROADCASTING, LLC'S CORPORATE DISCLOSURE STATEMENT** has been duly served electronically upon the following counsel through CM/ECF, this 26th day of November, 2012:

Robert J. Dyer, III
Jeffrey A. Berens
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, Colorado  80203
Phone:  (303) 861-1764
Fax:     (303) 395-0393
Email:  bob@dyerberens.com
           jeff@dyerberens.com

**Attorneys for Plaintiff
Craig Telke**

Stuart N. Bennett
Aaron Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado  80202
Phone:  (303) 573-1600
Fax:     (303) 573-8133
Email:  sbennett@joneskeller.com
           agoldhamer@joneskeller.com

**Attorneys for Defendants
Alan Isaacman, Hiram J. Woo, Melissa Hubbard, Walter Timoshenko, and New Frontier Media, Inc.**

/s/ *Terri Khan*

3

DEN-33118-1