**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02941-JLK-KLM

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO,
WALTER TIMOSHENKO,
LFP BROADCASTING, LLC and
FLYNT BROADCAST, INC.,

    Defendants.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

    I, Shannon L. Hopkins of Levi & Korsinsky LLP, a member in good standing of the bar of this Court, hereby enter my appearance in accordance with D.C.COLO.LCivR 11.1A, in the above-captioned case as counsel for plaintiff Craig Telke.

DATED:  November 26, 2012                    Respectfully Submitted,

                                            s/ Shannon L. Hopkins
                                            ***Shannon L. Hopkins***
                                            LEVI & KORSINSKY LLP
                                            30 Broad Street, 24th Floor
                                            New York, NY 10004
                                            Telephone: (212) 363-7500
                                            FAX: (212) 363-7171
                                            Email: shopkins@zlk.com

                                            ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List and further certify the foregoing document was served via e-mail on the following counsel, who are not CM/ECF participants:

Mark A. Vander Laan  
Robert M. Zimmerman  
Dinsmore & Shohl LLP  
255 East Fifth Street, Suite 1900  
Cincinnati, OH 45202  
Email: mark.vanderlaan@dinsmore.com  
Email: Robert.zimmerman@dinsmore.com  

    s/ Shannon L. Hopkins  
    ***Shannon L. Hopkins***  
    Attorney for Plaintiff  
    LEVI & KORSINSKY LLP  
    30 Broad Street, 24th Floor  
    New York, NY 10004  
    Telephone: (212) 363-7500  
    FAX: (212) 363-7171  
    Email: shopkins@zlk.com