**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.1:12-cv-02941-JLK-KLM

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO,
WALTER TIMOSHENKO,
LFP BROADCASTING, LLC and
FLYNT BROADCAST, INC.,

    Defendants.
_____

**DEFENDANT NEW FRONTIER MEDIA, INC.'S DISCLOSURE STATEMENT**
_____

    Pursuant to Fed. R. Civ. P. 7.1 and D.C. Colo. L. Civ. R. 7.4, Defendant New Frontier Media, Inc. ("New Frontier"), by and through its attorneys, Jones and Keller, P.C., makes the following disclosure:

    New Frontier has no parent corporation and no publicly held corporation owns 10% or more of its stock.

    DATED:   November 26, 2012.

    Respectfully submitted,

*s/   Stuart N. Bennett*
Stuart N. Bennett
Aaron D. Goldhamer
**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150

Denver, CO 80202
Telephone: (303) 573-1600
Fax: (303) 573-8133
E-mail: sbennett@joneskeller.com
agoldhamer@joneskeller.com
Attorneys for Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo and Walter Timoshenko

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff* | jeff@dyerberens.com<br>darby@dyerberens.com<br><br><br>shopkins@zlk.com | Jeffrey A. Berens<br>Darby K. Kennedy<br>DYER & BERENS LLP<br>303 East 17th Avenue, Suite 300<br>Denver, CO   80203<br><br>Shannon L. Hopkins<br>LEVI & KORSINSKY LLP<br>30 Broad Street, 24th Floor<br>New York, NY   10004 |
| *Attorneys for Defendants LFP Broadcasting LLC & Flynt Broadcast, Inc.* | Jeffrey.Chase@huschblackwell.com<br>David.Steefel@huschblackwell.com | Jeffrey A. Chase<br>David S. Steefel<br>HUSCH BLACKWELL LLP<br>1700 Lincoln Street, Suite 4700<br>Denver, CO   80203 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:    NONE

*s/   Stuart N. Bennett*
Stuart N. Bennett
Aaron D. Goldhamer
Attorneys for Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo and Walter Timoshenko

{JK00437976.1 }

**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:       303-573-1600
Fax:              303-573-8133
E-mail:           sbennett@joneskeller.com
                  agoldhamer@joneskeller.com

{JK00437976.1 }