**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam        Date: November 27, 2012
Court Reporter: Tamara Hoffschildt

Civil Action No.: 12-cv-02941-JLK

<u>*Parties:*</u>                                    <u>*Counsel:*</u>

CRAIG TELKE, Individually and on Behalf of All      Julia Sun
Others Similarly Situated,                          Darby K. Kennedy

    Plaintiff,

v.

NEW FRONTIER MEDIA, INC., et al.,                   Stuart N. Bennett
                                                    Aaron D. Goldhammer
    Defendants.                    Robert M. Zimmerman
                                                    David D. Steefel

---

**COURTROOM MINUTES**

**Motion Hearing**

**10:00 a.m**    **Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.  Argument heard on Doc. No. 7.

10:02 a.m.    Argument by Ms. Sun.  Questions by the Court.

**ORDERED:**    Motion For Preliminary Injunction And Request For Expedited Proceedings (Filed 11/19/12; Doc. No. 7) is DENIED in PART and GRANTED in PART, as specified.

**10:19 a.m.**    **Court in recess.**
Hearing concluded.
Total time in court: 19 minutes.