IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK-KLM

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO,
WALTER TIMOSHENKO,
LFP BROADCASTING, LLC, and
FLYNT BROADCAST, INC.,

      Defendants.

---

### MOTION OF WITHDRAWAL OF APPEARANCE OF JEFFREY A. CHASE

---

Pursuant to D.C.COLO.LCivR 83.3(D), the undersigned attorney respectfully requests an order of this Court authorizing the withdrawal of Jeffrey A. Chase as counsel for Defendants LFP Broadcasting, LLC ("LFP") and Flynt Broadcast, Inc. ("Flynt") (collectively, the "Flynt Defendants") and in support of the Withdrawal, states as follows

    1.    The Flynt Defendants will continue to be represented by David S. Steefel of the Husch Blackwell LLP firm.

    2.    No party to this action will be prejudiced by the withdrawal of Jeffrey A. Chase.

    3.    Husch Blackwell will comply with all existing deadlines in this case.

    4.    A copy this Withdrawal is being forwarded to all counsel of record and counsel are requested to send further pleadings, correspondence, etc. to the attention of David S. Steefel

DEC-1766460-1

at Husch Blackwell.

5. A copy of this Withdrawal is being forwarded to the Flynt Defendants.

WHEREFORE, Jeffrey A. Chase requests this Court enter an Order allowing him to withdraw as counsel for the Flynt Defendants and continuing representation of the Flynt Defendants by David S. Steefel of the firm of Husch Blackwell. A proposed form of Order is filed contemporaneously with this Withdrawal.

DATED: December 5, 2012.

Respectfully submitted,

*s/ Jeffrey A. Chase*
Jeffrey A. Chase (#5203)
David S. Steefel (#9194)
HUSCH BLACKWELL LLP
1700 Lincoln Street, Ste 4700
Denver, CO  80203
Phone:  303-749-7200
Fax:     303-749-7272
E-mail:  Jeffrey.Chase@huschblackwell.com
         David.Steefel@huschblackwell.com

Mark A. Vander Laan
Robert M. Zimmerman
DINSMORE & SHOHL LLP
1900 First Financial Center
255 East Fifth Street
Cincinnati, OH 45202
Phone:  513-977-8200
Fax:     513-977-8141
Email:   mark.vanderlaan@dinsmore.com
         robert.zimmerman@dinsmore.com

**ATTORNEYS FOR DEFENDANTS LFP BROADCASTING, LLC AND FLYNT BROADCAST, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 5, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Robert J. Dyer, III<br>Jeffrey A. Berens<br>DYER & BERENS LLP<br>303 East 17th Avenue, Ste 300<br>Denver, CO 80203<br>Phone: 303-861-1764<br>Fax:    303-395-0393<br>Email:  bob@dyerberens.com<br>             jeff@dyerberens.com<br><br>**Attorneys for Plaintiff**<br>**Craig Telke** | Stuart N. Bennett<br>Aaron Goldhamer<br>JONES & KELLER, P.C.<br>1999 Broadway, Ste 3150<br>Denver, CO 80202<br>Phone: 303-573-1600<br>Fax:    303-573-8133<br>Email:  sbennett@joneskeller.com<br>             agoldhamer@joneskeller.com<br><br>**Attorneys for Defendants**<br>**Alan Isaacman, Hiram J. Woo, Melissa Hubbard, Walter Timoshenko, and New Frontier Media, Inc.** |

                                                          */s Vicky Sanders*