IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK-KLM

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO,
WALTER TIMOSHENKO,
LFP BROADCASTING, LLC, and
FLYNT BROADCAST, INC.,

    Defendants.

---

**ORDER GRANTING MOTION OF WITHDRAWAL OF APPEARANCE (JEFFREY A. CHASE)**

---

This matter having come before the Court on the Motion of Withdrawal of Appearance of Jeffrey A. Chase on behalf of Defendants LFP Broadcasting, LLC and Flynt Broadcast, Inc., the Court having reviewed the Withdrawal, the file and being fully advised,

ORDERS that the Withdrawal of Jeffrey A. Chase for Defendants LFP Broadcasting, LLC and Flynt Broadcast, Inc. is GRANTED. David S. Steefel of the firm of Husch Blackwell LLP will continue representation of Defendants LFP Broadcasting, LLC and Flynt Broadcast, Inc.

    DATED: _____, 2012.

                              BY THE COURT:

                              _____
                              District Court Judge