# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK-KLM

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO,
WALTER TIMOSHENKO,
LFP BROADCASTING, LLC and
FLYNT BROADCAST, INC.,

    Defendants.

_____

## NOTICE OF VOLUNTARY DISMISSAL
_____

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Craig Telke, by his attorneys, voluntarily dismisses this action as to defendants LFP Broadcasting, LLC and Flynt Broadcast, Inc., without prejudice.

Dated: December 13, 2012                      DYER & BERENS LLP
                                              ROBERT J. DYER III
                                              JEFFREY A. BERENS
                                              DARBY K. KENNEDY

                                              /s/ DARBY K. KENNEDY
                                              303 East 17th Avenue, Suite 300
                                              Denver, CO 80203
                                              Tel: (303) 861-1764
                                              Fax: (303) 395-0393
                                              bob@dyerberens.com
                                              jeff@dyerberens.com
                                              darby@dyerberens.com

- 2 -

        LEVI & KORSINSKY, LLP
        Shannon L. Hopkins, Esq.
        30 Broad Street, 24th Floor
        New York, New York 10004
        Tel: (212) 363-7500
        Fax: (212) 363-7171
        shopkins@zlk.com

*Counsel for Plaintiff*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2012, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List and further certify the foregoing document was served via e-mail on the following counsel, who are not CM/ECF participants:

Mark A. Vander Laan
Robert M. Zimmerman
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Email: mark.vanderlaan@dinsmore.com
Email: robert.zimmerman@dinsmore.com

                                                s/ Darby K. Kennedy
                                                Darby K. Kennedy
                                                Attorney for Plaintiff
                                                DYER & BERENS LLP
                                                303 East 17th Avenue, Suite 300
                                                Denver, CO  80203
                                                Telephone: (303) 861-1764
                                                FAX: (303) 395-0393
                                                Email: darby@dyerberens.com