**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

     Defendants.

_____

**NOTICE OF CHANGE OF ADDRESS**
_____

     Notice is hereby given that the law firm of Dyer & Berens LLP has moved its office to **Suite 810** located at the same street address currently reflected in the Court's records. All other contact information for the firm and its attorneys remains unchanged as set forth in the below signature block.

- 2 -

DATED:  May 15, 2013                DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS


/s/ JEFFREY A. BERENS
JEFFREY A. BERENS

303 East 17th Avenue, Suite 810
Denver, CO  80203
Tel:  303-861-1764
Fax: 303-395-0393
bob@dyerberens.com
 jeff@dyerberens.com

LEVI & KORSINSKY, LLP
SHANNON L. HOPKINS
JOY KARUGU
30 Broad Street, 24th Floor
New York, NY  10004
Tel: 212-363-7500
Fax: 212-363-7171
shopkins@zlk.com
jkarugu@zlk.com

CRANE DUNHAM PLLC
STEPHEN J. CRANE
JASON T. LEEHAN
2121 Fifth Avenue
Seattle, WA 98121
Tel: 206-292-9090
Fax: 206-292-9736
scrane@cranedunham.com
jleehan@cranedunham.com

*Counsel for Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2013, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

<div style="margin-left: 50%;">

s/ Jeffrey A. Berens
Jeffrey A. Berens
Attorney for Plaintiff
DYER & BERENS LLP
303 East 17th Avenue, Suite 810
Denver, CO  80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: jeff@dyerberens.com

</div>