IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK-KLM

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.

## AFFIDAVIT OF MICHAEL KLEIN

Michael Klein, being first duly sworn, deposes and states as follows:

1. My name is Michael Klein. I am over the age of twenty-one and am otherwise competent to testify. The following statements are based on my personal knowledge.

2. I am the President of New Frontier Media, Inc. ("New Frontier"). I am also the President of LFP Broadcasting, LLC ("LFP"), which acquired New Frontier.

3. I have undertaken a diligent search of the records of New Frontier and LFP, which have been maintained in the ordinary course of business.

4. Those records show that on November 28, 2012, New Frontier shareholders—including Craig Telke and William Douglas Moreland—were mailed notice of their dissenters' rights pursuant to Colorado Revised Statutes § 7-113-203 (henceforth "Dissenters' Notice").

5. A true and correct copy of the form of the Dissenters' Notice is attached hereto as Exhibit A-1.

6. The Dissenters' Notice set December 31, 2012, as the date by which shareholders had to return their payment demands under Colorado's dissenter and appraisal statutes. *See* Exh. A-1.

{JK00480482.2}



EXHIBIT a

7. Neither Craig Telke nor William Douglas Moreland exercised their dissenter's rights by December 31, 2012. Likewise, neither Craig Telke nor William Douglas Moreland have tried to exercise those rights after December 31, 2012.

FURTHER AFFIANT SAYETH NAUGHT

Michael Klein

{JK00486482.2}