IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.

---

### AFFIDAVIT OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

STATE OF NEW YORK    :
                              : s.s:
COUNTY OF NEW YORK  :

I, Shannon L. Hopkins, being duly sworn deposes and says as follows:

    1.    I am over 18 years of age and am competent to testify to the matters and facts set forth hereinafter.

    2.    I am a member in good standing of the bars of the states of New York and Massachusetts. I am a partner with the law firm of Levi & Korsinsky, LLP ("Levi &

1

Korsinsky"). I am submitting this Affidavit in support of Plaintiff's Motion for Leave to File First Amended Complaint.

3. Attached hereto as Exhibit 1 is a true and correct copy of the docket in the consolidated action pending in state court, captioned *Chakravarthy v. Isaacman et, al.*, Case No. 2012CV30051 (Nov. 7, 2012).

4. Attached hereto as Exhibit 2 is a true and correct copy of the Order denying the State Plaintiffs'[1] amended motion for expedited proceedings, dated January 11, 2013.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Order in the consolidated State Action on Plaintiffs' Motion for Consolidation and Appointment of Co-Lead and Liaison Counsel.

6. Attached hereto as Exhibit 4 is a true and correct copy of the complaint filed in *Chakravarthy v. Isaacman et, al.*, Case No. 2012CV30051 (Nov. 7, 2012).

---

[1] All defined terms herein shall have the same meaning ascribed to them in Plaintiff's accompanying Reply in Support of Motion for Leave to File First Amended Complaint.

7. I solemnly affirm under penalties of perjury that the contents of the foregoing Affidavit are true to the best of my knowledge, information, and belief.

Date: June 27, 2013

Shannon L. Hopkins

Sworn to me this
27th day of June 2013

Notary Public

My commission expires: 6/26/15

SHANE T. ROWLEY
Notary Public, State of New York
No. 02RO6058365
Qualified in Westchester County
Commission Expires June 26, 20 15

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2013, I electronically filed the foregoing **AFFIDAVIT OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

                                      s/ Darby K. Kennedy
                                      Darby K. Kennedy
                                      Attorney for Plaintiff
                                      DYER & BERENS LLP
                                      303 East 17th Avenue, Suite 810
                                      Denver, CO  80203
                                      Telephone: (303) 861-1764
                                      FAX: (303) 395-0393
                                      Email: darby@dyerberens.com