# EXHIBIT 1

# Register of Actions

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| ☐ | **Filed by Plaintiff/Petitioner** | **Case Number:** | 2012CV030051 | **Division:** | 2 |
| ☐ | **Filed by Defendant/Respondent** | **Case Type:** | Other | **Judicial Officer:** | Maria E Berkenkotter |
| ☐ | **Filed by Court** | **Case Caption:** | Chakravarthy, Gopal v. Isaacman, Alan et al | **Court Location:** | Boulder County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Event | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 06/11/2013 11:31 AM | D D Mallard | Boulder County | N/A | Order | Order: order to dismiss | Public |
| N/A (Details) | 05/14/2013 2:23 PM | Maria E Berkenkotter | Boulder County | N/A | Order | Order Re: Motion to Consolidate Related Cases and Appoint Lead Counsel | Public |
| E7C6F180 | 05/13/2013 6:58 AM | KAREN CODY-HOPKINS | CODY-HOPKINS LAW FIRM | Gopal Chakravarthy | Motion | PLAINTIFFS MOTION TO CONSOLIDATE RELATED CASES AND APPOINT LEAD COUNSEL | Public |
|  |  |  |  |  | Affidavit | DECLARATION OF CHARLES LILLEY IN SUPPORT OF PLAINTIFFS MOTION TO CONSOLIDATE RELATED CASES AND APPOINT LEAD COUNSEL | Public |
|  |  |  |  |  | Exhibits Filed | Exhibits | Public |
|  |  |  |  |  | Proposed Order | Order re PLAINTIFFS MOTION TO CONSOLIDATE RELATED CASES AND APPOINT LEAD COUNSEL | Public |
| N/A (Details) | 03/04/2013 3:33 PM | Robert Gunning | Boulder County | N/A | Order | Order: Order re JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO SERVE C.R.C.P. 26(a)(1) DISCLOSURES | Public |
| N/A (Details) | 02/21/2013 | Roxanne Bailin | Boulder County | N/A | Order | Order - DELAY PREVENTION | Public |
| 102F410E | 02/15/2013 9:15 PM | Charles Lilley | Chales Lilley and Associates PC | Gopal Chakravarthy | Stipulation | JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO SERVE C.R.C.P. 26(a)(1) DISCLOSURES | Public |
|  |  |  |  |  | Proposed Order |  | Public |

| | | | | | | Order re JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO SERVE C.R.C.P. 26(a)(1) DISCLOSURES | |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 01/11/2013 3:48 PM | Maria E Berkenkotter | Boulder County | N/A | Order | Order Re: Plainitff's Amended Motion for Expedited Proceedings | Public |
| N/A (Details) | 01/11/2013 3:47 PM | Maria E Berkenkotter | Boulder County | N/A | Order | Order Re: Plaintiff's Motion to Reconsider | Public |
| A76B46BE | 01/11/2013 12:54 PM | Aaron David Goldhamer | Jones & Keller PC | Melissa Hubbard, Walter Timoshenko (more) | Answer | Answer | Public |
| 8F33A49 | 01/10/2013 6:14 AM | KAREN CODY-HOPKINS | CODY-HOPKINS LAW FIRM | Gopal Chakravarthy | Motion to Dismiss | Motion to Dismiss | Public |
| | | | | | Proposed Order | order to dismiss | Public |
| N/A (Details) | 01/08/2013 10:58 AM | Maria E Berkenkotter | Boulder County | N/A | Order | Order | Public |
| N/A (Details) | 01/08/2013 | Clerk Of Court | Boulder County | N/A | Notice | Notice of pro hac vice admission | Public |
| F892A99 | 12/31/2012 3:31 PM | Aaron David Goldhamer | Jones & Keller PC | Hiriam J Woo, Melissa Hubbard (more) | Proposed Order | Order Granting New Frontier Media, Inc., Melissa Hubbard, Alan Isaacman, Walter Timoshenko, and Hiram J. Woo's Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond | Public |
| | | | | | Motion | | Public |
| | | | | | | Defendants Alan Isaacman, Hiram J. Woo, Melissa Hubbard, Walter Timoshenko and New Frontier, Inc.'s Second Unopposed Motion for Extension of Time to Answer of Otherwise Respond to Complaint | |
| N/A (Details) | 12/13/2012 | Maria E Berkenkotter | Boulder County | N/A | Order | Order Granting Unopposed Motion For Extension of Time To Respond to Defendants Mtoion To Dismiss | Public |
| 4A041088 | 12/11/2012 6:43 PM | KAREN CODY-HOPKINS | CODY-HOPKINS LAW FIRM | Gopal Chakravarthy | Proposed Order | order for extension of time to respond to motion to dismss | Public |
| | | | | | Motion | | Public |
| | | | | | | Motion for extension of time to respond to motion to dismiss | |
| 819233BC | 12/10/2012 3:30 AM | KAREN CODY- | CODY-HOPKINS | Gopal Chakravarthy | Waiver of Service | Waiver of Service | Public |

| | | HOPKINS | LAW FIRM | | | signed 11-30-12 | |
|---|---|---|---|---|---|---|---|
| 9255403 | 12/05/2012 3:49 PM | Jeffrey Chase | Husch Blackwell LLP | Flynt Broadcasting Inc, Lfp Broadcasting Llc | Notice of Withdrawal of Attorney | Notice of Withdrawal of Attorney | Public |
| N/A (Details) | 12/05/2012 2:54 PM | Maria E Berkenkotter | Boulder County | N/A | Order | Order Re: Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint | Public |
| N/A (Details) | 12/05/2012 2:49 PM | Maria E Berkenkotter | Boulder County | N/A | Order | Order Re: Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission | Public |
| N/A (Details) | 12/05/2012 2:48 PM | Maria E Berkenkotter | Boulder County | N/A | Order | Order Re: Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission | Public |
| 2DE9A7F2 | 11/30/2012 7:09 PM | Aaron David Goldhamer | Jones & Keller PC | Alan Isaacman, New Frontier Media Inc (more) | Motion | Unopposed Motion for Extension of Time to Answer or otherwise Respond to Complaint | Public |
| N/A (Details) | 11/27/2012 8:17 AM | Clerk Of Court | Boulder County | N/A | Notice | Notice OF PRO HAC VICE REGISTRATION | Public |
| 5C2DC92C | 11/20/2012 11:42 AM | David Steefel | Husch Blackwell LLP | Flynt Broadcasting Inc, Lfp Broadcasting Llc | Proposed Order | Order re Defendants LFp Broadcasting, LLC and Flynt Broadcast, Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint with Supporting Legal Authorities | Public |
| 2F71921 | 11/20/2012 11:36 AM | David Steefel | Husch Blackwell LLP | Flynt Broadcasting Inc, Lfp Broadcasting Llc | Motion to Dismiss | Defendants LFp Broadcasting, LLC and Flynt Broadcast, Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint with Supporting Legal Authorities | Public |
| D64D8F62 | 11/19/2012 4:15 PM | David Steefel | Husch Blackwell LLP | Flynt Broadcasting Inc, Lfp Broadcasting Llc | Affidavit | Affidavit of Mark A. Vander Laan | Public |
| BF2BD048 | 11/19/2012 4:12 PM | David Steefel | Husch Blackwell LLP | Flynt Broadcasting Inc, Lfp Broadcasting Llc | Certificate | Certificate of Service | Public |
| CBF6A0E8 | 11/19/2012 4:10 PM | David Steefel | Husch Blackwell LLP | Flynt Broadcasting Inc, Lfp Broadcasting Llc | Motion | Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission | Public |
| 635BBDEB | 11/19/2012 | David | Husch | Flynt Broadcasting | Affidavit | Affidavit | Public |

| ID | Date/Time | Filer | Firm | Party | Link | Description | Access |
|---|---|---|---|---|---|---|---|
|  | 4:06 PM | Steefel | Blackwell LLP | Inc, Lfp Broadcasting Llc |  |  |  |
| 6668C317 | 11/19/2012 4:03 PM | David Steefel | Husch Blackwell LLP | Flynt Broadcasting Inc, Lfp Broadcasting Llc | Certificate | Certificate OF SERVICE | Public |
| FBF9A871 | 11/19/2012 4:00 PM | David Steefel | Husch Blackwell LLP | Flynt Broadcasting Inc, Lfp Broadcasting Llc | Motion | Motion FOR PRO HAC ADMISSION | Public |
| B01F67B4 | 11/19/2012 3:53 PM | David Steefel | Husch Blackwell LLP | Flynt Broadcasting Inc, Lfp Broadcasting Llc | Entry of Appearance | Entry of Appearance | Public |
| 402FD085 | 11/19/2012 3:50 PM | David Steefel | Husch Blackwell LLP | Flynt Broadcasting Inc, Lfp Broadcasting Llc | Entry of Appearance | Entry of Appearance | Public |
| 258E1C29 | 11/19/2012 3:06 PM | Jeffrey Chase | Husch Blackwell LLP | Flynt Broadcasting Inc, Lfp Broadcasting Llc | Response | Response IN OPPOSITION TO MOTION FOR EXPEDITED PROCEEDINGS | Public |
| F753E357 | 11/19/2012 2:51 PM | Jeffrey Chase | Husch Blackwell LLP | Flynt Broadcasting Inc, Lfp Broadcasting Llc | Entry of Appearance | Entry of Appearance | Public |
| AEB766D8 | 11/19/2012 1:12 PM | KAREN CODY-HOPKINS | CODY-HOPKINS LAW FIRM | Gopal Chakravarthy | Motion | Motion TO RECONSIDER ORDER TO STRIKE MOTION FOR EXPEDITED DISCOVERY | Public |
|  |  |  |  |  | Exhibits Filed |  | Public |
|  |  |  |  |  | Proposed Order | PLAINTIFF S AMENDED MOTION AND BRIEF IN SUPPORT OF PLAINTIFF S MOTION FOR EXPEDITED PROCEEDINGS | Public |
|  |  |  |  |  | Proposed Order |  | Public |
|  |  |  |  |  |  | ORDER GRANTING PLAINTIFF S AMENDED MOTION FOR EXPEDITED PROCEEDINGS |  |
|  |  |  |  |  |  | Proposed Order |  |
| N/A (Details) | 11/16/2012 3:41 PM | Maria E Berkenkotter | Boulder County | N/A | Order | Order | Public |
| B2D099A5 | 11/16/2012 10:52 AM | Aaron David Goldhamer | Jones & Keller PC | New Frontier Media Inc | Response | New Frontier Media, Inc's Response in Opposition to Plaintiff's Motion and Brief in Support of Plaintiff's Motion for Expedited Proceedings | Public |
|  |  |  |  |  | Pleading Supporting Document |  | Public |
|  |  |  |  |  | Pleading Supporting Document | Exh. A to New Frontier Media, Inc.'s Resp. in Opp. to Plaintiff's Motion for Expedited Proceedings | Public |
|  |  |  |  |  | Pleading Supporting Document |  | Public |
|  |  |  |  |  |  | Exh. B to New |  |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Pleading Supporting Document | Frontier Media, Inc.'s Resp. in Opp. to Plaintiff's Motion for Expedited Proceedings | Public |
| | | | | | | | Exh. C to New Frontier Media, Inc.'s Resp. in Opp. to Plaintiff's Motion for Expedited Proceedings | |
| | | | | | | | Affidavit of Alan Isaacman | |
| 28D4602D | 11/08/2012 12:29 PM | KAREN CODY-HOPKINS | CODY-HOPKINS LAW FIRM | Gopal Chakravarthy | Motion | PLAINTIFF S MOTION AND BRIEF IN SUPPORT OF PLAINTIFF S MOTION FOR EXPEDITED PROCEEDINGS | Public |
| | | | | | | Proposed Order | Order re PLAINTIFF S MOTION AND BRIEF IN SUPPORT OF PLAINTIFF S MOTION FOR EXPEDITED PROCEEDINGS | Public |
| 90260492 | 11/07/2012 11:01 AM | KAREN CODY-HOPKINS | CODY-HOPKINS LAW FIRM | Gopal Chakravarthy | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet 16.1 NOT APPLICABLE | Public |
| | | | | | | Filing Other | Verification | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Alan Isaacman | Defendant | | Aaron Goldhamer, Stuart Bennett |
| Flynt Broadcasting Inc | Defendant | DISM | David Steefel |
| Gopal Chakravarthy | Plaintiff | | Karen Cody-Hopkins, Charles Lilley |
| Hiriam J Woo | Defendant | | Aaron Goldhamer, Stuart Bennett |
| Lfp Broadcasting LLC | Defendant | DISM | David Steefel |
| Melissa Hubbard | Defendant | | Aaron Goldhamer, Stuart Bennett |
| New Frontier Media Inc | Defendant | | Aaron Goldhamer, Stuart Bennett |
| Walter Timoshenko | Defendant | | Aaron Goldhamer, Stuart Bennett |