# EXHIBIT 3

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address:<br>1777 Sixth Street P.O. Box 4249, Boulder, CO, 80306-4249 | DATE FILED: May 14, 2013 |
| **Plaintiff(s)** GOPAL CHAKRAVARTHY<br>v.<br>**Defendant(s)** ALAN ISAACMAN et al. | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2012CV30051<br>Division: 2          Courtroom: |
| **Order Re: Motion to Consolidate Related Cases and Appoint Lead Counsel** | |

The Court, having reviewed the Motion to Consolidate Related Cases and Appoint Lead Counsel in this case as well as in 12CV1011 and 12CV30034, grants the Motion in part, finding consolidation is proper because common issues of fact and law predominate. The Court consolidates all three cases into this case - 12CV30051. All future pleadings shall be filed in this consolidated action under this case number.

The Court denies the Motion to Appoint Lead Counsel as it does not appear from the Motion that any of the attorneys in the firms identified as potential lead counsel are admitted to practice law in Colorado or have sought or obtained pro hac vice admission in this case. Leave is granted to re-file the request to appoint lead counsel and liaison counsel once pro hac vice admission has been granted. The parties may re-file their requests regarding the other matters addressed in their May 13, 2013 Proposed Order (i.e., scheduling, handling of subsequently filed or transferred actions, etc.) at that time. Additionally, any proposed order regarding proposed lead counsel and proposed liaison counsel should specifically outline the specific duties of each.

Issue Date: 5/14/2013

*Maria E. Berkenkotter*

MARIA E BERKENKOTTER
District Court Judge