## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

     Defendants.

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

---

Having considered Plaintiff's Motion for Leave to File First Amended Complaint (the "Motion"), Doc. 24, all papers filed in support and in opposition to, and good cause appearing therefore, the Court HEREBY ORDERS:

1.    Plaintiff's Motion is GRANTED; and

2.    The Clerk of the Court is directed to file the "Amended Class Action Complaint for Breach of Fiduciary Duty and Violations of the Federal Securities Laws" (Doc. 24-1) attached to Plaintiff's Motion.

DATED:    August 19, 2013        BY THE COURT:

                                    */s/John L. Kane*
                                    U.S. Senior District Judge