## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.1:12-cv-02941-JLK-KLM

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.

_____

### DEFENDANTS' **UNOPPOSED** MOTION FOR EXTENSION
### OF TIME TO ANSWER AMENDED COMPLAINT
_____

Defendants New Frontier Media, Inc. ("New Frontier"), Alan Isaacman, Melissa Hubbard, Hiram J. Woo, and Walter Timoshenko ("Individual Defendants," and, collectively with New Frontier, "Defendants"), by and through their undersigned counsel, hereby file this Unopposed Motion for Extension of Time to Answer Amended Complaint ("Unopposed Motion") and state the following in support thereof:

### CERTIFICATION OF CONFERRAL

Undersigned counsel has conferred with counsel for Plaintiffs concerning the relief sought by this Unopposed Motion. Plaintiffs' counsel advises that Plaintiffs do not oppose the relief sought hereby.

{JK00511098.1 }

1. The Court granted Plaintiffs leave to file an Amended Complaint, and Defendants' response thereto is presently due September 5, 2013.

2. The Amended Complaint makes numerous allegations concerning the fairness opinion provided by Avondale Partners. *See*, *e.g.*, Doc. No. 28 at ¶¶ 87-99.

3. Despite Defendants' diligent efforts, Defendants have been unable to confer with Avondale Partners concerning the allegations related to them, but Defendants anticipate being able to do so if the relief sought by this Unopposed Motion is granted.

4. Therefore, Defendants request an extension of time of two weeks, to September 19, 2013, to file their Answer to the Amended Complaint.

5. No party will be prejudiced by this extension of time.

6. Defendants therefore respectfully request that the Court grant this Unopposed Motion.

DATED: September 5, 2013.

Respectfully submitted,

*s/ Stuart N. Bennett*
Stuart N. Bennett
Aaron D. Goldhamer
**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:       (303) 573-1600
Fax:             (303) 573-8133
E-mail:          sbennett@joneskeller.com
                 agoldhamer@joneskeller.com

Attorneys for Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo and Walter Timoshenko

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| *Attorneys for Plaintiff* | jeff@dyerberens.com<br>darby@dyerberens.com<br><br><br>shopkins@zlk.com<br><br><br><br><br><br>scrane@cranedunham.com<br>jleehan@cranedunham.com | Robert J. Dyer III<br>Jeffrey A. Berens<br>Darby K. Kennedy<br>DYER & BERENS LLP<br>303 East 17th Avenue, Suite 300<br>Denver, CO   80203<br><br>Shannon L. Hopkins<br>LEVI & KORSINSKY LLP<br>30 Broad Street, 24th Floor<br>New York, NY   10004<br><br>Stephen J. Crane<br>Jason T. Leehan<br>Crane Dunham PLLC<br>2121 Fifth Avenue<br>Seattle, WA 98121 |
|---|---|---|

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:   NONE

*s/   Stuart N. Bennett*
Stuart N. Bennett
Aaron D. Goldhamer
Attorneys for Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo and Walter Timoshenko
**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:         303-573-1600
Fax:                    303-573-8133
E-mail:              sbennett@joneskeller.com
                         agoldhamer@joneskeller.com
