## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.1:12-cv-02941-JLK-KLM

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.

_____

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT
_____

    THIS MATTER comes before the Court on Defendants' Unopposed Motion for Extension of Time to Answer Amended Complaint ("Unopposed Motion"). The Court, having reviewed same and being otherwise advised in the premises, ORDERS that the Unopposed Motion is GRANTED.

    Defendants shall have through and until September 19, 2013, to file their Answer to the Amended Complaint.

DATE: _____       BY THE COURT: _____
                                                    John L. Kane
                                                    SENIOR U.S. DISTRICT JUDGE