IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.
_____

**JOINT MOTION TO SET SCHEDULING CONFERENCE**
_____

The parties – Plaintiffs Craig Telke and William Douglas Moreland (collectively "Plaintiffs") and Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo and Walter Timeoshenko (collectively "Defendants"), through their respective undersigned counsel, hereby jointly move this Court for entry of an Order setting a Fed. R. Civ. P. 16 scheduling conference (the "Rule 16 Scheduling Conference"). As grounds in support of this Motion, the parties state as follows:[1]

---

[1] Pursuant to D.C.COLO.LCivR 7.1A, counsel for the parties have conferred on this Motion and the parties jointly seek the relief requested herein.

{JK00534889.2 }

- 2 -

1.  On August 19, 2013, the Court granted Plaintiff's Motion for Leave to File First Amended Complaint.  *See* Doc. #27.  The clerk subsequently entered on the docket the Amended Class Action Complaint for Breach of Fiduciary Duty and Violations of the Federal Securities Laws (the "Amended Complaint").  *See* Doc. #28.

2.  On September 19, 2013, Defendants filed their Answer to the Amended Complaint.  *See* Doc. #31.

3.  On October 10, 2013, counsel for the parties conducted their Fed. R. Civ. P. 26(f) meeting.

4.  Between October 30 and 31, 2013, the parties exchanged their Fed. R. Civ. P. 26(a)(1) initial disclosures.

5.  Counsel for the parties are continuing to negotiate the proposed scheduling order and the proposed protective order, as outlined by this Court's pretrial procedures.  The Plaintiffs submitted their draft to Defendants on October 18, 2013, and Defendants expect to complete their draft by December 13, 2013.  In light of the upcoming Holidays and the difficulty of traveling at this time of year the parties' counsel believe it would be most convenient if the Rule 16 Scheduling Conference were set in Mid-January 2014 or as soon thereafter as it is convenient for the Court.

WHEREFORE, the parties jointly request that this Court enter an Order setting a Fed. R. Civ. P. 16 scheduling conference.

- 3 -

Respectfully submitted this 4th day of December, 2013.

| | |
|---|---|
| By:   */s/ Darby K. Kennedy*<br>Jeffrey A. Berens<br>Darby K. Kennedy<br>DYER & BERENS LLP<br>303 East 17th Avenue, Suite 810<br>Denver, CO  80203<br>Tel:  (303) 861-1764<br>Fax: (303) 395-0393<br>jeff@dyerberens.com<br>darby@dyerberens.com<br><br>LEVI & KORSINSKY, LLP<br>Shannon L. Hopkins<br>Stephanie Bartone<br>30 Broad Street, 24th Floor<br>New York, NY  10004<br>Tel: (212) 363-7500<br>Fax: (212) 363-7171<br>shopkins@zlk.com<br>sbartone@zlk.com<br><br>CRANE DUNHAM PLLC<br>Stephen J. Crane<br>Jason T. Leehan<br>2121 Fifth Avenue<br>Seattle, WA  98121<br>Tel:  (206) 292-9090<br>Fax: (206) 292-9736<br>scrane@cranedunham.com<br>jleehan@cranedunham.com<br><br>*Attorneys for Plaintiffs* | By:   */s/ Stuart N. Bennett*<br>Stuart N. Bennett<br>Aaron D. Goldhamer<br>JONES AND KELLER, P.C.<br>1999 Broadway, Suite 3150<br>Denver, CO  80202<br>Tel: (303) 573-1600<br>Fax: (303) 573-8133<br>sbennett@joneskeller.com<br>agoldhamer@joneskeller.com<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2013, I electronically filed the foregoing **JOINT MOTION TO SET SCHEDULING CONFERENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's electronic mail notice list.

                                                                s/ Darby K. Kennedy
Darby K. Kennedy
Attorney for Plaintiffs
DYER & BERENS LLP
303 East 17th Avenue, Suite 810
Denver, CO 80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: darby@dyerberens.com