## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

      Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

      Defendants.

_____

**ORDER GRANTING JOINT MOTION TO SET SCHEDULING CONFERENCE**
_____

      Having considered the parties' Joint Motion To Set Scheduling Conference (the "Motion"), and good cause appearing therefore, the Court HEREBY ORDERS:

      1.    The Motion is GRANTED; and

      2.    The Fed. R. Civ. P. 16 scheduling conference is set for _____, 20____.

      **IT IS SO ORDERED.**

DATED: _____    _____
                                                            SENIOR JUDGE JOHN L. KANE JR.
                                                           UNITED STATES DISTRICT COURT