IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-2941-JLK**

**CRAIG TELKE, et al.,**

     Plaintiffs,

v.

**NEW FRONTIER MEDIA, INC., et al.,**

     Defendants.

---

**MINUTE ORDER SETTING SCHEDULING CONFERENCE**

---

Judge John L. Kane **ORDERS**

     This case is set for a Scheduling Conference on **January 31, 2014 at 3:00 p.m.** in **Courtroom A802** on the 8th floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver. The parties shall submit a Stipulated Scheduling and Discovery Order on or before **January 24, 2014.** See instructions for proper formatting of this order in Judge Kane's Pretrial and Trial Procedures Memorandum, available on the court's website at http://www.cod.uscourts.gov. A form of order is also available on the website, and the parties' proposed Scheduling Order should follow the example provided, which is different from those used by magistrate and other judges of this court.

     Counsel and pro se litigants shall read and strictly adhere to all instructions in the Judge's Pretrial and Trial Procedures Memorandum. **Particular attention is called to Part III, regarding motions for summary judgment.**

---

Dated: December 6, 2013