# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.

_____

## NOTICE OF ENTRY OF APPEARANCE
_____

    I, Stephanie A. Bartone of Levi & Korsinsky LLP, a member in good standing of the bar of this Court, hereby enter my appearance in accordance with D.C.COLO.LCivR 11.1A, in the above-captioned case as counsel for plaintiff Craig Telke.

DATED:  December 23, 2013

    Respectfully Submitted,

    s/ Stephanie A. Bartone
    ***Stephanie A. Bartone***
    LEVI & KORSINSKY LLP
    30 Broad Street, 24th Floor
    New York, NY 10004
    Telephone: (646) 561-2021
    FAX: (866) 367-6510
    Email: sbartone@zlk.com

    ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

s/ Stephanie A. Bartone
*Stephanie A. Bartone*
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (646) 561-2021
FAX: (866) 367-6510
Email: sbartone@zlk.com
