# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf All Others Similarly Situated,

    Plaintiff,

v.

NEW FRONTEIR MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

I, Stephen J. Crane of Crane Dunham PLLC, a member in good standing of the Washington State and King County Bar Associations, hereby enter my appearance in accordance with D.C.COLO.LCivR 11.1A, In the above-captioned case as counsel for plaintiff William Douglas Moreland.

DATED: January 28, 2014

    Respectfully submitted,

    s/Stephen J. Crane
    *Stephen J. Crane*
    Crane Dunham PLLC
    2121 Fifth Avenue
    Seattle, WA 98121-2510
    Telephone: 206-292-9090
    Fax: 206-292-9736
    Emails: scrane@cranedunham.com

**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2014, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

s/Albert Ta
*Albert Ta*
Legal Assistant
Crane Dunham PLLC
2121 Fifth Avenue
Seattle, WA 98121-2510
Telephone: 206-292-9090
Fax: 206-292-9736
Emails: ata@cranedunham.com
