IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf All Others Similarly Situated,

    Plaintiff,

v.

NEW FRONTEIR MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendant.

---

NOTICE OF ENTRY OF APPEARANCE

---

    I, Stephen J. Crane of Crane Dunham PLLC, a member in good standing of the bar of this Court, hereby enter my appearance in accordance with D.C.COLO.LCivR 11.1A, In the above-captioned case as counsel for plaintiff William Douglas Moreland.

DATED: January 28, 2014

                              Respectfully submitted,

                              s/Stephen J. Crane
                              *Stephen J. Crane*
                              Crane Dunham PLLC
                              2121 Fifth Avenue
                              Seattle, WA 98121-2510
                              Telephone: 206-292-9090
                              Fax: 206-292-9736
                              Emails: scrane@cranedunham.com

                              **Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 28, 2014, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

            <u>s/Albert Ta</u>
            *Albert Ta*
            Legal Assistant
            Crane Dunham PLLC
            2121 Fifth Avenue
            Seattle, WA 98121-2510
            Telephone: 206-292-9090
            Fax: 206-292-9736
            Emails: ata@cranedunham.com