**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Date:  January 31, 2014                           Deputy Clerk: Emily Seamon

Civil Case No.: 12-cv-02941-JLK                   Court Reporter: Mary George


CRAIG TELKE, and                                  Darby Kennedy
WILLIAM DOUGLAS MORELAND,                          Shannon Hopkins
Individually and on Behalf of All Others           Stephen Crane
Similarly Situated,                                Stephanie Bartone
                                                   Jason Leehan
          Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,                          Stuart Bennett
ALAN ISAACMAN,                                     Aaron Goldhamer
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

          Defendants.

---

**COURTROOM MINUTES**

---

**HEARING:  Scheduling Conference**

**2:59 p.m.      Court in session.**

Court calls case.  Appearances of counsel.

Plaintiffs provide a red line copy of the proposed Stipulated Scheduling And Discovery Order and discuss the changes with the Court.

Discussion regarding proposed Stipulated Scheduling And Discovery Order.

The Court advises counsel regarding settlement and trial setting.

**ORDERED:**  Plaintiffs shall redraft the proposed Stipulated Scheduling And Discovery Order as set forth on the record, and submit the document to the Court no later than **March 1, 2014**.

**ORDERED:**  A Status Conference is set for **Monday, August 25, 2014 at 10:00 a.m.**

**3:20 p.m.      Court in recess.**
Hearing concluded.
Total in-court time:   00:21