# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.
_____

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**
_____

Having considered Plaintiffs' Motion to Compel Production of Documents (the "Motion"), all papers filed in support and in opposition to, and good cause appearing therefore, the Court HEREBY ORDERS:

1.    Plaintiffs' Motion is GRANTED;

2.    Defendants shall produce all documents withheld from their Responses to Plaintiffs' Document Request Nos. 4, 5, 7, 11-13, 17, 18, 21, 30, 34 and 43 under the assertion of attorney-client privilege concerning communications between New Frontier or the Company's attorneys with its investment

      bankers, accountants and other consultants concerning the Merger, as defined in Plaintiffs' Motion;

3. Defendants shall produce all documents withheld from their Responses to Plaintiffs' Document Request Nos. 4, 5, 7, 11, 12, 17, 18, 21, 30, 34, and 43 under the assertion of accountant-client privilege concerning communications between New Frontier or the Company's attorneys with its investment bankers, accountants and other consultants concerning the Merger, as defined in Plaintiffs' Motion;

4. Defendants shall produce documents and information for the Relevant Time Period of January 1, 2012 to the present, except for with respect to Plaintiffs' Document Request Nos. 13, 15, 39 and 44, for which they will produce documents for January 1, 2007 through the present;

5. Defendants disclose the search terms and methods that Defendants used to search for and collect relevant and responsive documents;

6. Defendants shall produce all documents Responsive to Plaintiffs Requests and Interrogatories no later than two weeks from the date of this Order; and

7. Defendants shall supplement their responses to Plaintiffs' Interrogatories no later than two weeks from the date of this Order.

**IT IS SO ORDERED.**

DATED: _____

                                      _____
                                      SENIOR JUDGE JOHN L. KANE
                                      UNITED STATES DISTRICT COURT