## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

     Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

     Defendants.

---

## AFFIDAVIT OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

---

STATE OF CONNECTICUT    :
                        : s.s:
COUNTY OF FAIRFIELD       :

I, Shannon L. Hopkins, being duly sworn deposes and says as follows:

    1.    I am over 18 years of age and am competent to testify to the matters and facts set forth hereinafter.

    2.    I am a member in good standing of the bars of the states of New York, Massachusetts and Connecticut.  I am a partner with the law firm of Levi & Korsinsky,

LLP ("Levi & Korsinsky").  I am submitting this Affidavit in support of Plaintiffs' Motion to Compel Production of Documents.

3.      Attached hereto as Exhibit 1 is Plaintiffs' February 12, 2014 Letter to Defendants.[1]

4.      Attached hereto as Exhibit 2 is Plaintiffs' First Request for Production of Documents.

5.      Attached hereto as Exhibit 3 is Plaintiffs' First Set of Interrogatories.

6.      Attached hereto as Exhibit 4 is Defendants' Response to Plaintiffs' First Request for the Production of Documents.

7.      Attached hereto as Exhibit 5 is Plaintiffs May 5, 2014 Letter to Defendants.

I solemnly affirm under penalties of perjury that the contents of the foregoing Affidavit are true and to the best of my knowledge, information, and belief.

Date: May 20, 2014

_____
Shannon L. Hopkins

Sworn to me this
20th day of May 2014

_____
Notary Public

My commission expires: _____

4834-0633-7307, v. 1



STEPHANIE ANN BARTONE
Notary Public, State of Connecticut
My Commission Expires November 30, 2018

---

[1] All defined terms herein shall have the same meaning ascribed to them in Plaintiffs' accompanying Brief in Support of Motion to Compel Production of Documents.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 20, 2014, I electronically filed the foregoing **AFFIDAVIT OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

<u>s/ Jeffrey A. Berens</u>
Jeffrey A. Berens
Attorney for Plaintiff
DYER & BERENS LLP
303 East 17th Avenue, Suite 810
Denver, CO  80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: jeff@dyerberens.com