IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.

---

**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL [Doc. # 42]**

---

    Plaintiffs Craig Telke and William Douglas Moreland (collectively, "Plaintiffs,") and Defendants New Frontier Media, Inc., ("New Frontier"), Alan Isaacman, Melissa Hubbard, Hiram J. Woo, and Walter Timoshenko ("Individual Defendants" and with New Frontier, "Defendants") hereby file this Stipulated Motion for Extension of Time for Defendants to Respond to Plaintiffs' Motion to Compel [Doc. # 42] and state the following in support thereof:

    1.    Plaintiffs filed a Motion to Compel on May 20, 2014.  Doc. # 42.

    2.    Defendants' response to the Motion to Compel is presently due on June 13, 2014. Plaintiffs' reply in support of their Motion to Compel is due following Defendants' response.

    3.    The parties have scheduled a mediation in an effort to resolve this litigation.  That mediation is set for July 1, 2014.

    4.    The parties anticipate continuing to provide each other with discovery materials

{JK00586963.1 }    1

during the pendency of the mediation and to that end Defendants produced in excess of 2,500 documents comprising more than 15,000 pages on June 12, 2014.  This production may narrow the issues on the motion to compel.  Defendants contemplate further production of documents in the coming weeks that may narrow the issues even further.

5. The parties believe that they are more likely to resolve their disputes if they can focus on the pending mediation rather than briefing Plaintiffs' Motion to Compel at this time.

6. No party would be prejudiced if Defendants are granted an extension of time to respond to the Motion to Compel.

7. The parties, therefore, respectfully request that Defendants be granted an extension of time, through and including July 18, 2014, to respond to Plaintiffs' Motion to Compel.

8. A proposed order is submitted herewith.

Dated: June 13, 2014.

          DYER & BERENS LLP
          Robert J. Dyer III
          Jeffrey A. Berens
          Darby K. Kennedy

          /s/ *Jeffrey A. Berens*

          303 East 17th Avenue, Suite 810
          Denver, CO 80203
          Tel: (303) 861-1764
          Fax: (303) 395-0393
          bob@dyerberens.com
          jeff@dyerberens.com
          *Liaison Counsel for Plaintiffs*

          LEVI & KORSINSKY, LLP
          Shannon L. Hopkins
          Stephanie A. Bartone
          30 Broad Street, 24th Floor

New York, NY 10004
Tel: 212-363-7500
Fax: 212-363-7171
shopkins@zlk.com
sbartone@zlk.com
*Counsel for Plaintiff Telke*

CRANE DUNHAM PLLC
Stephen J. Crane
Jason T. Leehan
2121 Fifth Avenue
Seattle, WA 98121
Tel: 206-292-9090
Fax: 206-292-9736
scrane@cranedunham.com
jleehan@cranedunham.com
*Counsel for Plaintiff Moreland*

*s/   Stuart N. Bennett*
Stuart N. Bennett
Aaron D. Goldhamer
**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
(303) 573-1600
(303) 573-8133
sbennett@joneskeller.com
agoldhamer@joneskeller.com

*Attorneys for Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo and Walter Timoshenko*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2014, I electronically filed the foregoing STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL [Doc. # 42] with the Clerk of the Court using CM/ECF which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff* | jeff@dyerberens.com<br>darby@dyerberens.com<br>bob@dyerberens.com | DYER & BERENS LLP<br>Robert J. Dyer III<br>Jeffrey A. Berens<br>Darby K. Kennedy<br>303 East 17th Avenue, Suite 810<br>Denver, CO 80203 |
| | scrane@cranedunham.com<br>jleehan@cranedunham.com | CRANE DUNHAM PLLC<br>Stephen J. Crane<br>Jason T. Leehan<br>2121 Fifth Avenue<br>Seattle, WA 98121 |
| | shopkins@zlk.com<br>sbartone@zlk.com | LEVI & KORSINSKY, LLP<br>Shannon L. Hopkins<br>Stephanie A. Bartone<br>30 Broad Street, 24th Floor<br>New York, NY 10004 |

And I hereby certify pursuant to D.C.Colo.L.Civ.R. 6.1 that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:

Alan Isaacman
10250 Constellation Blvd.
Suite 2900
Los Angeles, CA 90067

Melissa Hubbard
7120 W. Princeton Ave.
Denver, CO 80235

Hiram Woo
309 4th Ave, #200
San Francisco, CA 94118

Walter Timoshenko
PO Box 9
Bethpage, NY 11714

AnaLisa Valle
*General Counsel for New Frontier Media, Inc.*
avalle@lightning-ent.com

*s/ Tammy Harris*
Tammy Harris