# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

      Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

      Defendants.

---

### [Proposed] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL [Doc. # 42]

---

THIS MATTER comes before the Court on the parties' Stipulated Motion for Extension of Time for Defendants to Respond to Plaintiffs' Motion to Compel [Doc. # 42] (henceforth, "Stipulated Motion"). The Court, having reviewed same and being otherwise advised in the premises, hereby ORDERS that the Stipulated Motion is GRANTED. Defendants shall have through and including July 18, 2014, to respond to the Plaintiffs' Motion to Compel.

DATED: _____              BY THE COURT: _____

                                                                John L. Kane, Jr.
                                                                Senior United States District Judge