IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

     Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

     Defendants.

---

**SECOND STIPULATED MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL [Doc. # 42]**

---

Plaintiffs Craig Telke and William Douglas Moreland (collectively, "Plaintiffs,") and Defendants New Frontier Media, Inc., ("New Frontier"), Alan Isaacman, Melissa Hubbard, Hiram J. Woo, and Walter Timoshenko ("Individual Defendants" and with New Frontier, "Defendants") hereby file this Second Stipulated Motion for Extension of Time for Defendants to Respond to Plaintiffs' Motion to Compel [Doc. # 42] and state the following in support thereof:

    1.    Plaintiffs filed a Motion to Compel on May 20, 2014. Doc. # 42.

    2.    Defendants' response to the Motion to Compel was originally due on June 13, 2014. Plaintiffs' reply in support of their Motion to Compel is due following Defendants' response.

    3.    The parties previously moved to extend Defendants' response to the Motion to Compel while the parties participated in a mediation scheduled for July 1, 2014.

4. The mediation was held in New York as scheduled under the auspices of JAMS. The mediator is Jed Melnick. While the case was not resolved, the parties have continued their settlement discussions through Mr. Melnick and have exchange discovery materials in furtherance of their efforts to resolve the issues.

5. The parties believe that they are more likely to resolve their disputes if they can focus on the pending mediation rather than briefing Plaintiffs' Motion to Compel at this time.

6. No party would be prejudiced if Defendants are granted an extension of time to respond to the Motion to Compel.

7. The parties, therefore, respectfully request that Defendants be granted an additional extension of two weeks through and including August 1, 2014, to respond to Plaintiffs' Motion to Compel.

8. The parties further request that Plaintiffs be granted until August 22, 2014, within which to file any Reply in support of the Motion to Compel.

9. A proposed order is submitted herewith.

Dated: July 18, 2014.

    DYER & BERENS LLP
    Robert J. Dyer III
    Jeffrey A. Berens
    Darby K. Kennedy

    /s/ *Jeffrey A. Berens*

    303 East 17th Avenue, Suite 810
    Denver, CO 80203
    Tel: (303) 861-1764
    Fax: (303) 395-0393
    bob@dyerberens.com
    jeff@dyerberens.com
    *Liaison Counsel for Plaintiffs*

LEVI & KORSINSKY, LLP
Shannon L. Hopkins
Stephanie A. Bartone
30 Broad Street, 24th Floor
New York, NY 10004
Tel: 212-363-7500
Fax: 212-363-7171
shopkins@zlk.com
sbartone@zlk.com
*Counsel for Plaintiff Telke*

CRANE DUNHAM PLLC
Stephen J. Crane
Jason T. Leehan
2121 Fifth Avenue
Seattle, WA 98121
Tel: 206-292-9090
Fax: 206-292-9736
scrane@cranedunham.com
jleehan@cranedunham.com
*Counsel for Plaintiff Moreland*


*s/   Stuart N. Bennett*
Stuart N. Bennett
Aaron D. Goldhamer
**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
(303) 573-1600
(303) 573-8133
sbennett@joneskeller.com
agoldhamer@joneskeller.com

*Attorneys for Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo and Walter Timoshenko*

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, I electronically filed the foregoing SECOND STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL [Doc. # 42] with the Clerk of the Court using CM/ECF which will send notification of such filing to the following e-mail addresses:

*Attorneys for Plaintiff*

jeff@dyerberens.com
darby@dyerberens.com
bob@dyerberens.com

DYER & BERENS LLP
Robert J. Dyer III
Jeffrey A. Berens
Darby K. Kennedy
303 East 17th Avenue, Suite 810
Denver, CO 80203

scrane@cranedunham.com
jleehan@cranedunham.com

CRANE DUNHAM PLLC
Stephen J. Crane
Jason T. Leehan
2121 Fifth Avenue
Seattle, WA 98121

shopkins@zlk.com
sbartone@zlk.com

LEVI & KORSINSKY, LLP
Shannon L. Hopkins
Stephanie A. Bartone
30 Broad Street, 24th Floor
New York, NY 10004

And I hereby certify pursuant to D.C.Colo.L.Civ.R. 6.1 that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:

Alan Isaacman
10250 Constellation Blvd.
Suite 2900
Los Angeles, CA  90067

Melissa Hubbard
7120 W. Princeton Ave.
Denver, CO  80235

Hiram Woo
309 4th Ave, #200
San Francisco, CA  94118

Walter Timoshenko
PO Box 9
Bethpage, NY  11714

AnaLisa Valle
*General Counsel for New Frontier Media, Inc.*
avalle@lightning-ent.com

*s/ Tammy Harris*
Tammy Harris