IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.

---

[Proposed] ORDER GRANTING SECOND STIPULATED MOTION
FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND
TO PLAINTIFFS' MOTION TO COMPEL [Doc. # 42]

---

THIS MATTER comes before the Court on the parties' Second Stipulated Motion for Extension of Time for Defendants to Respond to Plaintiffs' Motion to Compel [Doc. # 42] (henceforth, "Second Stipulated Motion").  The Court, having reviewed same and being otherwise advised in the premises, hereby ORDERS that the Second Stipulated Motion is GRANTED.  Defendants shall have through and including August 1, 2014, to respond to the Plaintiffs' Motion to Compel and Plaintiffs shall have through and including August 22, 2014 within which to file any Reply.

DATED: _____           BY THE COURT: _____
                                                                     Honorable John L. Kane, Jr.
                                                                     Senior United States District
                                                                     Judge