# Exhibit E

Response to Plaintiffs' Motion to Compel

Use these links to rapidly review the document
TABLE OF CONTENTS

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

## SCHEDULE 14D−9

### (Rule 14d−101)

**Solicitation/Recommendation Statement Under Section 14(d)(4)**
**of the Securities Exchange Act of 1934**

# NEW FRONTIER MEDIA, INC.
### (Name of Subject Company)

# NEW FRONTIER MEDIA, INC.
### (Name of Person Filing Statement)

**Common Stock, par value $0.0001 per share**
(Title of Class of Securities)

**644398109**
(CUSIP Number of Class of Securities)

**Alan L. Isaacman**
**Chairman of the Board**
**6000 Spine Road, Suite 100**
**Boulder, Colorado 80301**
**(303) 444−0900**
(Name, address and telephone number of person authorized to receive
notices and communications on behalf of the person(s) filing statement)

**With copies to:**

| | |
|---|---|
| **Keith E. Gottfried, Esq.** | **Scott A. Berdan, Esq.** |
| **Alston & Bird LLP** | **Holland & Hart LLP** |
| **The Atlantic Building** | **One Boulder Plaza** |
| **950 F Street, N.W.** | **1800 Broadway, Suite 300** |
| **Washington, DC 20004−1404** | **Boulder, CO 80302−5234** |
| **(202) 239−3300** | **(303) 473−2700** |

☐     Check the box if the filing relates solely to preliminary communications made before the commencement of a tender offer.

---

Table of Contents

## TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| Item 1. | Subject Company Information | 1 |
| Item 2. | Identity and Background of Filing Person | 1 |
| Item 3. | Past Contacts, Transactions, Negotiations and Agreements | 2 |
| Item 4. | The Solicitation or Recommendation | 11 |
| Item 5. | Person/Assets, Retained, Employed, Compensated or Used | 58 |
| Item 6. | Interest in Securities of the Subject Company | 58 |
| Item 7. | Purposes of the Transaction and Plans or Proposals | 58 |
| Item 8. | Additional Information | 58 |
| Item 9. | Exhibits | 63 |

SIGNATURE

| ANNEX A—INFORMATION STATEMENT | A–1 |
|---|---|
| ANNEX B—OPINION OF AVONDALE PARTNERS LLC | B–1 |

i

DEFR260000944

Table of Contents

**Item 1.   Subject Company Information**

*Name and Address*

The name of the subject company is New Frontier Media, Inc., a Colorado corporation (the "*Company*"). The address of the Company's principal executive offices is 6000 Spine Road, Suite 100, Boulder, Colorado 80301, and the Company's telephone number is (303) 444−0900.

*Securities*

This Solicitation/Recommendation Statement on Schedule 14d−9 (together with any exhibits and annexes hereto, the "*Schedule 14d−9*") relates to the common stock, par value $0.0001 per share, of the Company (the "*Common Stock*").

The shares of Common Stock are hereinafter referred to as the "*Shares.*" As of close of business on October 26, 2012, there were (i) 16,264,213 Shares issued and outstanding and (ii) 1,370,152 Shares subject to issuance pursuant to the exercise of outstanding stock options.

**Item 2.   Identity and Background of Filing Person**

*Name and Address*

The Company is the person filing this Schedule 14d−9 and is the subject company. The Company's name, address and telephone number are set forth in Item 1 above.

*Tender Offer*

This Schedule 14d−9 relates to the tender offer by Flynt Broadcast, Inc. ("*Merger Sub*"), a Colorado corporation and wholly−owned subsidiary of LFP Broadcasting, LLC, a Delaware limited liability company ("*Parent*"), pursuant to which Merger Sub has offered to purchase all of the outstanding Shares at a price per share equal to (1) $2.02 (the "*Offer Price*"), net to the seller in cash, without interest and subject to any required withholding taxes, and (2) one contingent right per Company Share (a "*CPR*") which shall represent the contractual right to receive a Contingent Cash Payment (as such term is defined in the Contingent Payment Rights Agreement (the "*CPR Agreement*") in the form attached to the Merger Agreement as *Exhibit A*) (the aggregate consideration referred to in (1) and (2) and any other consideration per share paid pursuant to the Offer, the "*Offer Consideration*"), upon the terms and conditions set forth in the Offer to Purchase dated October 29, 2012 (the "*Offer to Purchase*") and the related Letter of Transmittal (which, together with the Offer to Purchase, as each may be supplemented or amended from time to time, collectively, constitute the "*Offer*"). The Offer is described in a Tender Offer Statement on Schedule TO (together with any exhibits thereto, the "*Schedule TO*") filed by Parent and Merger Sub with the Securities and Exchange Commission (the "*SEC*") on October 29, 2012. Copies of the Offer to Purchase and related Letter of Transmittal are filed as *Exhibits (a)(1)* and *(a)(2)* hereto, respectively, and are incorporated herein by reference.

The Offer is being made pursuant to an Agreement and Plan of Merger, dated as of October 15, 2012 (as such agreement may be amended or supplemented from time to time, the "*Merger Agreement*"), by and among Parent, Merger Sub and the Company. The Merger Agreement provides, among other things, that following completion of the Offer and subject to the satisfaction or waiver of certain conditions, Merger Sub will be merged with and into the Company (the "*Merger*" and together with the Offer and the other transactions contemplated by the Merger Agreement, the "*Contemplated Transactions*") upon the terms and subject to the conditions set forth in the Merger Agreement and in accordance with the Colorado Business Corporation Act, as amended (the "*CBCA*"). As a result of the Merger, any Shares that are not acquired in the Offer and remain outstanding immediately prior to the effective time of the Merger (the "*Effective Time*") (other than Shares held by Parent or any subsidiary of Parent (including Merger Sub), any Shares held by the Company as treasury shares or otherwise and any Shares held by shareholders who

1

Table of Contents

opinion and based upon and subject to the various qualifications, limitations, factors and assumptions set forth in the opinion, that the Offer Price of $2.02 per share in cash to be received by the holders of the outstanding shares of Company common stock in connection with the Transactions was fair from a financial point of view to such holders. For purposes of the opinion, Avondale Partners did not assume any additional cash consideration with respect to the CPRs.

**The full text of Avondale Partners' written opinion, dated October 14, 2012, which sets forth the assumptions made, procedures followed, matters considered and qualifications and limitations on the scope of review undertaken by Avondale Partners in rendering its opinion, is included as *Exhibit (a)(15)* to this Schedule 14D−9 and is incorporated into this Schedule 14D−9 by reference. Shareholders are urged to, and should, read the opinion carefully and in its entirety. The following summary of the Avondale Partners' opinion is qualified in its entirety by reference to the full text of the opinion. Avondale Partners' opinion was directed to the Special Committee and addresses only the fairness from a financial point of view of the cash consideration to be received by holders of Company common stock in the Contemplated Transactions pursuant to the Merger Agreement, as of the date of the opinion. Avondale Partners' opinion does not (i) address any other aspects of the Contemplated Transactions, (ii) address the relative merits of the Contemplated Transactions as compared to alternative transactions or strategies that may be available to the Company, or (iii) express any opinion or recommendation as to the underlying decision of the Company to engage in the Contemplated Transactions or as to how any shareholder of the Company should vote at any shareholders' meeting held in connection with the Contemplated Transactions or as to whether any shareholder should tender their shares in the Tender Offer.**

The following description of Avondale Partners' opinion is only a summary of the analyses and examinations that Avondale Partners deemed material to its opinion. It is not a comprehensive description of all analyses and examinations actually conducted by Avondale Partners. The preparation of a fairness opinion necessarily is not susceptible to partial analysis or summary description. Avondale Partners believes that its analyses and the summary set forth below must be considered as a whole and that selecting portions of its analyses and of the factors considered, without considering all analyses and factors, would create an incomplete view of its analyses and its opinion. In addition, Avondale Partners may have given various analyses more or less weight than other analyses, and may have deemed various assumptions more or less probable than other assumptions. The fact that any specific analysis has been referred to in the summary below is not meant to indicate that this analysis was given greater weight than any other analysis described below and should not be taken to be the view of Avondale Partners with respect to the actual value of the Company. Avondale Partners made its determination as to the fairness of the cash consideration on the basis of its experience and professional judgment after considering the results of all of its analyses.

In performing its analyses, Avondale Partners made numerous assumptions with respect to industry performance, general business and economic conditions and other matters, many of which are beyond the control of Avondale Partners and the Company. The analyses performed by Avondale Partners are not necessarily indicative of actual values or actual future results, which may be significantly more or less favorable than those suggested by these analyses. The analyses do not purport to be appraisals or to reflect the prices at which a company might actually be sold or the prices at which any securities may trade at any time in the future.

No company or transaction used in the comparable company or comparable transaction analyses described below is identical to the Company or the Contemplated Transactions. Accordingly, an analysis of the results of such analyses is not mathematical; rather, it involves complex considerations and judgments concerning differences in financial and operating characteristics of the companies and other factors that could affect the public trading value of the companies to which the Company and the Contemplated Transactions are being compared.

41

DEFR260000985

Table of Contents

*Procedures Followed*

In connection with its opinion, Avondale Partners:

(1) Reviewed certain publicly available financial statements of the Company that Avondale Partners deemed relevant, including the consolidated financial statements for recent years and certain other relevant financial and operating data of the Company made available to Avondale Partners from published sources and by senior management of the Company;

(2) Reviewed a draft of the Merger Agreement, dated October 12, 2012, and the related disclosure letter;

(3) Compared the Company from a financial point of view with certain other companies in the media and entertainment industry that Avondale Partners deemed relevant;

(4) Reviewed certain publicly available equity research reports that Avondale Partners deemed relevant regarding companies in the media and entertainment industry;

(5) Considered the financial terms, to the extent publicly available, of selected recent business combinations in the media and entertainment industry that Avondale Partners deemed to be comparable, in whole or in part, to the Contemplated Transactions;

(6) Reviewed the financial terms, to the extent publicly available, of certain other transactions Avondale Partners believed to be reasonably comparable to the Contemplated Transactions;

(7) Interviewed senior management of the Company regarding the Company's operating history and its prospects;

(8) Reviewed the trading history of the Company's Common Stock;

(9) Took into account Avondale Partners' assessment of general economic, market and financial and other conditions and its experience in other transactions, as well as its expertise in securities valuation and its knowledge of the industry in which the Company operates;

(10) Reviewed certain non−public information, including internal operating data and financial analyses and forecasts prepared by senior management of the Company and supplied to Avondale Partners; and

(11) Performed other such analyses and examinations as Avondale Partners deemed appropriate.

Avondale Partners did not independently verify any of the information concerning the Company considered by Avondale Partners in connection with its review of the Contemplated Transactions and assumed and relied upon the accuracy and completeness of all such information. Further, Avondale Partners relied upon the assurances of representatives and management of the Company that they were not aware of any facts or circumstances that would make such information inaccurate or misleading in any material respect. With respect to the internal operating data and financial analyses and forecasts supplied to Avondale Partners, Avondale Partners assumed, with the consent of the Special Committee, that such data, analyses, and forecasts were reasonably prepared on a basis reflecting the best currently available estimates and judgments of the Company's senior management as to the recent and likely future performance of the Company, and Avondale Partners relied upon each party to advise it promptly if any information previously provided became inaccurate or was required to be updated during the period of its review. Accordingly, Avondale Partners expressed no opinion with respect to such analyses or forecasts or the assumptions on which they were based. In addition, Avondale Partners did not conduct a physical inspection or appraisal of any of the tangible or intangible assets (including goodwill and intellectual property), properties, or facilities of the Company and did not undertake an independent analysis of any pending or threatened litigation, possible unasserted claims or other liabilities (contingent or otherwise) to which the Company or any of its affiliates was a party or could be subject. The opinion of Avondale

42

DEFR260000986

Table of Contents

Partners is necessarily based upon market, economic, financial and other conditions as they existed on, and could be evaluated as of, the date of its opinion. Any change in such conditions would require a reevaluation of its opinion. Avondale Partners expresses no opinion as to the underlying valuation, future performance or long−term viability of the Company. It should be understood that, although subsequent developments may affect the opinion of Avondale Partners, Avondale Partners does not have any obligation to update, revise or reaffirm its opinion.

In connection with rendering its opinion, Avondale Partners assumed that the Contemplated Transactions will be consummated on the terms and subject to the conditions described in the draft merger agreement, dated October 12, 2012. The Merger Agreement, as executed, was not materially different from the October 12, 2012 draft merger agreement reviewed by Avondale Partners in connection with rendering its opinion. Avondale Partners also assumed that all necessary governmental and regulatory approvals and third−party consents will be obtained on terms and conditions that will not have a material adverse effect on the Company and that the Contemplated Transactions will be consummated in a manner that complies in all respects with the applicable provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and all other applicable federal and state statutes, rules and regulations. Avondale Partners also assumed that the definitive Merger Agreement was not materially different from the draft merger agreement dated October 12, 2012. Avondale Partners' opinion only addresses the fairness of the cash consideration to be paid, from a financial point of view, to the Company's shareholders and does not address any other aspect or implication of the Contemplated Transactions or any other agreement, arrangement or understanding entered into by the Company or any other person in connection with the Contemplated Transactions or otherwise.

*Summary of Financial and Other Analyses*

The following represents a summary of the material financial analyses performed by Avondale Partners in connection with providing its opinion to the Special Committee. Avondale Partners prepared these analyses for purposes of providing its opinion to the Special Committee as to the fairness, from a financial point of view, of the $2.02 per share in cash to be received by the holders of the outstanding shares of Common Stock in connection with the Contemplated Transactions. Some of the summaries of financial analyses performed by Avondale Partners include information presented in tabular format. In order to fully understand the financial analyses performed by Avondale Partners, you should read the tables together with the text of each summary. The tables alone do not constitute a complete description of the financial analyses. Considering the data set forth in the tables without considering the full narrative description of the financial analyses, including the methodologies and assumptions underlying the analyses, could create a misleading or incomplete view of the financial analyses performed by Avondale Partners.

43

DEFR260000987

Table of Contents

    **Historical Stock Trading Analysis.**   Avondale Partners reviewed the historical stock prices and trading characteristics over the last three years of the Company's Common Stock. The following table compares the $2.02 Offer Price with various closing prices and averages over the last three years:

| Prices as of October 12, 2012 | Price |
|---|---|
| Offer Price | $ 2.02 |
| 1 Week Avg | $ 1.30 |
| 1 Month Avg | $ 1.31 |
| 3 Month Avg | $ 1.47 |
| 1 Year Avg | $ 1.35 |
| 1 Year High | $ 1.73 |
| 2 Year Avg | $ 1.49 |
| 2 Year High | $ 2.14 |
| 3 Year Avg | $ 1.61 |
| 3 Year High | $ 2.35 |

    **Volume of Shares Traded Analysis.**   Avondale Partners reviewed the historical prices and historical trading activity of the Common Stock over the one–year period and three–year periods ended October 12, 2012. Avondale Partners calculated the total number of Shares traded at certain share price ranges over the one–year period ended October 12, 2012 beginning with a range of $1.00 to $1.25 and increasing at $0.25 increments to a range of $1.50 to $1.75. Avondale Partners also calculated the total number of Shares traded at certain share price ranges over the three–year period ended October 12, 2012 beginning with a range of $1.00 to $1.25 and increasing at $0.25 increments to a range of $2.25 to $2.50. Avondale Partners observed that in the past year, of the Shares that traded, 100% traded at prices less than $1.75. Avondale Partners observed that in the past three years, of the Shares that traded, 90% traded at prices less than $2.00.

    **Discounted Cash Flow Analyses.**   Avondale Partners performed discounted cash flow analyses for the projected cash flows of the Company for the fiscal years ending March 31, 2013 through March 31, 2017, using projections and assumptions provided by the senior management of the Company. Avondale Partners performed these discounted cash flow analyses on two different forecasts provided by senior management of the Company, which are referred herein as "Management I" and "Management II." The Management II forecast is based on adjustments to the Management I forecast to reflect a more conservative projection of revenues. Based upon the continuing operating and financial performance of the Company, Avondale Partners and the management of the Company determined that the Management I and Management II forecasts were the appropriate forecasts on which to perform this analysis, rather than the Management III forecast as presented in the initial bid process in May 2012. See "*Company Projections*" below. For each forecast, Avondale Partners used a range of discount rates of 20.0% to 30.0% and a range of terminal multiples of forecasted earnings before interest and taxes (EBIT) for the fiscal year ending March 31, 2017 of 5.0x to 7.0x to calculate a range of implied values of the Common Stock. The following table sets forth the implied values indicated by these analyses:

| ($ in millions, except per share data) | Management I | | Management II | |
|---|---|---|---|---|
| | Low | High | Low | High |
| Implied Enterprise Value | $ 9.9 | $ 14.3 | $ 5.1 | $ 6.0 |
| Implied Equity Value | $ 23.0 | $ 27.4 | $ 18.1 | $ 19.0 |
| Implied Price per Share | $ 1.42 | $ 1.69 | $ 1.12 | $ 1.17 |

    **Precedent Transactions Analysis.**   Based on public and other available information, Avondale Partners calculated the multiples of enterprise value (which Avondale Partners defined as equity value plus debt less cash and cash equivalents) to EBIT for the last twelve months, or LTM EBIT, implied in the following

DEFR260000988

Table of Contents

acquisitions of companies in the media and entertainment industry announced or closed since January 1, 2009:

| Date Announced | Name of Target | Name of Acquiror |
|---|---|---|
| 02/20/12 | Starcat Cable Network Co. | Community Network Center, Inc. |
| 01/10/12 | Sapphire Media International | LFP, Inc. |
| 12/31/11 | HIT Entertainment Limited | Mattel, Inc. |
| 11/07/11 | Betty TV Limited | Discovery Communications, Inc. |
| 09/30/11 | The Hearst Corporation, Cycle World | Bonnier Corporation |
| 08/11/11 | Hollywood Classics Limited | Metrodome Group plc |
| 03/27/11 | Bontonfilm A.S. | CME Media Pro B.V. |
| 03/10/11 | CKX Inc. | Apollo Global Management LLC |
| 05/17/11 | Entertainment in Motion, Inc. | Advanced Inflight Alliance AG |
| 04/11/11 | Hopscotch Films Pty Ltd. | Entertainment One Ltd. |
| 11/16/10 | CJ Entertainment Inc. | CJ E&M Corporation |
| 11/26/10 | Chrysalis Group Limited | BMG Rights Management GmbH |
| 08/10/10 | Adultshop.com Ltd., Retail and Web Business | Malcom Day |
| 11/29/10 | NPG Cable, Inc. | Cequel Communications, LLC |
| 11/26/10 | Powercorp International Ltd. | Longkloof |
| 06/24/10 | Alloy, Inc. | Natixis Private Equity; Hamilton Lane Advisors; GenSpring Family Offices, LLC, Zelnick Media, LLC; Rosemont Solebury Capital Management LLC; ZM Capital I, LP; Rosemont-Solebury Co-Investment Fund L.P.; Private Equity Direct Partnership II (QP), LP; Hudson River Co-Investment Fund, L.P. |
| 08/05/10 | Shed Media Limited | Warner Bros. Entertainment UK Ltd |
| 08/16/10 | Target Entertainment Limited | Metrodome Group plc |
| 05/24/10 | Galaxy Cable, Inc. | Zito Media, L.P. |
| 02/15/10 | Above The Title Producitons Limited | UBC Media Group plc |
| 10/23/09 | Animation Collective Group | Handmade Films Limited |
| 10/14/09 | Sureflix Digital Distribution | Private Media Group, Inc. |
| 10/07/09 | Conceive Magazine | Bonnier Corporation |
| 02/26/09 | MVD Company Ltd. | M Pictures Entertainment Public Company Limited |
| 06/16/09 | Neway Entertainment Group | Chung Tai Printing Holdings Ltc. (nka: Neway Group Holdings Limited |
| 05/20/09 | Hachette Filipacchi Media | Bonnier Corporation |
| 02/25/09 | Ezestream Pty Ltd. | Movielink Pty Ltd |
| 05/14/09 | Stainless Precision Components Limited | Hosken Consolidated Investments |
| 04/28/09 | Metronome Film & Television AB | Shine Limited |
| 02/11/09 | Below The Radar Ltd. | Blakeway Productions Limited |
| 02/17/09 | Global Internet B.V. | Beate Uhse AG |
| 01/27/09 | ODS Technologies, L.P. | Betfair Limited |
| 11/10/08 | Mama's LLC—GameLink LLC | Private Media Group, Inc. |
| 01/12/09 | Winnercomm, Inc. | Outdoor Channel Hodlings, Inc. |
| 01/01/09 | Raging Stallion Studios | Adult Entertainment Broadcast Network |

The following table sets forth the EBIT multiples indicated by this analysis for the highlighted transactions above, which were the only transactions that had publicly available EBIT information, and the multiples implied by the proposed merger:

| Enterprise Value to: | Proposed Transaction Multiples | Low | Median | Mean | High |
|---|---|---|---|---|---|
| LTM EBIT | NM | 8.0x | 17.9x | 17.2x | 34.4x |

Avondale Partners was unable to calculate an implied value for the Company using LTM EBIT multiples because the Company's LTM EBIT was negative.

45

DEFR260000989

Table of Contents

*Comparable Company Analysis.*   Based on public and other available information, Avondale Partners calculated the multiples of enterprise value (which Avondale Partners defined as equity value plus debt less cash and cash equivalents) to LTM, estimated calendar year 2012 (CY 2012), and estimated calendar year 2013 (CY 2013) EBIT and earnings per share (EPS) for companies in the media and entertainment industry. The estimated financial data for the comparable companies was based on publicly available research analysts' estimates and public filings. Avondale Partners believes that the companies listed below have some operations similar to some of the operations of the Company, but noted that none of these companies have the same management, composition, size, or combination of businesses as the Company:

- FriendFinder Networks Inc.

- LodgeNet Interactive Corporation

- Outdoor Channel Holdings, Inc.

- Private Media Group, Inc.

- Rick's Cabaret International Inc.

- World Wrestling Entertainment Inc.

The following table sets forth the multiples indicated by this analysis:

| Enterprise Value to: | Proposed Transaction Multiples | | Low | Median | Mean | High |
|---|---|---|---|---|---|---|
| | Management I | Management II | | | | |
| LTM EBIT | NM | NM | 5.9x | 10.7x | 11.7x | 17.2x |
| Estimated CY 2012 EBIT | 137.4x | 137.4x | 6.5x | 8.4x | 8.4x | 10.3x |
| Estimated CY 2013 EBIT | 8.8x | 16.5x | 4.0x | 6.3x | 6.3x | 8.5x |
| | | | | | | |
| LTM EPS | NM | NM | 9.9x | 21.6x | 38.4x | 83.7x |
| Estimated CY 2012 EPS | NM | NM | 9.3x | 16.5x | 27.4x | 56.5x |
| Estimated CY 2013 EPS | 24.5x | 46.4x | 5.6x | 15.8x | 20.7x | 40.8x |

Avondale Partners also calculated the implied company share price based on the range of EBIT and P/E valuation multiples based on the comparable company analysis. The range of EBIT multiples, shown in the table above, when applied to Calendar Year 2012 EBIT, Calendar Year 2013 Management I EBIT, and Calendar Year 2013 Management II EBIT, implied equity value per share ranges of $0.86 to $0.90, $1.36 to $1.99, and $1.10 to $1.43, respectively, as compared to the Offer Price of $2.02 per share. The range of P/E multiples, shown in the table above, when applied to Calendar Year 2013 Management I EPS and Calendar Year 2013 Management II EPS, implied equity value per share ranges of $0.46 to $3.36 and $0.24 to $1.77, respectively, as compared to the Offer Price of $2.02 per share. Avondale Partners was not able to calculate an implied per share price based on LTM EBIT, LTM EPS and Calendar Year 2012 EPS because the Company's EBIT and EPS for those time periods was negative.

*Premiums Paid Analysis.*   Avondale Partners reviewed the premiums paid in acquisitions of publicly traded companies in the U.S. with enterprise values below $250 million that were announced between January 1, 2010 and October 12, 2012. Avondale Partners excluded transactions involving financial institutions and real estate investment trusts (REITs), as well as those transactions in which the target's stock price was less than $1.00 prior to announcement of the acquisition.

46

DEFR260000990

Table of Contents

Avondale Partners calculated the premiums paid in these transactions over the applicable stock price of the acquired company one day, one week and four weeks prior to the announcement of the acquisition offer.

| | Premium One Day Prior to Announcement | Premium One Week Prior to Announcement | Premium Four Weeks Prior to Announcement |
|---|---|---|---|
| High | 171.9% | 173.2% | 214.6% |
| Low | (16.0)% | (13.3)% | (21.7)% |
| | | | |
| Transaction Premium | | | |
| October 12, 2012 | 49.6% | 54.2% | 45.3% |
| March 9, 2012 | 78.8% | 69.7% | 74.1% |

Avondale Partners calculated the implied range of company share prices based on the Company's stock price as of October 12, 2012 and the range of premiums paid for the selected time periods in the selected transactions. The range, shown in the table above, of premiums paid over the price of the acquired companies' share prices one day, one week and four weeks prior to announcement implied equity value per share ranges of $1.13 to $3.67, $1.14 to $3.58 and $1.09 to $4.37, respectively, as compared to the Offer Price of $2.02 per share.

Avondale Partners also calculated the implied range of company share prices based on our stock price as of March 9, 2012, the day of the first public proposal to acquire the Company, and the range of premiums paid for the selected time periods in the selected transactions. The range, shown in the table above, of premiums paid over the price of the acquired companies' share prices one day, one week and four weeks prior to announcement implied equity value per share ranges of $0.95 to $3.07, $1.03 to $3.25 and $0.91 to $3.65, respectively, as compared to the Offer Price of $2.02 per share.

*General*

The Special Committee selected Avondale Partners as its financial advisor because of Avondale Partners' expertise and its reputation in investment banking and mergers and acquisitions. Avondale Partners is a nationally recognized investment banking firm and, as part of its investment banking services, is regularly engaged in the valuation of business and their securities in connection with mergers and acquisitions, leveraged buyouts, corporate restructurings, strategic alliances, negotiated underwritings, secondary distributions of listed and unlisted securities, private placements and valuations for corporate and other purposes.

Pursuant to the letter agreement with the Special Committee, dated April 3, 2012 (the "*Engagement Letter*"), the Company agreed to pay Avondale Partners $350,000 for its services rendered in connection with the consideration by the Special Committee of possible transactions and $200,000 upon delivery of its written opinion. In addition, Avondale Partners will also be entitled to an additional fee that is contingent upon the consummation of the Contemplated Transactions, which is currently estimated to be approximately $450,000. If the maximum Contingent Cash Payment were made in respect of CPR's issued pursuant to the Offer and Merger, Avondale Partners would receive an additional amount of approximately $45,000. Further, the Company has agreed to reimburse Avondale Partners for its reasonable out–of–pocket expenses and to indemnify Avondale Partners, its affiliates, and their respective partners, directors, officers, agents, consultants, employees and controlling persons against certain liabilities and other items arising out of its engagement.

In the ordinary course of its business, Avondale Partners may trade in the equity securities of the Company for its own account and for the accounts of customers and, accordingly, may at any time hold a long or short position in this security. During the two years preceding the date of the opinion of Avondale Partners, Avondale Partners had not been engaged by, performed any services for or received any compensation from the Company or any other parties to the merger agreement other than any amounts

47

Table of Contents

paid to Avondale Partners under the engagement letter pursuant to which Avondale Partners was retained as a financial advisor to the Special Committee in connection with the Contemplated Transactions and in its consideration of alternative transactions.

As described above, Avondale Partners' opinion was only one of many factors considered by the Special Committee in its evaluation of the Contemplated Transactions and should not be viewed as determinative of the views of the Special Committee with respect to the Contemplated Transactions. The foregoing summary does not purport to be a complete description of the analyses performed by Avondale Partners in connection with the fairness opinion and is qualified in its entirety to the written opinion attached as *Exhibit (a)(15)* to this Schedule 14D−9.

*Company Projections*

In connection with the sale process described herein, the Company's management prepared certain non−public financial information and projections about the Company, which the Company provided (i) to Avondale Partners, the Company's financial advisor, in connection with its opinion to the Special Committee, as described under *"Opinion of the Company's Financial Advisor,"* and/or (ii) to Parent in connection with its due diligence review. This information was prepared by management for internal planning purposes or in connection with the Offer and the Merger and is subjective in many respects. The projected financial information summarized below as "Management I Forecast" and "Management II Forecast" were provided to Avondale Partners on April 18, 2012 and April 19, 2012, respectively. The projected financial information summarized below as "Management III Forecast" was provided to Parent (and other prospective bidders) on or about May 16, 2012, solely for purposes of the initial solicitation of preliminary, non−binding indications of interest from potential bidders. The Management I Forecast and Management II Forecast were not provided to Parent prior to entering into the Merger Agreement. The Management I Forecast, Management II Forecast and Management III Forecast are referred to collectively herein as the "Projections."

48

DEFR260000992

Table of Contents

**New Frontier Media, Inc. Projected Financial Information**

Management I Forecast

### Income Statement

| ($ in thousands) | FY 2013P | FY 2014P | FY 2015P | FY 2016P | FY 2017P |
|---|---|---|---|---|---|
| **REVENUES** | | | | | |
| Transactional TV | $ 33,877.3 | $ 34,838.6 | $ 35,702.7 | $ 36,602.0 | $ 37,537.0 |
| Direct-to-Consumer | 490.8 | 517.6 | 532.6 | 548.0 | 563.8 |
| Film Production | 8,131.5 | 8,396.0 | 6,219.9 | 8,693.3 | 6,532.7 |
| **Total Revenue** | $ 42,499.6 | $ 43,752.2 | $ 42,455.2 | $ 45,843.3 | $ 44,633.5 |
| *Growth* | *4.2%* | *2.9%* | *(3.0)%* | *8.0%* | *(2.6)%* |
| **Total Cost of Sales** | $ 18,353.3 | $ 18,140.2 | $ 16,869.7 | $ 18,826.4 | $ 17,573.4 |
| **Gross Profit** | 24,146.3 | 25,611.9 | 25,585.5 | 27,016.8 | 27,060.1 |
| *Margin* | *56.8%* | *58.5%* | *60.3%* | *58.9%* | *60.6%* |
| **OPERATING EXPENSES** | | | | | |
| Salaries | $ 12,008.7 | $ 11,726.3 | $ 12,079.0 | $ 12,444.2 | $ 12,822.4 |
| Sales and Marketing | 1,075.2 | 959.9 | 960.4 | 961.0 | 961.5 |
| Depreciation and Amortization | 2,136.4 | 2,085.0 | 2,146.2 | 2,203.9 | 2,268.4 |
| General and Administrative | 7,366.8 | 7,421.3 | 7,585.0 | 7,755.4 | 7,930.7 |
| Rent | 1,161.5 | 1,120.5 | 1,133.4 | 1,147.0 | 1,161.1 |
| **Total Operating Expenses** | $ 23,748.5 | $ 23,313.0 | $ 23,904.1 | $ 24,511.4 | $ 25,144.2 |
| **EBIT** | $ 397.8 | $ 2,299.0 | $ 1,681.4 | $ 2,505.4 | $ 1,915.9 |
| Depreciation and Amortization | 9,376.5 | 9,353.3 | 7,967.7 | 9,656.1 | 8,280.4 |
| Stock Based Compensation | 174.1 | 215.7 | 220.4 | 225.2 | 230.1 |
| Asset Impairment | 360.0 | 360.0 | 360.0 | 360.0 | 360.0 |
| **EBITDA** | $ 10,308.5 | $ 12,227.9 | $ 10,229.5 | $ 12,746.7 | $ 10,786.4 |
| *Margin* | *24.3%* | *27.9%* | *24.1%* | *27.8%* | *24.2%* |
| **Total Other Expenses/(Income)** | $ 31.3 | $ 14.6 | $ 11.9 | $ 9.5 | $ 7.3 |
| **Income Before Taxes** | 366.5 | 2,284.3 | 1,669.5 | 2,496.0 | 1,908.6 |
| Income Tax Expense/(Benefit) | (108.8) | 913.7 | 667.8 | 998.4 | 763.4 |
| **Net Income** | $ 475.3 | $ 1,370.6 | $ 1,001.7 | $ 1,497.6 | $ 1,145.2 |

49

DEFR260000993

Table of Contents

Management I Forecast (continued)

### Balance Sheet

| ($ in thousands) | FY 2013P | | FY 2014P | | FY 2015P | | FY 2016P | | FY 2017P | |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| Current Assets | | | | | | | | | | |
| Cash and Cash Equivalents | $ | 15,461.0 | $ | 18,234.9 | $ | 20,945.0 | $ | 24,142.3 | $ | 27,309.6 |
| Restricted Cash | | 582.9 | | 596.9 | | 613.1 | | 629.5 | | 647.0 |
| Accounts Receivable, Less | | | | | | | | | | |
| Allowances | | 8,496.0 | | 8,699.9 | | 8,935.4 | | 9,175.2 | | 9,430.3 |
| Taxes Receivable | | 541.0 | | 541.0 | | 541.0 | | 541.0 | | 541.0 |
| Prepaid and Other Assets | | 1,839.7 | | 1,883.8 | | 1,934.8 | | 1,986.7 | | 2,042.0 |
| **Total Current Assets** | $ | 26,920.6 | $ | 29,956.6 | $ | 32,969.3 | $ | 36,474.8 | $ | 39,969.9 |
| | | | | | | | | | | |
| Property and Equipment, Net | | 8,138.0 | | 7,238.4 | | 6,262.3 | | 5,207.3 | | 4,070.9 |
| Content and Distribution Rights, Net | | 11,615.7 | | 11,544.6 | | 11,472.7 | | 11,405.4 | | 11,337.7 |
| Recoupable Costs and Producer | | | | | | | | | | |
| Advances | | 1,789.0 | | 1,429.0 | | 1,069.0 | | 709.0 | | 349.0 |
| Film Costs, Net | | 2,090.3 | | 2,142.8 | | 1,958.1 | | 1,859.3 | | 1,518.0 |
| Deferred Tax Assets | | 3,897.0 | | 3,897.0 | | 3,897.0 | | 3,897.0 | | 3,897.0 |
| Other Assets | | 522.0 | | 522.0 | | 522.0 | | 522.0 | | 522.0 |
| | | | | | | | | | | |
| **Total Assets** | $ | 55,181.6 | $ | 56,939.4 | $ | 58,359.4 | $ | 60,283.7 | $ | 61,873.6 |
| | | | | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | | | | |
| Current Liabilities | | | | | | | | | | |
| Accounts Payable | $ | 1,023.5 | $ | 1,048.1 | $ | 1,076.4 | $ | 1,105.3 | $ | 1,136.1 |
| Producers Payable | | 344.9 | | 353.2 | | 362.8 | | 372.5 | | 382.9 |
| Deferred Revenue | | 813.0 | | 832.5 | | 855.1 | | 878.0 | | 902.4 |
| Accrued Compensation | | 1,487.2 | | 1,522.9 | | 1,564.2 | | 1,606.1 | | 1,650.8 |
| Deferred Producer Liabilities | | 1,423.1 | | 1,457.2 | | 1,496.6 | | 1,536.8 | | 1,579.6 |
| Short-term Debt | | 100.0 | | 100.0 | | 100.0 | | 100.0 | | 100.0 |
| Deferred Tax Liabilities | | — | | — | | — | | — | | — |
| Accrued and Other Liabilities | | 2,051.4 | | 2,100.7 | | 2,157.5 | | 2,215.4 | | 2,277.0 |
| **Total Current Liabilities** | $ | 7,243.2 | $ | 7,414.6 | $ | 7,612.6 | $ | 7,814.2 | $ | 8,028.7 |
| Other Long-term Liabilities | | 1,814.0 | | 1,814.0 | | 1,814.0 | | 1,814.0 | | 1,814.0 |
| | | | | | | | | | | |
| **Total Liabilities** | $ | 9,057.2 | $ | 9,228.6 | $ | 9,426.6 | $ | 9,628.2 | $ | 9,842.7 |
| | | | | | | | | | | |
| **Total Equity** | $ | 46,124.5 | $ | 47,710.7 | $ | 48,932.8 | $ | 50,655.5 | $ | 52,030.8 |
| | | | | | | | | | | |
| **Total Liabilities and Equity** | $ | 55,181.6 | $ | 56,939.4 | $ | 58,359.4 | $ | 60,283.7 | $ | 61,873.6 |

50

Table of Contents

Management II Forecast

## Income Statement

| ($ in thousands) | FY 2013P | FY 2014P | FY 2015P | FY 2016P | FY 2017P |
|---|---|---|---|---|---|
| **REVENUES** | | | | | |
| Transactional TV | $ 33,877.3 | $ 33,539.1 | $ 33,106.1 | $ 32,717.1 | $ 32,372.5 |
| Direct-to-Consumer | 490.8 | 517.6 | 532.6 | 548.0 | 563.8 |
| Film Production | 8,131.5 | 6,126.0 | 6,347.5 | 6,556.0 | 6,794.1 |
| **Total Revenue** | $ 42,499.6 | $ 40,182.6 | $ 39,986.1 | $ 39,821.1 | 39,730.4 |
| *Growth* | *4.2%* | *(5.5)%* | *(0.5)%* | *(0.4)%* | *(0.2)%* |
| **Total Cost of Sales** | 18,353.3 | 16,298.0 | 16,434.7 | 16,561.6 | 16,726.4 |
| **Gross Profit** | $ 24,146.3 | $ 23,884.6 | $ 23,551.5 | $ 23,259.4 | $ 23,004.1 |
| *Margin* | *56.8%* | *59.4%* | *58.9%* | *58.4%* | *57.9%* |
| | | | | | |
| **OPERATING EXPENSES** | | | | | |
| Salaries | $ 12,008.7 | $ 11,464.7 | $ 11,868.1 | $ 11,974.6 | $ 12,399.7 |
| Sales and Marketing | 1,075.2 | 938.4 | 943.7 | 924.6 | 929.9 |
| Depreciation and Amortization | 2,136.4 | 2,085.0 | 2,146.2 | 2,203.9 | 2,268.4 |
| General and Administrative | 7,366.8 | 7,254.7 | 7,452.6 | 7,461.7 | 7,669.2 |
| Rent | 1,161.5 | 1,120.5 | 1,133.4 | 1,147.0 | 1,161.1 |
| **Total Operating Expenses** | $ 23,748.5 | $ 22,863.2 | $ 23,544.0 | $ 23,711.8 | $ 24,428.4 |
| **EBIT** | $ 397.8 | $ 1,021.4 | $ 7.4 | $ (452.3) | $ (1,424.3) |
| Depreciation and Amortization | 9,376.5 | 7,832.4 | 8,008.5 | 8,177.7 | 8,364.0 |
| Stock Based Compensation | 174.1 | 215.7 | 220.4 | 225.2 | 230.1 |
| Asset Impairment | 360.0 | 360.0 | 360.0 | 360.0 | 360.0 |
| **EBITDA** | $ 10,308.5 | $ 9,429.4 | $ 8,596.3 | $ 8,310.5 | $ 7,529.9 |
| *Margin* | *24.3%* | *23.5%* | *21.5%* | *20.9%* | *19.0%* |
| **Total Other Expenses/(Income)** | $ 31.3 | $ 14.6 | $ 11.9 | $ 9.5 | $ 7.3 |
| **Income (Loss) Before Taxes** | 366.5 | 1,006.7 | (4.5) | (461.8) | (1,431.6) |
| Income Tax Expense/ (Benefit) | (108.8) | 402.7 | (1.8) | (184.7) | (572.6) |
| **Net Income** | $ 475.3 | $ 604.0 | $ (2.7) | $ (277.1) | $ (859.0) |

51

DEFR260000995

Table of Contents

**Management II Forecast (continued)**

**Balance Sheet**

| ($ in thousands) | FY 2013P | | FY 2014P | | FY 2015P | | FY 2016P | | FY 2017P | |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| Current Assets | | | | | | | | | | |
| Cash and Cash Equivalents | $ | 15,461.0 | $ | 17,766.8 | $ | 19,631.1 | $ | 21,392.1 | $ | 22,755.6 |
| Restricted Cash | | 582.9 | | 578.5 | | 576.5 | | 574.9 | | 574.4 |
| Accounts Receivable, Less | | | | | | | | | | |
| Allowances | | 8,496.0 | | 8,431.4 | | 8,401.9 | | 8,378.7 | | 8,371.4 |
| Taxes Receivable | | 541.0 | | 541.0 | | 541.0 | | 541.0 | | 541.0 |
| Prepaid and Other Assets | | 1,839.7 | | 1,825.7 | | 1,819.3 | | 1,814.3 | | 1,812.7 |
| Total Current Assets | $ | 26,920.6 | $ | 29,143.4 | $ | 30,969.7 | $ | 32,701.0 | $ | 34,055.0 |
| | | | | | | | | | | |
| Property and Equipment, Net | | 8,138.0 | | 7,238.4 | | 6,262.3 | | 5,207.3 | | 4,070.9 |
| Content and Distribution Rights, Net | | 11,615.7 | | 11,544.6 | | 11,472.7 | | 11,405.4 | | 11,337.7 |
| Recoupable Costs and Producer | | | | | | | | | | |
| Advances | | 1,789.0 | | 1,429.0 | | 1,069.0 | | 709.0 | | 349.0 |
| Film Costs, Net | | 2,090.3 | | 1,963.7 | | 1,738.2 | | 1,417.8 | | 992.8 |
| Deferred Tax Assets | | 3,897.0 | | 3,897.0 | | 3,897.0 | | 3,897.0 | | 3,897.0 |
| Other Assets | | 522.0 | | 522.0 | | 522.0 | | 522.0 | | 522.0 |
| | | | | | | | | | | |
| Total Assets | $ | 55,181.6 | $ | 55,947.1 | $ | 56,139.9 | $ | 56,068.5 | $ | 55,433.5 |
| | | | | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | | | | |
| Current Liabilities | | | | | | | | | | |
| Accounts Payable | $ | 1,023.5 | $ | 1,015.7 | $ | 1,012.2 | $ | 1,009.4 | $ | 1,008.5 |
| Producers Payable | | 344.9 | | 342.3 | | 341.1 | | 340.2 | | 339.9 |
| Deferred Revenue | | 813.0 | | 806.8 | | 804.0 | | 801.8 | | 801.1 |
| Accrued Compensation | | 1,487.2 | | 1,475.9 | | 1,470.8 | | 1,466.7 | | 1,465.4 |
| Deferred Producer Liabilities | | 1,423.1 | | 1,412.2 | | 1,407.3 | | 1,403.4 | | 1,402.2 |
| Short-term Debt | | 100.0 | | 100.0 | | 100.0 | | 100.0 | | 100.0 |
| Accrued and Other Liabilities | | 2,051.4 | | 2,035.8 | | 2,028.7 | | 2,023.1 | | 2,021.3 |
| Total Current Liabilities | $ | 7,243.2 | $ | 7,188.9 | $ | 7,164.0 | $ | 7,144.6 | $ | 7,138.4 |
| | | | | | | | | | | |
| Total Liabilities | $ | 9,057.2 | $ | 9,002.9 | $ | 8,978.0 | $ | 8,958.6 | $ | 8,952.4 |
| | | | | | | | | | | |
| Total Equity | $ | 46,124.5 | $ | 46,944.2 | $ | 47,161.9 | $ | 47,110.0 | $ | 46,481.1 |
| | | | | | | | | | | |
| Total Liabilities and Equity | $ | 55,181.6 | $ | 55,947.1 | $ | 56,139.9 | $ | 56,068.5 | $ | 55,433.5 |

DEFR260000996

Table of Contents

**Management III Forecast**

### Income Statement

| ($ in thousands) | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 |
|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | |
| TTV | $ 34,133.0 | $ 34,842.5 | $ 35,838.9 | $ 36,924.8 | $ 38,069.3 | $ 39,275.1 |
| DTC | 686.0 | 510.4 | 517.6 | 532.6 | 548.0 | 563.8 |
| MRG | 6,026.9 | 8,144.5 | 8,396.0 | 6,219.9 | 8,693.3 | 6,532.7 |
| **Total Revenue** | $ 40,845.8 | $ 43,497.4 | $ 44,752.4 | $ 43,677.3 | $ 47,310.6 | $ 46,371.6 |
| *Growth* | *(16.2)%* | *6.5%* | *2.9%* | *(2.4)%* | *8.3%* | *(2.0)%* |
| **COST OF SALES** | | | | | | |
| Salaries | $ 4,109.7 | $ 4,400.5 | $ 4,520.8 | $ 4,671.6 | $ 4,828.2 | $ 4,990.8 |
| Cable and Transport Fees | 6,074.5 | 5,458.8 | 5,056.2 | 5,117.9 | 5,183.1 | 5,250.4 |
| Other Cost of Sales | 1,194.4 | 1,219.8 | 1,294.9 | 1,258.7 | 1,362.9 | 1,320.3 |
| Amortization of Content and Production Costs | 5,684.2 | 7,008.4 | 7,268.3 | 5,821.4 | 7,452.2 | 6,011.9 |
| **Total Cost of Sales** | $ 17,062.7 | $ 18,087.5 | $ 18,140.2 | $ 16,869.7 | $ 18,826.4 | $ 17,573.4 |
| **Gross Profit** | $ 23,783.1 | $ 25,409.9 | $ 26,612.2 | $ 26,807.6 | $ 28,484.2 | $ 28,798.2 |
| *Margin* | *58.2%* | *58.4%* | *59.5%* | *61.4%* | *60.2%* | *62.1%* |
| **OPERATING EXPENSES** | | | | | | |
| Salaries | $ 12,224.1 | 11,330.2 | 11,726.3 | 12,079.0 | 12,444.2 | 12,822.4 |
| Sales and Marketing | 1,060.3 | 1,057.3 | 959.9 | 960.4 | 961.0 | 961.5 |
| Depreciation and Amortization | 2,091.2 | 2,029.5 | 2,085.0 | 2,146.2 | 2,203.9 | 2,268.4 |
| Rent | 1,405.3 | 1,108.1 | 1,120.5 | 1,133.4 | 1,147.0 | 1,161.1 |
| General and Administrative | | | | | | |
| *BOD Fees / D&O and Other Insurance* | 760.3 | 983.2 | 736.0 | 747.0 | 758.5 | 770.5 |
| *Legal and General Outside Services* | 2,395.6 | 2,906.4 | 2,026.2 | 2,072.3 | 2,120.0 | 2,169.2 |
| *Impairment* | 4,329.5 | 360.0 | 360.0 | 360.0 | 360.0 | 360.0 |
| *Travel and Lodging* | 459.2 | 499.1 | 515.3 | 532.0 | 549.3 | 567.2 |
| *Maintenance* | 498.6 | 666.9 | 686.7 | 707.0 | 728.0 | 749.5 |
| *Other General and Administrative* | 3,002.1 | 1,903.4 | 3,097.2 | 3,166.6 | 3,239.6 | 3,314.3 |
| Total General and Administrative | 11,445.3 | 7,319.0 | 7,421.3 | 7,585.0 | 7,755.4 | 7,930.7 |
| **Total Operating Expenses** | $ 28,226.2 | $ 22,844.2 | $ 23,313.0 | $ 23,904.1 | $ 24,511.4 | $ 25,144.2 |
| **Operating Income** | $ (4,443.1) | $ 2,565.8 | $ 3,299.2 | $ 2,903.5 | $ 3,972.8 | $ 3,654.0 |
| Amortization of Content | 5,257.1 | 6,663.3 | 6,909.6 | 5,448.6 | 7,064.6 | 5,609.0 |
| Other Depreciation and Amortization | 2,518.0 | 2,374.5 | 2,443.6 | 2,519.1 | 2,591.5 | 2,671.4 |
| Stock Based Compensation | 576.9 | 145.5 | 215.7 | 220.4 | 225.2 | 230.1 |
| Asset Impairment | 4,329.5 | 360.0 | 360.0 | 360.0 | 360.0 | 360.0 |
| **EBITDA** | $ 8,238.7 | $ 12,109.2 | $ 13,228.2 | $ 11,451.5 | $ 14,214.1 | $ 12,524.5 |
| *Margin* | *20.2%* | *27.8%* | *29.6%* | *26.2%* | *30.0%* | *27.0%* |
| **Total Other Expenses/(Income)** | $ (33.5) | $ 17.7 | $ 14.6 | $ 11.9 | $ 9.5 | $ 7.3 |
| **Income Before Taxes** | (4,409.5) | 2,548.1 | 3,284.6 | 2,891.6 | 3,963.3 | 3,646.7 |
| Income Tax Expense/(Benefit) | (1,763.8) | 1,019.2 | 1,313.8 | 1,156.6 | 1,585.3 | 1,458.7 |

DEFR260000997

| Net Income | $ | (2,645.7) | $ | 1,528.9 | $ | 1,970.8 | $ | 1,735.0 | $ | 2,378.0 | $ | 2,188.0 |

53

Table of Contents

**Management III Forecast (continued)**

**Balance Sheet**

| ($ in thousands) | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Current Assets | | | | | | |
| Cash and Cash Equivalents | $ 13,486.6 | $ 17,204.1 | $ 20,562.2 | $ 23,988.1 | $ 28,046.1 | $ 32,234.2 |
| Restricted Cash | 539.8 | 593.9 | 611.1 | 630.7 | 651.0 | 672.8 |
| Accounts Receivable, Less Allowances | 8,319.0 | 8,496.0 | 8,741.4 | 9,022.5 | 9,313.2 | 9,624.7 |
| Taxes Receivable | 1,275.9 | 1,275.9 | 1,275.9 | 1,275.9 | 1,275.9 | 1,275.9 |
| Prepaid and Other Assets | 1,560.1 | 1,877.5 | 1,931.7 | 1,993.8 | 2,058.1 | 2,126.9 |
| **Total Current Assets** | $ 25,181.4 | $ 29,447.4 | $ 33,122.2 | $ 36,911.0 | $ 41,344.3 | $ 45,934.6 |
| Property and Equipment, Net | 8,760.0 | 7,709.8 | 6,810.2 | 5,834.1 | 4,779.1 | 3,642.7 |
| Content and Distribution Rights, Net | 12,033.3 | 11,943.4 | 11,872.2 | 11,800.3 | 11,733.0 | 11,665.3 |
| Recoupable Costs and Producer Advances | 2,865.9 | 2,505.9 | 2,145.9 | 1,785.9 | 1,425.9 | 1,065.9 |
| Film Costs, Net | 3,720.7 | 2,281.8 | 2,334.3 | 2,149.7 | 2,050.8 | 1,709.5 |
| Goodwill | — | — | | | | |
| Deferred Tax Assets | 662.2 | 662.2 | 662.2 | 662.2 | 662.2 | 662.2 |
| Other Assets | 671.1 | 671.1 | 671.1 | 671.1 | 671.1 | 671.1 |
| **Total Assets** | $ 53,894.6 | $ 55,221.5 | $ 57,618.1 | $ 59,814.2 | $ 62,666.4 | $ 65,351.3 |
| **LIABILITIES AND EQUITY** | | | | | | |
| Current Liabilities | | | | | | |
| Accounts Payable | $ 764.3 | $ 1,043.4 | $ 1,073.5 | $ 1,108.1 | $ 1,143.8 | $ 1,182.0 |
| Producers Payable | 320.9 | 349.6 | 359.7 | 371.3 | 383.2 | 396.1 |
| Deferred Revenue | 819.0 | 828.5 | 852.4 | 879.8 | 908.2 | 938.6 |
| Accrued Compensation | 1,729.4 | 1,515.2 | 1,559.0 | 1,609.1 | 1,661.0 | 1,716.5 |
| Deferred Producer Liabilities | 1,939.2 | 1,449.4 | 1,491.3 | 1,539.2 | 1,588.8 | 1,642.0 |
| Short–term Debt | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Deferred Tax Liabilities | 24.2 | 24.2 | 24.2 | 24.2 | 24.2 | 24.2 |
| Accrued and Other Liabilities | 2,051.4 | 2,090.5 | 2,150.9 | 2,220.1 | 2,291.6 | 2,368.3 |
| **Total Current Liabilities** | $ 7,748.4 | $ 7,400.9 | $ 7,611.1 | $ 7,851.9 | $ 8,100.9 | $ 8,367.7 |
| Other Long–term Liabilities | 1,664.0 | 1,664.0 | 1,664.0 | 1,664.0 | 1,664.0 | 1,664.0 |
| **Total Liabilities** | $ 9,412.4 | $ 9,065.0 | $ 9,275.1 | $ 9,515.9 | $ 9,764.9 | $ 10,031.7 |
| **Equity** | | | | | | |
| Preferred Stock | $ — | $ — | $ — | $ — | $ — | $ — |
| Common Stock | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 |
| Additional Paid–in Capital | 48,080.1 | 48,225.6 | 48,441.3 | 48,661.6 | 48,886.8 | 49,116.9 |
| Accumulated Deficit | (3,528.3) | (1,999.4) | (28.7) | 1,706.3 | 4,084.3 | 6,272.3 |
| Accumulated Other Comprehensive Loss | (71.2) | (71.2) | (71.2) | (71.2) | (71.2) | (71.2) |
| Total New Frontier Media, Inc. Equity | $ 44,482.2 | $ 46,156.6 | $ 48,343.0 | $ 50,298.3 | $ 52,901.5 | $ 55,319.6 |

DEFR260000999

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Noncontrolling Interests | | — | | — | | — | | — | | — | — |
| Total Equity | $ | 44,482.2 | $ | 46,156.6 | $ | 48,343.0 | $ | 50,298.3 | $ | 52,901.5 | $ | 55,319.6 |
| Total Liabilities and Equity | $ | 53,894.6 | $ | 55,221.5 | $ | 57,618.1 | $ | 59,814.2 | $ | 62,666.4 | $ | 65,351.3 |

54

DEFR260001000

Table of Contents

**Management III Forecast (continued)**

**Statement of Cash Flows**

| ($ in thousands) | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 |
|---|---|---|---|---|---|
| Net Income | $ 1,528.9 | $ 1,970.8 | $ 1,735.0 | $ 2,378.0 | $ 2,188.0 |
| Net loss from discontinued operations | — | — | — | — | — |
| Net Income from continuing operations | $ 1,528.9 | $ 1,970.8 | $ 1,735.0 | $ 2,378.0 | $ 2,188.0 |
| | | | | | |
| Depreciation and Amortization | 9,037.9 | 9,353.3 | 7,967.7 | 9,656.1 | 8,280.4 |
| Asset Impairment | 360.0 | 360.0 | 360.0 | 360.0 | 360.0 |
| Stock Based Compensation | 145.5 | 215.7 | 220.4 | 225.2 | 230.1 |
| | | | | | |
| Changes in operating assets and liabilities | | | | | |
| Accounts receivable | (177.0) | (245.4) | (281.1) | (290.7) | (311.5) |
| Accounts payable | 279.1 | 30.1 | 34.5 | 35.7 | 38.3 |
| Prepaid distribution rights | (4,154.0) | (4,205.1) | (4,257.1) | (4,310.0) | (4,363.8) |
| Capitalized film costs | (994.6) | (2,694.9) | (942.9) | (2,590.0) | (836.2) |
| Deferred producer liabilities | (489.8) | 41.9 | 48.0 | 49.6 | 53.1 |
| Deferred revenue, net | 9.6 | 23.9 | 27.4 | 28.4 | 30.4 |
| Producer payable | 28.7 | 10.1 | 11.6 | 12.0 | 12.8 |
| Accrued compensation | (214.1) | 43.8 | 50.1 | 51.9 | 55.6 |
| Other assets and liabilities, net | (332.3) | (11.0) | (12.6) | (13.0) | (14.0) |
| | | | | | |
| Net cash provided by continuing operating activities | $ 5,027.7 | $ 4,893.1 | $ 4,960.9 | $ 5,593.0 | $ 5,723.2 |
| Net cash used in discontinued operating activities | — | — | — | — | — |
| Net cash provided by operating activities | $ 5,027.7 | $ 4,893.1 | $ 4,960.9 | $ 5,593.0 | $ 5,723.2 |
| | | | | | |
| Cash flows from investing activities | | | | | |
| Purchases of equipment and furniture | $ (1,310.3) | $ (1,535.0) | $ (1,535.0) | $ (1,535.0) | $ (1,535.0) |
| Cash flows from financing activities | | | | | |
| | | | | | |
| Net cash used in financing activities | $ — | $ — | $ — | $ — | $ — |
| | | | | | |
| Net increase/(decrease) | $ 3,717.5 | $ 3,358.1 | $ 3,425.9 | $ 4,058.0 | $ 4,188.2 |
| Cash and cash equivalents, beginning | 13,486.6 | 17,204.1 | 20,562.2 | 23,988.1 | 28,046.1 |
| Cash and cash equivalents, end | 17,204.1 | 20,562.2 | 23,988.1 | 28,046.1 | 32,234.2 |

Fiscal year ends March 31st; at the time of delivery of the Management III Forecast to Parent (and other prospective bidders) in May 2012, the FY2012 audit had not yet been completed.

55

DEFR260001001

Table of Contents

responsible for expressing an opinion on the conformity of the Company's audited financial statements with accounting principles generally accepted in the United States. Grant Thornton LLP is also responsible for expressing an opinion on the effectiveness of the Company's internal control over financial reporting.

The audit committee has discussed with the independent auditors the matters required to be discussed by the statement on Auditing Standards No. 61, as amended (AICPA, *Professional Standards*, Vol. 1. AU section 380), as adopted by the Public Company Accounting Oversight Board in Rule 3200T, and has received the written disclosures and the letter from the independent accountants required by applicable requirements of the Public Company Accounting Oversight Board regarding the independent accountant's communications with the audit committee concerning independence, and has discussed with the independent accountant the independent accountant's independence. The audit committee has also considered whether, and determined that, the independent registered public accounting firm's provision of other non–audit services to the Company is compatible with maintaining its independence.

Based on the review and discussions referred to above, the audit committee recommended to the board of directors (and the board of directors has approved) that the audited financial statements be included in the Company's annual report on Form 10–K for the fiscal year ended March 31, 2012, for filing with the Securities and Exchange Commission.

> Melissa Hubbard
> David Nicholas*
> Hiram J. Woo (Chair)

---

\*      A director and member of the audit committee as of the time the audited financial statements were recommended to be included in the Company's annual report on Form 10–K for the fiscal year ended March 31, 2012.

A–25

DEFR260001038

Table of Contents

ANNEX B

# Avondale Partners, LLC

Avondale Partners, LLC
Two American Center
3102 West End Avenue, Suite 1100
Nashville, Tennessee 37203-1302
615.467.3483   Facsimile 615.467.3490
Wats 866.699.3530

October 14, 2012

Special Committee of the Board of Directors
New Frontier Media, Inc.
6000 Spine Road, Suite 100
Boulder, CO 80301

Special Committee:

We have acted as financial advisor to the Special Committee of the Board of Directors (the "Special Committee") of New Frontier Media, Inc., a Colorado corporation ("New Frontier" or the "Company"), in connection with the Company's current intention to enter into an Agreement and Plan of Merger by and among the Company, LFP Broadcasting, LLC, a Delaware limited liability company ("LFP"), and Flynt Broadcast, Inc., a Colorado corporation and wholly-owned subsidiary of LFP ("Merger Sub") expected to be dated October 15, 2012 (the "Definitive Merger Agreement"), pursuant to which Merger Sub will commence a tender offer (the "Tender Offer") to purchase all of the outstanding shares of common stock, par value $0.001 per share (the "Common Stock"), of the Company at a price per share of Company Common Stock of (i) $2.02, net to the seller in cash, without interest, and (ii) one contingent right per share of Company Common Stock (the "CPR"). For purposes of our opinion, we have not assumed any additional cash consideration from the CPR. We have been advised that the Definitive Merger Agreement will provide that, following the completion of the Tender Offer, Merger Sub will be merged with and into the Company (the "Merger" and, together with the Tender Offer, the "Transaction") and each remaining outstanding share of Common Stock will be converted into the right to receive $2.02 net to the seller in cash, without interest (other than shares of Common Stock owned by the Company, LFP or Merger Sub (as treasury stock or otherwise), or any direct or indirect wholly-owned subsidiary of the Company, LFP or Merger Sub, in each case immediately prior to the effective time of the Merger and Dissenting Shares) and one CPR. The cash amount per share of Common Stock to be received by the Company's stockholders pursuant to the Tender Offer or Merger is referred to herein as the "Transaction Consideration." The Transaction is described more fully in the October 12, 2012 draft of the Merger Agreement (the "Draft Merger Agreement") that you provided to us. Capitalized terms used but not defined herein have the meanings ascribed to those terms in the Draft Merger Agreement.

You have requested our opinion as to the fairness, from a financial point of view, to the holders of the Common Stock of the Transaction Consideration to be received by such holders from LFP and Merger Sub in the Transaction pursuant to the Definitive Merger Agreement.

In connection with our review of the Transaction, and in arriving at our opinion, we have, among other things:

(1)    Reviewed certain publicly available financial statements of the Company that we deemed relevant, including the consolidated financial statements for recent years and certain other relevant financial and operating data of the Company made available to us from published sources and by senior management of the Company;

(2)    Reviewed the Draft Merger Agreement and related disclosure letter;

B-1

DEFR260001039

Table of Contents

(3)    Compared the Company from a financial point of view with certain other companies in the media and entertainment industry that we deemed relevant;

(4)    Reviewed certain publicly available equity research reports that we deemed relevant regarding companies in the media and entertainment industry;

(5)    Considered the financial terms, to the extent publicly available, of selected recent business combinations in the media and entertainment industry that we deemed to be comparable, in whole or in part, to the Transaction;

(6)    Reviewed the financial terms, to the extent publicly available, of certain other transactions we believed to be reasonably comparable to the Transaction;

(7)    Interviewed senior management of the Company regarding the Company's operating history and its prospects;

(8)    Reviewed the trading history of the Company's common stock;

(9)    Took into account our assessment of general economic, market and financial and other conditions and our experience in other transactions, as well as our expertise in securities valuation and our knowledge of the industry in which the Company operates;

(10)    Reviewed certain non–public information, including internal operating data and financial analyses and forecasts prepared by senior management of the Company and supplied to us; and

(11)    Performed other such analyses and examinations as we deemed appropriate.

We have not independently verified any of the information concerning the Company considered by us in connection with our review of the Transaction, and, for purposes of the opinion set forth herein, we have assumed and relied upon the accuracy and completeness of all such information. Further, we have relied upon the assurances of representatives and management of the Company that they are not aware of any facts or circumstances that would make such information inaccurate or misleading in any material respect. With respect to the internal operating data and financial analyses and forecasts supplied to us, we have assumed, with your consent, that such data, analyses, and forecasts were reasonably prepared on a basis reflecting the best currently available estimates and judgments of the Company's senior management as to the recent and likely future performance of the Company, and we have relied upon each party to advise us promptly if any information previously provided became inaccurate or was required to be updated during the period of our review. Accordingly, we express no opinion with respect to such analyses or forecasts or the assumptions on which they are based. In addition, we have not conducted a physical inspection or appraisal of any of the tangible or intangible assets (including goodwill and intellectual property), properties, or facilities of New Frontier, and we have undertaken no independent analysis of any pending or threatened litigation, possible unasserted claims or other liabilities (contingent or otherwise) to which the Company or any of its affiliates is a party or may be subject. Additionally, our opinion does not address the merits of the Transaction as compared to alternative transactions or strategies that may be available to the Company, nor does it address the underlying decision of the Special Committee or the Company to proceed with or effect the Transaction. Our opinion is necessarily based upon market, economic, financial and other conditions as they exist on, and can be evaluated as of, the date of this letter. Any change in such conditions would require a reevaluation of this opinion. We express no opinion as to the underlying valuation, future performance or long–term viability of the Company. It should be understood that, although subsequent developments may affect our opinion, we do not have any obligation to update, revise or reaffirm our opinion.

In connection with our opinion, we have assumed that the Transaction will be consummated on the terms and subject to the conditions described in the Draft Merger Agreement. We also have assumed that all necessary governmental and regulatory approvals and third–party consents will be obtained on terms and conditions that will not have a material adverse effect on New Frontier and that the Transaction will be

B–2

Table of Contents

consummated in a manner that complies in all respects with the applicable provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and all other applicable federal and state statutes, rules and regulations. We have also assumed that the Definitive Merger Agreement will not differ materially from the Draft Merger Agreement. Our opinion only addresses the fairness of Transaction Consideration to be paid, from a financial point of view, to the Company's stockholders and does not address any other aspect or implication of the Transaction or any other agreement, arrangement or understanding entered into by New Frontier or any other person in connection with the Transaction or otherwise.

Avondale Partners, LLC ("Avondale"), as part of its investment banking services, is regularly engaged in the valuation of businesses and their securities in connection with mergers and acquisitions, corporate restructurings, strategic alliances, negotiated underwritings, secondary distributions of listed and unlisted securities, private placements and valuations for corporate and other purposes. We became entitled to a fee upon delivery of our opinion to the Special Committee, which fee is not contingent upon the consummation of the Transaction. We will also receive an additional fee that is contingent on the consummation of the Merger. In addition, the Company has agreed to pay our reasonable out-of-pocket expenses, whether or not the Transaction is consummated, and to indemnify us for certain liabilities arising out of our engagement. Additionally, at the request of the Special Committee, we contacted, and had discussions with, a number of third parties to solicit indications of interest with respect to the purchase of all or part of the Company.

In the ordinary course of its business, Avondale (as a market maker or otherwise) may trade or otherwise effect transactions in the equity securities of the Company, for our own account or for the accounts of our customers and, accordingly, may at any time hold a long or short position in such securities and write research about such securities. During the two years preceding the date of this opinion, we have not been engaged by, performed any services for or received any compensation from the Company or any other parties to the Transaction other than any amounts paid to us under the letter agreement pursuant to which we were retained as a financial advisor to the Special Committee in connection with the Transaction and in its consideration of alternative transactions.

This letter and the opinion stated herein are solely for the use of the Special Committee and may not be reproduced, summarized, excerpted from or otherwise publicly referred to in any manner without our prior written consent. Notwithstanding the foregoing, we hereby consent to the inclusion of the full text of our opinion and a summary thereof in any disclosure document or proxy statement relating to the Transaction that the Company is required to prepare and distribute to its stockholders under applicable federal and state securities laws, provided such summary is approved by us in advance in writing.

We were engaged by the Special Committee to render this opinion in connection with the Special Committee's discharge of its fiduciary obligations. This letter and the opinion stated herein are not intended to be and do not constitute a recommendation to the Special Committee as to whether or how the Special Committee should vote on the Transaction or to any stockholder of the Company as to whether to tender shares of Common Stock pursuant to the Tender Offer and/or as to how to vote in connection with the Transaction. We express no opinion with respect to the amount or nature of any compensation to any officers, directors or employees of the Company, or any class of such persons relative to the Transaction Consideration to be received by the holders of the Common Stock in the Transaction or with respect to the fairness of such compensation.

This opinion has been reviewed and approved by a fairness committee of Avondale.

B-3

Table of Contents

Based upon and subject to the foregoing, it is our opinion that, as of the date hereof and based upon conditions as they currently exist, the Transaction Consideration to be received by the holders of the Common Stock pursuant to the Transaction is fair, from a financial point of view, to such holders.

Sincerely,

AVONDALE PARTNERS, LLC

B-4

DEFR260001042