# Exhibit F

Response to Plaintiffs' Motion to Compel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.

---

### AFFIDAVIT OF ALAN ISAACMAN

---

STATE OF CALIFORNIA    )
                                        ) SS:
COUNTY OF LOS ANGELES  )

The undersigned, being first duly sworn, deposes and states as follows:

    1.    I am over the age of 18 and have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness in this matter.

    2.    I served as an attorney for Larry Flynt and his company LFP, Inc. (collectively, "LFP, Inc.") from 1978 to 2001.

    3.    In my capacity as counsel for LFP, Inc., I maintained tens of thousands of pages of documents and communications. Many of those were returned to LFP, Inc., over 10 years ago. Any remaining documents are currently stored in a warehouse.

    4.    The process of collecting these files, reviewing them for privilege, and preparing a

privilege log would take hundreds of hours and involve considerable expense.

5.  I stopped representing LFP, Inc., in early 2001, and I have not spoken with Larry Flynt since March 2, 2001.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Alan Isaacman

Subscribed and sworn to before me on this 15th day of July, 2014, by Alan Isaacman, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Witness my hand and official seal:

_____
Notary Public

ALIZA KIRK
Commission # 2047779
Notary Public - California
Los Angeles County
My Comm. Expires Nov 27, 2017

{JK00602642.1}                          2