# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.

_____

## ORDER GRANTING JOINT MOTION TO MODIFY
## STIPULATED SCHEDULING AND DISCOVERY ORDER
_____

    THIS MATTER is before the Court on Plaintiffs Craig Telke and Douglas Moreland and Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo, and Walter Timoshenko's Joint Motion to Modify Stipulated Scheduling and Discovery Order. The Court has reviewed the Parties' Motion and the file, and is otherwise fully advised in the premises.

    IT IS HEREBY ORDERED that the Joint Motion to Modify Stipulated Scheduling and Discovery Order is GRANTED; and

The parties' proposed Second Amended Stipulated Scheduling and Discovery Order is approved and will be made an order of Court.

Dated this day of _____, 2014.

BY THE COURT:

_____
JOHN L. KANE, Jr. Senior Judge
United States District Judge