**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,

      Individually and on Behalf of All Others Similarly Situated,
      Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

      Defendants.

_____

**ORDER GRANTING JOINT MOTION TO MODIFY
STIPULATED SCHEDULING AND DISCOVERY ORDER**

_____

Kane, J.

      Before me is the parties' Joint Motion to Modify Stipulated Scheduling and Discovery

Order, Doc. 53. Having reviewed the Motion and the file, the Motion is GRANTED.

      The parties' proposed Second Amended Stipulated Scheduling and Discovery Order is

Approved.  The new deadlines are as follows:

      a. Fact discovery will be completed by December 12, 2014;

      b. Expert discovery will be completed by March 20, 2015;

      c. The deadline for filing motions for class certification motions will be March 9,

2015;

      d. The deadline for filing motions for summary judgment and other dispositive

motions will be May 18, 2015.

DATED: September 15, 2014                    BY THE COURT:

                                            *s/John L. Kane*
                                            John L. Kane, U. S. Senior District Judge