IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.

_____

**JOINT STATUS REPORT**
_____

The parties submit this Joint Status Report in response to this Court's October 10, 2014 Order, to advise the Court of the status of the settlement.

On October 8, 2014, the parties reached an agreement to resolve the Action, subject to certain confirmatory discovery. The parties have been working diligently to complete confirmatory discovery. In that connection, Defendants have produced over 2,000 pages of additional and previously withheld documents, which Plaintiffs' counsel are in the process of reviewing. The parties are in the process of working to reach a mutually agreeable date and time for the deposition of one of the members of New Frontier Media, Inc.'s ("New Frontier") Board of Directors.

In addition, Plaintiffs' counsel has issued a subpoena on third-party Avondale Partners LLC ("Avondale"), New Frontier's financial advisor in the merger. Plaintiffs' counsel is in the process of negotiating a document production and scheduling the deposition of a witness from Avondale.

Once confirmatory discovery is completed, the parties intend to negotiate a Stipulation of Settlement to present to the Court for approval.

The parties will continue to work diligently to complete confirmatory discovery as quickly as possible and will update the Court within 60 days of this Joint Status Report.

DATED:  December 9, 2014               DYER & BERENS LLP

                                        By: /s/ Jeffrey A. Berens
                                            Jeffrey A. Berens
                                            Darby K. Kennedy

        DYER & BERENS LLP
        303 East 17th Avenue, Suite 810
        Denver, CO  80203
        (303) 861-1764

*Liaison Counsel for Plaintiffs Craig Telke and William Douglas Moreland*

By: /s/ Shannon L. Hopkins
   Shannon L. Hopkins
   Stephanie Bartone
   LEVI & KORSINSKY, LLP
   30 Broad Street, 24th Floor
   New York, NY 10004
   (212) 363-7500

*Attorneys for Plaintiff Craig Telke*

By: /s/ Stephen J. Crane
   Stephen J. Crane
   CRANE DUNHAM PLLC
   2121 Fifth Avenue
   Seattle, WA 98121
   (206) 292-9090

*Attorneys for Plaintiff Douglas Moreland*

By: /s/ Stuart N. Bennett
   Stuart N. Bennett
   Aaron D. Goldhamer
   JONES AND KELLER, P.C.
   1999 Broadway, Suite 3150
   Denver, CO 80202
   (303) 573-1600
   *Attorneys for Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo, and Walter Timoshenko*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

s/ Jeffrey A. Berens
Jeffrey A. Berens
Attorney for Plaintiff
DYER & BERENS LLP
303 East 17th Avenue, Suite 810
Denver, CO 80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: jeff@dyerberens.com

4851-7375-4400, v.  1