**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

      Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

      Defendants.
_____

**JOINT MOTION TO EXTEND DEADLINE SET BY MINUTE ORDER (#57)**
**FOR SUBMITTAL OF NOTICE OF FINAL SETTLEMENT**
_____

## I.    PRELIMINARY STATEMENT

The Parties advised the Court in their Joint Status Report filed December 9, 2014

(#56), that the Plaintiffs Craig Telke and William Douglas Moreland ("Plaintiffs") and

Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo,

and Walter Timoshenko (the "Defendants" and, with Plaintiffs, the "Parties") have

reached a proposed settlement of this litigation.

On February 20, 2015, the Court entered a minute order (#57) directing the Parties to file by March 13, 2015, a proposed Notice of Final Settlement ("Minute Order").  The Parties have concluded the confirmatory discovery described in their Joint Status Report and have exchanged drafts of the Stipulated Settlement and related pleadings and notices necessary to submit the matter to the Court for its approval.   They have not yet, however, completed the necessary pleadings and notices and therefore cannot meet the Court's deadline specified in the Minute Order despite their best and good faith efforts to do so.

Consequently, the Parties jointly seek approval by the Court for a short extension of the deadline to submit the Notice of Final Settlement from Friday, March 13, 2015 to Monday, April 13, 2015.

## II.    ARGUMENT

### A. The Scheduling Order May Be Modified Upon a Showing of Good Cause

The Scheduling Order, Section 9, Amendments to Discovery and Scheduling Order, Federal Rule of Civil Procedure 16(b) and Local Rule 16.1 authorize the Court to amend the schedule for good cause shown.  Moreover, Fed. R. Civ. P. 16(b) affords the Court discretion to extend the deadlines upon a motion of the parties and a showing of good cause.  *See, e.g., Washington v. Arapahoe County Dep't of Soc. Serv.*, 197 F.R.D. 439, 441 (D. Colo. 2000).  As noted by the court in *Washington*, "the entire schedule can be modified as necessary to assure that the case is prepared in an orderly way."

**B. Good Cause Exists for Modifying the Scheduling Order**

Good cause justifies an extension of the present schedule for submittal of the Notice of Final Settlement to the Court, as noted above, due to complex logistical issues relating to the number of Parties in this case and the length of the proposed draft of the Notice of Settlement and related pleadings.

**III.   CONCLUSION**

For the foregoing reasons, the parties respectfully request that the Court modify the Minute Order in accordance with this Joint Motion.

DATED:  March 13, 2015                        DYER & BERENS LLP


By: /s/ Jeffrey A. Berens
    Jeffrey A. Berens
    Darby K. Kennedy
    DYER & BERENS LLP
    303 East 17th Avenue, Suite 810
    Denver, CO  80203
    (303) 861-1764

    *Liaison Counsel for Plaintiffs Craig Telke
    and William Douglas Moreland*

By: /s/ Shannon L. Hopkins
    Shannon L. Hopkins
    Stephanie Bartone
    LEVI & KORSINSKY, LLP
    30 Broad Street, 24th Floor
    New York, NY 10004
    (212) 363-7500

    *Attorneys for Plaintiff Craig Telke*

By: /s/ Stephen J. Crane
    Stephen J. Crane
    Jason T. Leehan
    CRANE DUNHAM PLLC
    2121 Fifth Avenue
    Seattle, WA 98121
    (206) 292-9090

*Attorneys for Plaintiff Douglas Moreland*

By: /s/ Stuart N. Bennett
    Stuart N. Bennett
    Aaron D. Goldhamer
    JONES AND KELLER, P.C.
    1999 Broadway, Suite 3150
    Denver, CO 80202
    (303) 573-1600

*Attorneys for Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo, and Walter Timoshenko*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

s/ Jeffrey A. Berens
Jeffrey A. Berens
Attorney for Plaintiffs
DYER & BERENS LLP
303 East 17th Avenue, Suite 810
Denver, CO 80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: jeff@dyerberens.com