IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.
_____

**SECOND JOINT MOTION TO EXTEND DEADLINE SET BY MINUTE ORDER (#59) FOR SUBMITTAL OF NOTICE OF FINAL SETTLEMENT**
_____

    The Parties advised the Court in their Joint Status Report filed December 9, 2014 (#56), that the Plaintiffs Craig Telke and William Douglas Moreland ("Plaintiffs") and Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo, and Walter Timoshenko (the "Defendants" and, with Plaintiffs, the "Parties") have reached a proposed settlement of this litigation.

    On February 20, 2015, the Court entered a minute order (#57) directing the Parties to file by March 13, 2015, a proposed Notice of Final Settlement ("Minute Order"). The

Parties filed a Joint Motion to Extend the Deadline for filing a proposed Notice of Final Settlement (#58) which the Court granted by minute order (#59) extending the Parties' deadline to April 13, 2015.  Although the Parties have exchanged drafts of the Stipulated Settlement and related pleadings and notices necessary to submit the matter to the Court for its approval, Defendants' counsel has not yet been able to obtain final approval by all of the individual Defendants of the draft pleadings. Therefore, despite counsels' best efforts to finalize the settlement documents, they have not yet completed them and require another extension.

Consequently, the Parties jointly seek approval by the Court for a second extension of the deadline to submit the Notice of Final Settlement from Monday, April 13, 2015 to Monday, April 27, 2015.

Respectfully submitted by the undersigned counsel.

DATED:  March 13, 2015

By: /s/ Jeffrey A. Berens
Jeffrey A. Berens
Darby K. Kennedy
DYER & BERENS LLP
303 East 17th Avenue, Suite 810
Denver, CO  80203
(303) 861-1764

*Liaison Counsel for Plaintiffs Craig Telke and William Douglas Moreland*

{JK00676637.1}                           2

By: /s/ Shannon L. Hopkins
    Shannon L. Hopkins
    Stephanie Bartone
    LEVI & KORSINSKY, LLP
    30 Broad Street, 24th Floor
    New York, NY 10004
    (212) 363-7500

*Attorneys for Plaintiff Craig Telke*

By: /s/ Stephen J. Crane
    Stephen J. Crane
    Jason T. Leehan
    CRANE DUNHAM PLLC
    2121 Fifth Avenue
    Seattle, WA 98121
    (206) 292-9090

*Attorneys for Plaintiff Douglas Moreland*

By: /s/ Stuart N. Bennett
    Stuart N. Bennett
    Aaron D. Goldhamer
    JONES AND KELLER, P.C.
    1999 Broadway, Suite 3150
    Denver, CO 80202
    (303) 573-1600
    *Attorneys for Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo, and Walter Timoshenko*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following e-mail addresses:

*Attorneys for Plaintiffs*

jeff@dyerberens.com  
darby@dyerberens.com  
bob@dyerberens.com  

DYER & BERENS LLP  
Robert J. Dyer III  
Jeffrey A. Berens  
Darby K. Kennedy  
303 East 17th Avenue, Suite 810  
Denver, CO 80203  

scrane@cranedunham.com  
jleehan@cranedunham.com  

CRANE DUNHAM PLLC  
Stephen J. Crane  
Jason T. Leehan  
2121 Fifth Avenue  
Seattle, WA 98121  

shopkins@zlk.com  
sbartone@zlk.com  

LEVI & KORSINSKY, LLP  
Shannon L. Hopkins  
Stephanie A. Bartone  
30 Broad Street, 24th Floor  
New York, NY 10004  

*s/ Tammy Harris*  
Tammy Harris