IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.
_____

## NOTICE OF SETTLEMENT
_____

Pursuant to this Court's April 14, 2015 Minute Order, the parties hereby give notice that they have executed a final Stipulation of Settlement in this action, attached hereto as Exhibit 1.

Plaintiffs anticipate filing an unopposed motion for preliminary approval of the class action settlement within the next twenty-one (21) days.

DATED:  April 27, 2015

                                        By: _/s/ Jeffrey A. Berens_____
                                              Jeffrey A. Berens
                                              DYER & BERENS LLP

303 East 17th Avenue, Suite 810
Denver, CO  80203
(303) 861-1764

*Liaison Counsel for Plaintiffs Craig Telke and William Douglas Moreland*


By: /s/ Shannon L. Hopkins_____
    Shannon L. Hopkins
    Stephanie Bartone
    LEVI & KORSINSKY, LLP
    30 Broad Street, 24th Floor
    New York, NY 10004
    (212) 363-7500

*Attorneys for Plaintiff Craig Telke*


By: /s/ Stephen J. Crane_____
    Stephen J. Crane
    CRANE DUNHAM PLLC
    2121 Fifth Avenue
    Seattle, WA 98121
    (206) 292-9090

*Attorneys for Plaintiff Douglas Moreland*


By: /s/ Stuart N. Bennett_____
    Stuart N. Bennett
    Aaron D. Goldhamer
    JONES AND KELLER, P.C.
    1999 Broadway, Suite 3150
    Denver, CO 80202
    (303) 573-1600

*Attorneys for Defendants New Frontier Media, Inc., Alan Isaacman, Melissa Hubbard, Hiram J. Woo, and Walter Timoshenko*

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 27, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

                s/ Jeffrey A. Berens
                Jeffrey A. Berens
                Attorney for Plaintiffs
                DYER & BERENS LLP
                303 East 17th Avenue, Suite 810
                Denver, CO 80203
                Telephone: (303) 861-1764
                FAX: (303) 395-0393
                Email: jeff@dyerberens.com

4819-5715-4339, v.  1