IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.

### AFFIDAVIT OF SHANNON L. HOPKINS IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS AND APPROVAL OF FORM AND METHOD OF NOTICE DISSEMINATION

STATE OF CONNECTICUT   )
                                    ) ss.:
COUNTY OF FAIRFIELD     )

Shannon L. Hopkins, being duly sworn, deposes and states:

    1.    I am a partner at the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky"), Co-Lead Counsel for court-appointed Lead Plaintiffs Craig Telke and William Douglas Moreland in the above-captioned action. I respectfully submit this

Affidavit in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Certification of Settlement Class and Approval of Form and Method of Notice Dissemination. I make this Affidavit based upon my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement, dated April 27, 2015.

3. Attached hereto as Exhibit 2 is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

4. Attached hereto as Exhibit 3 is a true and correct copy of the firm resume of Crane Dunham PLLC.

5. Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of Dyer & Berens LLP.

Executed this 7th day of May, 2015, at Stamford, Connecticut.

I declare that the above mentioned is true and correct to the best of my knowledge.

Shannon L. Hopkins

SWORN TO AND SUBSCRIBED

before me this 7 day of MAY, 2015.

Notary Public SEBASTIANO TORNATORE

My Commission Expires

4828-6753-1299, v. 1

SEBASTIANO TORNATORE
Notary Public, State of Connecticut
My Commission Expires October 31, 2018

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

>
> s/ Jeffrey A. Berens
> Jeffrey A. Berens
> Attorney for Plaintiffs
> DYER & BERENS LLP
> 303 East 17th Avenue, Suite 810
> Denver, CO 80203
> Telephone: (303) 861-1764
> FAX: (303) 395-0393
> Email: jeff@dyerberens.com