Exhibit 2

# LEVI&KORSINSKY LLP

| New York | 30 Broad Street, 24th FL |
| | New York, NY 10004 |
| | Toll Free 877-363-5972 |
| | T. 212-363-7500 |
| | F. 212-363-7171 |

| Washington, D.C. | 1101 30th Street NW, |
| | Suite 115 |
| | Washington, DC 20007 |
| | T. 202-524-4290 |
| | F. 202-333-2121 |

| New Jersey | 235 Main Street |
| | Hackensack, NJ 07601 |
| | T. 973-265-1600 |

| Connecticut | 733 Summer Street |
| | Suite 304 |
| | Stamford, CT 06901 |
| | T. 212-363-7500 |

## LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON D.C. I NEW JERSEY I CONNECTICUT

**ABOUT THE FIRM**

Levi & Korsinsky LLP is a national law firm with decades of combined experience litigating complex securities, class, and consumer actions in state and federal courts throughout the country. Our main office is located in New York City and we also maintain offices in New Jersey, Connecticut, and Washington, DC.

We represent the interests of aggrieved shareholders in class action and derivative litigation through the vigorous prosecution of corporations that have committed securities fraud and boards of directors who have breached their fiduciary duties. We have served as lead and co-lead counsel in many precedent–setting litigations, helping shareholders recover millions of dollars in securities fraud lawsuits as well as obtain fair value, multi-billion dollar settlements in merger transactions. We also represent clients in numerous high-stakes consumer class actions against some of the largest corporations in America. Our legal team has a long track record of litigating high-stakes, resource-intensive cases and consistently achieving results for our clients.

Our attorneys bring a vast breadth of knowledge and skill to the table and, as a result, are frequently appointed lead counsel in complex shareholder and consumer litigations in various jurisdictions. We have the ability to allocate substantial resources to each case that the Firm litigates. Our attorneys are supported by additional professionals including financial experts, in-house investigators, and administrative staff, as well as a cutting-edge proprietary e-discovery system customized to the discovery needs of any given litigation. We do not shy away from uphill battles – to the contrary, we routinely take on complex and challenging cases, and we prosecute them with integrity, determination, and professionalism.

*"[P]laintiff's [counsel] went the distance... did real work...*
*took on real contingency risk and...obtained an injunction..."*

*– Vice Chancellor Travis Laster in Steinhardt v. Occam Networks, Inc. C.A. No. 5878-VCL (Del. Ch. 2010)*

**PRACTICE AREAS**

**Mergers & Acquisitions**

We have achieved an impressive record in obtaining injunctive relief for shareholders and are one of the premier law firms engaged in mergers & acquisitions and takeover litigation, where we strive to maximize shareholder value. In these cases, we regularly fight to obtain settlements that enable the submissions of competing buyout bid proposals, thereby increasing consideration for shareholders.

We have litigated landmark cases that have altered the landscape of mergers & acquisitions law and resulted in multi-million dollar awards to aggrieved shareholders.

In *In re NCS Healthcare, Inc. Securities Litigation*, **C.A. No. 19786 (Del. Ch. 2002)**, one of the most historically significant cases in the Delaware courts involving mergers and acquisitions law, one of our founding partners, as co-lead counsel, created a more than $100 million cash benefit for shareholders as well as revolutionized the way bidders and target companies design and implement lockup mechanisms to protect a deal.

# LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON D.C. I NEW JERSEY I CONNECTICUT

In *In re Great Wolf Resorts, Inc. Shareholder Litigation*, C.A. No. 7328-VCN (Del. Ch. 2012), we achieved tremendous results for shareholders, including partial responsibility for a $93 million (57%) increase in merger consideration and the waiver of several "don't-ask-don't-waive" standstill agreements that were restricting certain potential bidders from making a topping bid for the company.

In *In re CNX Gas Corp. Shareholder Litigation*, 4 A.3d 397 (Del. Ch. 2010), as Plaintiffs' Executive Committee counsel, we obtained a landmark ruling from the Delaware Chancery Court that set forth a unified standard for assessing the rights of shareholders in the context of freeze-out transactions and ultimately led to a common fund recovery of over $42.7 million for the company's shareholders.

In *In re Talecris Biotherapeutics Holdings Corp. Shareholder Litigation*, C.A. No. 5614-VCL (Del. Ch. 2010), we served as counsel for one of the lead plaintiffs and achieved a settlement that increased the merger consideration to Talecris shareholders by an additional 500,000 shares of the acquiring company's stock and also provided shareholders with appraisal rights.

In *In re Minerva Group LP v. Mod-Pac Corp., et al.*, Index No. 800621/2013 (N.Y. Sup. Ct. Erie Cty. 2013), we obtained a settlement in which defendants increased the price of an insider buyout from $8.40 to $9.25 per share, representing a recovery of $2.4 million for shareholders.

In *Stephen J. Dannis, et al. v. J.D. Nichols, et al.*, C.A. No. 13-CI-00452 (Ky. Cir. Ct. Jefferson Cty. 2014), as co-lead counsel, we obtained a 23% increase in the merger consideration (from $7.50 to $9.25 per unit) for shareholders of NTS Realty Holdings Limited Partnership. The total benefit of $7.4 million was achieved after two years of hard-fought litigation, challenging the fairness of the going-private, squeeze-out merger by NTS's controlling unitholder and Chairman, Defendant Jack Nichols. The unitholders bringing the action alleged that Nichols' proposed transaction grossly undervalued NTS's units. The 23% increase in consideration was a remarkable result given that on October 18, 2013, the Special Committee appointed by the Board of Directors had terminated the existing merger agreement with Nichols. Through counsel's tenacious efforts the transaction was resurrected and improved.

In *In re Craftmade International, Inc. Shareholder Litigation*, C.A. No. 6950-VCL (Del. Ch. 2011), we served as co-lead counsel and successfully obtained an injunction requiring numerous corrective disclosures and a "Fort Howard" release announcing that the Craftmade Board of Directors was free to conduct discussions with any other potential bidders for the company.

In *Dias v. Purches*, C.A. No. 7199-VCG (Del. Ch. 2012), Vice Chancellor Sam Glasscock, III of the Delaware Chancery Court partially granted shareholders' motion for preliminary injunction and ordered that defendants correct a material misrepresentation in the proxy statement relating to the acquisition of Parlux Fragrances, Inc. by Perfumania Holding, Inc.

In *Forgo v. Health Grades, Inc.*, C.A. No. 5716-VCS (Del. Ch. 2010), as co-lead counsel, our attorneys established that defendants had likely breached their fiduciary duties to Health Grades' shareholders by failing to maximize value as required under Revlon, Inc. v. MacAndrews & Forbes Holdings, Inc., 506 A.2d 173 (Del. 1986). We were able to secure an agreement with defendants to take numerous steps to seek a superior offer for the company, including making key modifications to the merger agreement, creating an independent committee to evaluate potential offers, extending the tender offer period, and issuing a "Fort Howard" release affirmatively stating that the company would participate in good faith discussions with any party making a bona fide acquisition proposal.

In *Steinhardt v. Occam Networks, Inc.*, C.A. No 5878-VCL (Del. Ch. 2010), we represented shareholders in challenging the merger between Occam Networks, Inc. and Calix, Inc., obtaining a preliminary injunction against the merger after showing that the proxy statement by which the shareholders were solicited to vote for the merger was materially false and misleading.

In *In re Pamrapo Bancorp Shareholder Litigation*, Docket C-89-09 (N.J. Ch. Hudson Cty. 2011), as lead counsel for plaintiffs, we defeated defendants' motion to dismiss shareholders' class action claims for

## LEVI&KORSINSKY LLP

NEW YORK | WASHINGTON D.C. | NEW JERSEY | CONNECTICUT

monetary damages by persuading the court on issues of first impression under New Jersey law. The case stemmed from the sale of Pamrapo Bancorp to BCB Bancorp at an allegedly unfair price through an unfair process. The court found that our efforts substantially benefited the shareholders by obtaining supplemental disclosures for shareholders ahead of the merger vote. In addition, we successfully defeated a motion for summary judgment.

In *In re Complete Genomics, Inc. Shareholder Litigation*, **C.A. No. 7888-VCL (Del. Ch. 2012)**, we obtained preliminary injunctions of corporate merger and acquisition transactions, and plaintiffs successfully enjoined a "don't-ask-don't-waive" standstill agreement.

In *Hirsch v. Rayden, et. al. (Tween Brands)*, **C.A. No. 4845 (Del. Ch. 2009)** and in *Fuller v. Pfenniger, Jr., et. al. (Continucare)*, **C.A. No. 20537CA04 (Cir. Ct. Fla. 2011)**, as sole lead counsel for plaintiffs in both cases, we succeeded in obtaining the disclosure of material facts concerning these proposed mergers that were previously concealed from shareholders.

### Derivative, Corporate Governance & Executive Compensation

We protect shareholders by enforcing the obligations of corporate fiduciaries. We are a leader in achievingimportant corporate governance reforms for the benefit of shareholders. Our efforts include the prosecution of derivative actions in courts around the country, making pre-litigation demands on corporate boards to investigate misconduct and take remedial action for the benefit of shareholders. In situations where a company's board responds to a demand by commencing its own investigation, we frequently work with the board's counsel to assist and monitor the investigation, ensuring that the investigation is thorough and conducted in an appropriate manner.

We also have successfully prosecuted derivative and class action cases to hold corporate executives and board members accountable for various abuses and to help preserve corporate assets through long-lasting and meaningful corporate governance changes, thus ensuring that prior misconduct does not reoccur.

*MacCormack v. Groupon, Inc.*, **(D. Del. 2013)**, we caused the cancellation of $2.3 million worth of restricted stock units granted to a company executive in violation of a shareholder-approved plan, as well as the adoption of enhanced corporate governance procedures designed to ensure that the board of directors complies with the terms of the plan; also obtained additional material disclosures to shareholders in connection with a shareholder vote on amendments to the plan.

*Scherer v. Lu, et al.* **(Diodes Incorporated), (D. Del. 2014)**, we secured the cancellation of $4.9 million worth of stock options granted to the company's CEO in violation of a shareholder-approved plan, as well as additional disclosures to enable shareholders to cast a fully-informed vote on the adoption of a new compensation plan at the company's annual meeting.

*Edwards v. Benson, et al. (Headwaters Incorporated)*, **(D. Utah 2014)**, we caused the cancellation of $3.2 million worth of stock appreciation rights granted to the company's CEO in violation of a shareholder-approved plan and the adoption of enhanced corporate governance procedures designed to ensure that the board of directors complies with the terms of the plan.

*Pfeiffer v. Begley, et al. (DeVry, Inc.)*, **(Cir. Ct. DuPage Cty., Ill. 2012)**, we secured the cancellation of $2.1 million worth of stock options granted to company's CEO in 2008-2012 in violation of a shareholder-approved incentive plan.

In *Basch v. Healy* **(D. Del. 2014)**, we obtained a cash payment to the company to compensate for equity awards issued to officers in violation of the company's compensation plan. Caused significant changes in the company's compensation policies and procedures designed to ensure that future compensation decisions are made consistent with the company's plans, charters and policies. Impacted the board's

creation of a new compensation plan and obtained additional disclosures to stockholders concerning the board's administration of the company's plan and the excess compensation.

In *Pfeiffer v. Toll (Toll Brothers Derivative Litigation)*, **C.A. No. 4140-VCL (Del. Ch. 2010)**, we prevailed in defeating defendants' motion to dismiss, in a case seeking disgorgement of profits that company insiders reaped through a pattern of insider-trading. After extensive discovery, we secured a settlement returning $16.25 million in cash to the company, including a significant contribution from the individuals who traded on inside information.

*Kleba v. Dees, et al.*, **C.A. 3-1-13 (Tenn. Cir. Ct. Knox Cnty. 2014)**, we recovered approximately $9 million in excess compensation given to insiders and cancellation of millions of shares of stock options issued in violation of a shareholder-approved compensation plan. In addition, we obtained the adoption of formal corporate governance procedures designed to ensure that future compensation decisions are made independently and consistent with the plan.

In *In re i2 Technologies, Inc. Shareholder Litigation*, **C.A. No. 4003-CC (Del. Ch. 2008)**, as counsel for the lead plaintiff, we challenged the fairness of certain asset sales made by the company and secured a $4 million recovery.

We also have extensive experience in executive compensation where we have recaptured assets for the benefit of companies and their shareholders. In addition, we have secured corporate governance changes to ensure that executive compensation is consistent with shareholder-approved compensation plans, company performance, and federal securities laws.

In *In re Activision, Inc. Shareholder Derivative Litigation*, **No. 06-cv-04771-MRP (JTLX) (C.D. Cal. 2008)**, we were co-lead counsel and challenged executive compensation related to the dating of options. This effort resulted in more than $24 million in excessive compensation, with expenses recovered and substantial corporate governance changes implemented.

In *In re Corinthian Colleges, Inc. Shareholder Derivative Litigation*, **8:06cv777-AHS (C.D. Cal. 2006)**, we were co-lead counsel and achieved a $2 million benefit for the company, resulting in the re-pricing of executive stock options and the establishment of extensive corporate governance changes.

In *Pfeiffer v. Alpert (Beazer Homes Derivative Litig.)*, **C.A. No. 10-cv-1063-PD (D. Del. 2010)**, we successfully challenged certain aspects of the company's executive compensation structure, ultimately forcing the company to improve its compensation practices.

In *In re Cincinnati Bell, Inc., Derivative Litigation*, **Case No. A1105305 (Ohio, Hamilton Cty. 2012)**, we achieved significant corporate governance changes and enhancements related to the company's compensation policies and practices in order to better align executive compensation with company performance. Reforms included the formation of an entirely independent compensation committee with staggered and term limits for service.

In *Woodford v. M.D.C. Holdings, Inc.*, **1:2011cv00879 (D. Del. 2012)**, we challenged excessive compensation to top executives and obtained millions of dollars in reductions of that compensation, as well as corporate governance enhancements designed to implement best practices with regard to executive compensation and enable increased shareholder input in the process.

In *Bader v. Goldman Sachs Group, Inc.*, **No. 10-4364-cv, 2011 WL 6318037 (2d Cir. Dec. 19, 2011)**, we persuaded the Second Circuit Court of Appeals to reverse the District Court's dismissal of derivative claims seeking to recover excessive compensation granted to officers and directors of Goldman Sachs.

In *In re Google Inc. Class C Shareholder Litigation*, **C.A. No. 7469-CS (Del. Ch. 2012)**, we challenged a stock recapitalization transaction to create a new class of nonvoting shares and strengthen the corporate control of the Google founders. We helped achieve an agreement that provided an adjustment payment to shareholders in the event of certain discounts in the price of Google stock, and provided enhanced

board scrutiny of the Google founders' ability to transfer stock, including the implementation of a new procedure for a waiver or modification of the founders' Transfer Restriction Agreement.

*"I think you've done a superb job and I really appreciate the way this case was handled."*

*– Judge Ronald B. Rubin, Circuit Court of Montgomery County, Maryland*

## Securities Fraud Class Actions

We prosecute claims on behalf of investors to recover losses suffered as a result of securities fraud, including the manipulation of a company's stock price by its executives, officers, directors, and advisors such as underwriters and accountants, through the issuance of false and misleading information. Our firm has been appointed lead counsel in numerous class actions filed in both federal and state courts across the country.

In *E-Trade Financial Corp. Securities Litigation*, **No. 07-cv-8538 (S.D.N.Y. 2007)**, we were selected from a crowded field as co-lead counsel for a landmark securities fraud class action that arose out of the mortgage crisis. Our successful prosecution of the case resulted in a $79 million recovery for the shareholder class.

We have been appointed lead or co-lead counsel in the following securities class actions:

- *Zaghianv v. THQ, Inc.*, **2:12-cv-05227-GAF-JEM (C.D. Cal. Sept. 14, 2012)**
- *Silsby v. Icahn*, **1-12-cv-02307-JGK (S.D.N.Y. July 13, 2012)**
- *Maritime Asset Management, LLC, et al. v. NeurogesX, Inc., et al.*, **4-12-cv-05034 (N.D. Cal. Sept. 13, 2012)**
- *Reinschmidt v. Zillow, Inc., et al.*, **2:12-cv-02084-RSM (W.D. Wash. April 24, 2013)**
- *In re OCZ Technology Group, Inc. Securities Litigation*, **3:12-cv-05265-RS (N.D. Cal. Jan. 4, 2013)**
- *In re CenturyLink, Inc. Sec. Litigation*, **1:13-cv-03839-LTS (S.D.N.Y. Sept. 23, 2013)**
- *Berry v. Kior, Inc.*, **4:13-cv-02443 (S.D. Tex. Nov. 25, 2013)**
- *In re Digital Domain Media Group, Inc. Sec. Litigation*, **12-CIV-14333 (JEM) (S.D. Fla. Sept. 20, 2012)**

## Consumer Litigation

Levi & Korsinsky works hard to protect consumers by holding corporations accountable for defective products, false and misleading advertising, overcharging, and unfair or deceptive business practices.

Our litigation and class action expertise combined with our in-depth understanding of federal and state laws enables us to fight for consumers who purchased defective products, including automobiles, appliances, electronic goods, and home products, as well as consumers who were deceived by consumer service providers such as banks, insurance companies, credit card companies, and phone companies.

In *NV Security, Inc. v. Fluke Networks, et al.*, **Case No. CV05-4217 GW (SSx) (C.D. Cal. 2005)**, we negotiated a settlement on behalf of purchasers of Test Set telephones in an action alleging that the Test Sets

**LEVI&KORSINSKY LLP**

NEW YORK I WASHINGTON D.C. I NEW JERSEY I CONNECTICUT

contained a defective 3-volt battery. We benefited the consumer class by obtaining the following relief: free repair of the 3-volt battery; reimbursement for certain prior repair; an advisory concerning the 3-volt battery on the outside of packages of new Test Sets; an agreement that defendants would cease to market and/or sell certain Test Sets; and a forty-two (42) month warranty on the 3-volt battery contained in certain devices sold in the future.

In *Bustos v. Vonage America, Inc., et al.*, **Case No. 06 Civ. 2308 (HAA) (D. NJ 2006)**, our firm achieved a common fund settlement of $1.75 million on behalf of class members who purchased Vonage Fax Service in an action alleging that Vonage made false and misleading statements in the marketing, advertising, and sale of Vonage Fax Service by failing to inform consumers that the protocol Defendant used for the Vonage Fax Service was unreliable and unsuitable for facsimile communications.

In *Masterson et al. v. Canon U.S.A., Inc.*, **Case No. BC340740 (Cal. Super. Ct. L.A. Cty. 2006)**, we represented purchasers of Cannon SD Cameras in an action alleging that liquid crystal display ("LCD") screens on Cannon SD Cameras cracked, broke, or otherwise malfunctioned, and obtained refunds for certain broken LCD repair charges and important changes to the product warranty.

## Community Involvement

In addition to our successes in the courtroom, we find the time to give back to the local and global communities. Our attorneys have served on the boards and participated in various organizations such as Mental Health Advocacy Services, a New Way of Life, Reentry Project, and the Rotary Club of Wall Street.

We also have done pro bono criminal defense work for indigent defendants in federal court under the Criminal Justice Act, assisted small businesses in the aftermath of September 11, 2001, provided services to battered women in family court, and assisted people living with AIDS with their estate planning. Our

attorneys have also partnered with the United Nations Association's Young Professionals to raise funds for the victims of the earthquake in Haiti, and with Big Brothers Big Sisters to mentor children.

## OUR ATTORNEYS

### Joseph E. Levi, *Founding Partner*

Joseph E. Levi is a central figure in shaping and managing the Firm's securities litigation practice. Mr. Levi has been lead or co-lead in dozens of cases involving the enforcement of shareholder rights in the context of mergers & acquisitions and securities fraud. In addition to his involvement in class action litigation, he has represented numerous patent holders in enforcing their patent rights in areas including computer hardware, software, communications, and information processing, and has been instrumental in obtaining substantial awards and settlements.

Mr. Levi and the attorneys achieved success on behalf of the former shareholders of Occam Networks, Inc. in ongoing litigation challenging the Company's merger with Calix, Inc., obtaining a preliminary injunction against the merger due to material representations and omissions in the proxy statement by which the shareholders were solicited to vote. See *Steinhardt v. Howard-Anderson, et al.*, **No. 5878-VCL (Del. Ch. Jan. 24, 2011)**. Vigorous litigation efforts are continuing to recover money damages for the shareholders.

Another victory for Mr. Levi and the attorneys was in litigation challenging the acquisition of Health Grades, Inc. by affiliates of Vestar Capital Partners, L.P., where it was successfully demonstrated to the Delaware Court of Chancery that the defendants had likely breached their fiduciary duties to Health Grades'

shareholders by failing to maximize value as required by *Revlon, Inc. v. MacAndrews & Forbes Holdings, Inc.,* **506 A.2d 173 (Del. 1986)**. See *Weigard v. Hicks, et al.,* No. 5732-VCS (Del. Ch. Sept. 3, 2010). This ruling was used to reach a favorable settlement in which defendants agreed to a host of measures designed to increase the likelihood of superior bid. Vice Chancellor Strine "applaud[ed]" the litigation team for their preparation and the extraordinary high-quality of the briefing. He and the attorneys also played a prominent role in the matter of *In re CNX Gas Corp. Shareholders Litigation*, **C.A. No. 5377-VCL (Del. Ch. 2010)**, in which plaintiffs recovered a common fund of over $42.7 million for stockholders.

Education

- Brooklyn Law School, J.D. (1995), magna cum laude
- Polytechnic University, B.S. (1984), summa cum laude, MS (1986)

Admissions

- New York (1996)
- New Jersey (1996)
- United States Patent and Trademark Office (1997)
- United States District Court for the Southern District of New York (1997)
- United States District Court for the Eastern District of New York (1997)

### Eduard Korsinsky, *Founding Partner*

For more than 17 years Ed Korsinsky has represented clients in securities cases, derivative actions, consumer fraud, and complex commercial matters. He has been named a New York "Super Lawyer" by Thompson Reuters and is recognized as one of the country's leading practitioners in class and derivative matters. Mr. Korsinsky also has served as an editor of the American Bar Association's Securities Litigation Section's newsletter and is a member of the American Bar Association's Derivative Suits Subcommittee. Cases which he has litigated include:

- *E-Trade Financial Corp. Securities Litigation*, **No. 07-cv-8538 (S.D.N.Y. 2007)**, $79 million recovery
- *In re Activision, Inc. Shareholder Derivative Litigation*, **No. 06-cv-04771-MRP (JTLX)(C.D. Cal. 2006)**, recovered $24 million in excess compensation
- *Corinthian Colleges, Inc., Shareholder Derivative Litigation*, **SACV-06-0777-AHS (C.D. Cal. 2009)**, obtained re-pricing of executive stock options providing more than $2 million in benefits to the company
- *Pfeiffer v. Toll*, **C.A. No. 4140-VCL (Del. Ch. 2010)**, $16.25 million in insider trading profits recovered
- *In re Net2Phone, Inc. Shareholder Litigation*, **Case No. 1467-N (Del. Ch. 2005)**, obtained increase in tender offer price from $1.70 per share to $2.05 per share
- *In re Pamrapo Bancorp Shareholder Litigation*, **Docket C-89-09 (NJ Ch. Hudson Cty. 2011)**, obtained supplemental disclosures following the filing of a motion for preliminary injunction, pursued case post-closing, secured key rulings on issues of first impression in New Jersey, and defeated motion for summary judgment
- *In re Google Inc. Class C Shareholder Litigation*, **C.A. No. 19786 (Del. Ch. 2012)**, obtained payment ladder indemnifying investors up to $8 billion in losses stemming from trading discounts expected to affect the new stock

## LEVI&KORSINSKY LLP

- ***Woodford v. M.D.C. Holdings, Inc.***, **1:2011cv00879 (D. Del. 2012)**, one of a few successful challenges to say on pay voting, recovered millions of dollars in reductions to compensation
- ***i2 Technologies, Inc. Shareholder Litigation***, **C.A. No. 4003-CC (Del. Ch. 2008)**, $4 million recovered, challenging fairness of certain asset sales made by the company
- ***Pfeiffer v. Alpert, et al. (Beazer Homes)***, **C.A. No. 10-cv-1063-PD (D. Del. 2011)**, obtained substantial revisions to an unlawful executive compensation structure
- ***In re NCS Healthcare, Inc. Securities Litigation***, **C.A. CA 19786, (Del. Ch. 2002)**, case settled for approximately $100 million
- ***Paraschos, et al. v. YBM Magnex International, Inc., et al.***, **No. 98-CV-6444 (E.D. Pa.)**, United States and Canadian cases settled for $85 million Canadian

Education

- New York University School of Law, LL.M. (1997) Master of Law(s) Taxation
- Brooklyn Law School, J.D. (1995)
- Brooklyn College, B.S. (1992) summa cum laude, Accounting

Admissions

- New York (1996)
- New Jersey (1996)
- United States District Court for the Southern District of New York (1998)
- United States District Court for the Eastern District of New York (1998)
- United States Court of Appeals for the Second Circuit (2006)
- United States District Court for the Northern District of New York (2011)
- United States District Court of New Jersey (2012)
- United States Court of Appeals for the Sixth Circuit (2013)

Publications

- Delaware Court Dismisses Compensation Case Against Goldman Sachs, ABA Section of Securities Litigation News & Developments (Nov. 7, 2011)
- SDNY Questions SEC Settlement Practices in Citigroup Settlement, ABA Section of Securities Litigation News & Developments (Nov. 7, 2011)
- New York Court Dismisses Shareholder Suit Against Goldman Sachs, ABA Section of Securities Litigation News & Developments (Oct. 31, 2011)

**Donald J. Enright**, *Partner*

During his 18 years as a litigator and trial lawyer, Donald J. Enright has handled matters in the fields of securities, commodities, consumer fraud, and commercial litigation, with a particular focus on shareholder M&A and securities fraud class action litigation. He has been named a Washington, DC "Super Lawyer" by Thomson Reuters, as well as one of Washington's "Top Lawyers" by Washingtonian magazine, developing a track record of achieving victories in federal trials and appeals, including:

- ***Nathenson v. Zonagen, Inc.***, **267 F. 3d 400, 413 (5th Cir. 2001)**

- *SEC v. Butler*, 2005 U.S. Dist. LEXIS 7194 (W.D. Pa. April 18, 2005)

- *Belizan v. Hershon*, 434 F. 3d 579 (D.C. Cir. 2006)

Mr. Enright has played a leadership role in numerous securities and shareholder class actions from inception to conclusion. His leadership has produced multi-million dollar recoveries in shareholder class actions involving such companies as Allied Irish Banks PLC, Iridium World Communications, Ltd., En Pointe Technologies, Inc., PriceSmart, Inc., Polk Audio, Inc., Meade Instruments Corp., Xicor, Inc., Streamlogic Corp., Interbank Funding Corp., Riggs National Corp., UTStarcom, Inc., and Manugistics Group, Inc. Most recently, in *In re CNX Gas Corp. Shareholders Litigation*, C.A. No. 53377-VCL, in which Levi & Korsinsky served upon plaintiffs' Executive Committee, Mr. Enright helped obtain the recovery of a common fund of over $42.7 million for stockholders.

Mr. Enright also has a successful track record of obtaining injunctive relief in connection with shareholder M&A litigation, having won preliminary injunctions or other injunctive relief in the cases such as:

- *In re Portec Rail Products, Inc. Shareholder Litigation*, G.D. 10-3547 (Ct. Com. Pleas Pa. 2010)

- *In re Craftmade International, Inc. Shareholders Litigation*, C.A. No. 6950-VCL (Del. Ch. 2011)

- *Dias v. Purches, et al.*, C.A. No. 7199-VCG (Del. Ch. 2012)

- *In re Complete Genomics, Inc. Shareholder Litigation*, C.A. No. 7888-VCL (Del. Ch. 2012)

Mr. Enright has demonstrated considerable success in obtaining monetary recoveries and deal price increases for shareholders in M&A litigation. In *In re Great Wolf Resorts, Inc. Shareholder Litigation*, C.A. No. 7328-VCN (Del. Ch. 2012), as co-lead counsel, Mr. Enright was partially responsible for a $93 million (57%) increase in merger consideration and waiver of several "don't-ask-don't-waive" standstill agreements that were precluding certain potential bidders from making a topping bid for the company.

Mr. Enright also served as co-lead counsel in *Berger v. Life Sciences Research, Inc.*, No. SOM-C-12006-09 (NJ Sup. Ct. 2009), which caused a significant increase in the transaction price from $7.50 to $8.50 per share, representing additional consideration for shareholders of approximately $11.5 million.

In *Minerva Group, LP v. Keane et al.*, Index No. 800621/2013 (N.Y. Sup. Ct. Erie Cty. 2013), Mr. Enright served as co-lead counsel representing a substantial institutional investor. He obtained a settlement in which Defendants increased the price of an insider buyout from $8.40 to $9.25 per share. The courts have consistently recognized and praised the quality of Mr. Enright's work. In *In re Interbank Funding Corp. Securities Litigation*, 1:02cv1490 (D.D.C. 2002), Judge Bates of the United States District Court for the District of Columbia observed that Mr. Enright had "skillfully, efficiently, and zealously represented the class, and . . . worked relentlessly throughout the course of the case."

In *Freeland v. Iridium World Communications, LTD*, 1:99cv1002 (D.D.C. 1999), Judge Nanette Laughrey stated that Mr. Enright had done "an outstanding job" in connection with the recovery of $43.1 million for the shareholder class.

In *In re Schuff Int'l S'holders Litig.*, C.A. No. 10323-VCL (Del. Ch. 2015), Vice Chancellor J. Travis Laster stated that Mr. Enright and LK "have done an excellent job in this Court getting results."

In *Ocieczanek v. Thomas Properties Group, et al.*, C.A. No. 9029-VCG (Del. Ch. 2013), Vice Chancellor Sam Glasscock of the Chancery Court of Delaware observed that it's always a pleasure to have counsel [like Mr. Enright] who are articulate and exuberant in presenting their position," and that Mr. Enright's prosecution of a merger case was "wholesome" and served as "a model of ...plaintiffs' litigation in the merger arena."

Education

- George Washington University School of Law, J.D. (1996), where he was a Member Editor of The

  George Washington University Journal of International Law and Economics from 1994 to 1996

LEVI&KORSINSKY LLP

- Drew University, B.A. (1993) cum laude, Political Science and Economics

Admissions

- Maryland (1996)
- New Jersey (1996)
- United States District Court for the District of Maryland (1997)
- United States District Court for the District of New Jersey (1997)
- District of Columbia (1999)
- United States Court of Appeals for the Fourth Circuit (1999)
- United States Court of Appeals for the Fifth Circuit (1999)
- United States District Court for the District of Columbia (1999)
- United States Court of Appeals for the District of Columbia (2004)
- United States Court of Appeals for the Second Circuit (2005)
- United States Court of Appeals for the Third Circuit (2006)

Publications

- His published securities litigation-related articles include: "SEC Enforcement Actions and Investigations in Private and Public Offerings," Securities: Public and Private Offerings, Second Edition, West Publishing 2007
- "Dura Pharmaceuticals: Loss Causation Redefined or Merely Clarified?" J. Tax'n & Reg. Fin. Inst. September/October 2007, Page 5

## Nicholas I. Porritt, *Partner*

Nicholas I. Porritt prosecutes shareholder class actions, derivative actions, and mergers and acquisitions litigation. He has extensive experience representing plaintiffs and defendants in a wide variety of complex commercial litigation, including civil fraud, breach of contract, and professional malpractice, as well as defending SEC investigations and enforcement actions. Some of Mr. Porritt's cases include:

- Cozzarelli v. Inspire Pharmaceuticals, Inc., 549 F.3d 618 (4th Cir. 2008)
- Teachers' Retirement System of Louisiana v. Hunter, 477 F.3d 162 (4th Cir. 2007)
- In re PEC Solutions, Inc. Securities Litigation, 418 F.3d 379 (4th Cir. 2005)
- Ferre v. McGrath, 06-cv-1684-CM (S.D.N.Y. Feb. 16, 2007)
- Shiring v. Tier Technologies, Inc., 244 F.R.D. 307 (E.D. Va. 2007)

Before joining the Firm, Mr. Porritt practiced as a partner at Akin Gump Strauss Hauer & Feld LLP and prior to that was a partner at Wilson Sonsini Goodrich & Rosati PC.

Education

- University of Chicago Law School, J.D. (1996) with honors
- University of Chicago Law School, LL.M. (1993)
- Victoria University of Wellington, LL.B. (Hons.) (1990) with First Class Honors, Senior Scholarship

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON D.C. I NEW JERSEY I CONNECTICUT

Admissions

- Supreme Court Of State of New York (1997)
- District of Columbia Court of Appeals (1998)
- United States District Court for the District of Columbia (1999)
- United States District Court for the Southern District of New York (2004)
- United States District Court for the District of Maryland (2007)
- United States District Court for the Eastern District of New York (2012)
- United States Court of Appeals for the 4th Circuit (2004)
- United States Court of Appeals for the 11th Circuit (2004)
- United States Court of Appeals for the District of Columbia Circuit (2006)
- United States Supreme Court (2006)
- United States Court of Appeals for the Fifth Circuit (2009)
- Solicitor of the Senior Courts of England & Wales (2001)

*Then Vice Chancellor Leo E. Strine, Jr. praised the "exceedingly measured and logical" argument in Forgo v. Health Grades, Inc., C.A. No. 5716-VCS (Del. Ch. 2010).*

### Shannon L. Hopkins, *Partner*

Shannon L. Hopkins manages the Firm's Connecticut office. She was selected in 2013 as a New York "Super Lawyer" by Thomson Reuters. For more than a decade Ms. Hopkins has been prosecuting a wide range of complex class action matters in securities fraud, mergers and acquisitions, and consumer fraud litigation on behalf of individuals and large institutional clients. Ms. Hopkins has played a lead role in numerous shareholder securities fraud and merger and acquisition matters and has been involved in recovering multi-million dollar settlements on behalf of shareholders, including:

- ***E-Trade Financial Corp. Securities Litigation***, **No. 07-cv-8538 (S.D.N.Y. 2007)**, $79 million recovery for the shareholder class
- ***In re Cogent, Inc. Shareholder Litigation***, **C.A. No. 5780-VCP (Del. Ch. 2010)**, $1.9 million shareholder recovery and corrective disclosures relating to the Merger
- ***In re CMS Energy Sec. Litigation***, **Civil No. 02 CV 72004 (GCS) (E.D. Mich. Sept. 6, 2007)**, ($200 million recovery
- ***In re Sears, Roebuck and Co. Sec. Litigation***, **No. 02-cv-07527 (N.D. Ill. Jan. 8, 2007)**, $200 million recovery

- *In re El Paso Electric Co. Sec. Litigation*, **Civil Action No. 3:03-cv-00004-DB (W.D. Tex. Sept. 15, 2005)**, $10 million recovery
- *In re Novastar Fin. Sec. Litigation*, **4:04-cv-00330-ODS (W.D. Mo. Apr. 14, 2009)**, $7.25 million recovery

The quality of Ms. Hopkin's work has been noted by courts. In *In re Health Grades, Inc. Shareholder Litigation*, **C.A. No. 5716-VCS (Del Ch. 2010)**, where Ms. Hopkins was significantly involved with the briefing of the preliminary injunction motion, then Vice Chancellor Strine "applaud[ed]" co-lead counsel for their preparation and the extraordinary high-quality of the briefing.

In addition to her legal practice, Ms. Hopkins is a Certified Public Accountant (1998 Massachusetts). Prior to becoming an attorney, Ms. Hopkins was a senior auditor with PricewaterhouseCoopers LLP, where she led audit engagements for large publicly held companies in a variety of industries.

Education

- Suffolk University Law School, J.D. (2003) magna cum laude, where she served on the Journal for High Technology and as Vice Magister of the Phi Delta Phi International Honors Fraternity
- Bryant University, B.S.B.A., (1995) cum laude, Accounting and Finance, where she was elected to the Beta Gamma Sigma Honor Society

Admissions

- Massachusetts (2003)
- United States District Court for the District of Massachusetts (2004)
- New York (2004)
- United States District Court for the Southern District of New York (2004)
- United States District Court for the Eastern District of New York (2004)
- United States District Court for the District of Colorado (2004)
- United States Court of Appeals for the First Circuit (2008)
- United States Court of Appeals for the Third Circuit (2010)
- Connecticut (2013)

Publications

Ms. Hopkins has published the following articles concerning cutting edge technology issues:

- The Cybercrime Convention Does Not Provide Substantive Lawmaking Guidance (2005), http://cyber. law.harvard.edu/netdialgue/discussion/?p=23
- Cybercrime Convention: A Positive Beginning to a Long Road Ahead, 2 J. High Tech. L. 101 (2003)

**Shane T. Rowley**, *Partner*

Shane T. Rowley has represented clients in class actions since 1991. Mr. Rowley has amassed extensive experience in complex litigation. In *Brickell Partners v. Emerging Communications, Inc.*, **C.A. No. 16415 (Del. Ch. 1998)**, Mr. Rowley, as sole class counsel in conjunction with counsel for a co-litigant hedge fund, was instrumental in establishing new law and new standards for determining the fiduciary duties of corporate

directors, especially directors that have specialized backgrounds (such as accountants, lawyers, financial experts, etc.). He was named as 2014 NY Metro Super Lawyer by Super Lawyers.

The Brickell Partners action was litigated vigorously by Mr. Rowley for over four years, including a six week trial, after which the Court returned a verdict in favor of plaintiff. The landmark decision is now reported as *In re Emerging Communs., Inc. Shareholders Litigation*, **C.A. No. 16415, 2004 Del. Ch. LEXIS 70 (Del. Ch., May 3, 2004).**

Mr. Rowley has recovered hundreds of millions of dollars for shareholders of publicly traded companies. In *Rice v. Lafarge North America, Inc.*, **No. 268974-V (Md. Cir. Ct. Montgomery Cty. 2007)**, as co-lead counsel, he represented the public shareholders of Lafarge North America ("LNA") in challenging the buyout of LNA by its French parent, Lafarge S.A., at the original offer price of $75 per share. Following discovery and extensive injunction motion practice by Mr. Rowley and his co-counsel, the price per share was increased from $75 to $85.50 per share, representing a total benefit to the public shareholders of $388 million.

In *In re Fox Entertainment Group, Inc. Shareholders Litigation*, **Consolidated C.A. No. 1033-N (Del. Ch. 2005)**, Mr. Rowley, as co-lead counsel, was responsible for creating an increased offer price from the original proposal to shareholders, which represented an increased benefit to Fox Entertainment Group, Inc. shareholders of $450 million.

Mr. Rowley is a citizen of the United States of America and Ireland and is admitted to practice in both countries.

Education

- Honorable Society of Kings Inns, Dublin, B.L. (1989)
- Trinity College (Dublin, Ireland), LL.B. (1987)

Admissions

- New York (1990)
- United States District Courts for the Eastern District of New York (1993)
- United States District Courts for the Southern District of New York (1993)
- United States District Court for the District of Colorado (1999)

### Steven J. Purcell, *Partner*

Steven J. Purcell has substantial experience in a wide variety of complex litigation and regulatory proceedings, including matters involving antitrust, bankruptcy, contract, derivative, employment, and securities laws, in various state and federal courts around the country. Before joining the Firm, Mr. Purcell was an associate at Sullivan & Cromwell (2001-2009).

While at the firm, Mr. Purcell has obtained tens of millions of dollars in recoveries, along with corporate governance reforms and disclosure benefits, in numerous shareholder derivative and class actions, including:

- *Shepherd v. Simon*, **(Del. Ch. 2014)**
- *Kleba v. Dees, et al.* **(Tenn. Cir. Ct. Knox Cnty. 2014)**
- *Basch v. Healy, et al.* **(D. Del. 2014)**
- *Scherer v. Lu, et al.* **(D. Del. 2014)**
- *Edwards v. Benson, et al.* **(D. Utah 2014)**
- *Jurgelewicz v. McAllister, et al.* **(D. Mont. 2013)**

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON D.C. I NEW JERSEY I CONNECTICUT

- ***Braunstein v. Geospace Technologies Corp.* (D. Del. 2013)**
- ***Hancock v. Debney et al.* (Dist. Ct. Clark Cty., Nev. 2013)**
- ***MacCormack v. Groupon, Inc.* (D. Del. 2013)**
- ***Pfeiffer v. Begley, et al.* (Cir. Ct. DuPage Cty., Ill. 2012)**

Mr. Purcell is a member of the American Bar Association's Class Actions & Derivative Suits Committee. He is also a member of the New York State Bar Association's Section Horizontal Restraints Committee, and the New York City Bar Association.

Education

- University of Minnesota Law School, J.D. (2001) magna cum laude, Order of the Coif
- Bridgewater State College, B.S. (1998) summa cum laude

Admissions

- New York (2002)
- United States District Court for the Eastern District of New York (2002)
- United States District Court for the Southern District of New York (2002)
- United States Court of Appeals for the Second Circuit (2007)
- United States Supreme Court (2007)
- United States Court of Appeals for the Ninth Circuit (2014)
- United States Court of Appeals for the Third Circuit (2014)

### Robert H. Lefkowitz, *Partner*

Mr. Lefkowitz, a partner at the Firm, concentrates his practice on new case development, particularly actions involving breaches of fiduciary duties. Mr. Lefkowitz founded the Firm's practice that focuses on recovering unauthorized and unfair executive and director compensation. Among the cases he developed include:

- ***Shepherd v. Simon***, **C.A. 7902 (Del. Ch. 2014)** Secured the cancellation of stock grant to CEO and son of founder valued at more than $100 million. Caused company to modify equity compensation plan and submit it for shareholder vote; new plan lowered maximum equity payouts by 92% and was supported by robust disclosures including description of previous violations of compensation plan limits by the company's Board.

- ***Kleba v. Dees, et al.***, **C.A. 3-1-13 (Tenn. Cir. Ct. Knox Cnty. 2014)** Recovered approximately $9 million in excess compensation given to insiders and caused the cancellation of millions of shares of stock options issued in violation of a shareholder-approved compensation plan. In addition, we obtained the adoption of formal corporate governance procedures designed to ensure that future compensation decisions are made independently and consistent with the plan.

- ***Scherer v. Lu, et al. (Diodes Incorporated)***, **(D. Del. 2014)**
  Secured the cancellation of $4.9 million worth of stock options granted to the company's CEO in violation of a shareholder-approved plan, as well as additional disclosures to enable shareholders

to cast a fully-informed vote on the adoption of a new compensation plan at the company's annual meeting.

- *Jurgelewicz v. McAllister, et al.* **(Stillwater Mining Company) (D. Mont. 2013)** Secured the cancellation of approximately $2.3 million in stock awards granted to CEO in violation of a shareholder-approved compensation plan. In addition, we moved for a preliminary injunction and prompted the issuance of an amended and supplemental proxy statement, which enabled shareholders to cast fully informed votes in a hotly-contested proxy battle for control of the company.

- *Braunstein v. Geospace Technologies Corp.* **(D. Del. 2013)** Obtained a revised proxy statement which enabled Geospace's shareholders to cast separate votes on two separate matters that the company had previously "bundled" together in the initial proxy in violation of SEC rules.

- *Hancock v. Debney et al.* **(Smith & Wesson Holding Corp.) (Dist. Ct. Clark Cty., Nev. 2013)** Secured the cancellation of $1.2 million worth of stock options granted to the company's CEO in violation of a shareholder-approved plan, as well as the adoption of enhanced corporate governance procedures designed to ensure that the board of directors complies with the terms of the plan as approved by shareholders.

Education

- Benjamin N. Cardozo School of Law, J.D. (2005) magna cum laude, where he served as a Notes Editor on the Cardozo Law Review
- Binghamton University, B.S. (2001) summa cum laude, Finance

Admissions

- New York (2006)

---

*In appointing the Firm lead counsel in Zaghian v. THQ, Inc.,*
*2:12-cv-05227-GAF-JEM (C.D. Cal. Sept. 14, 2012),*
*The Honorable Gary Allen Feess cited the Firms'*
*"significant prior experience in securities litigation*
*and complex class actions."*

---

**Michael H. Rosner**, *Partner*

Michael Rosner focuses his practice on representing shareholders of public companies in class action and derivative litigation seeking recovery for corporate wrongdoing, particularly with respect to mergers and acquisitions and executive compensation. He was selected as a "Rising Star" by Super Lawyers in 2014.

Recent successes on behalf of shareholders include the obtaining of a preliminary injunction against the merger of Occam Networks, Inc. and Calix, Inc., due to material misrepresentations and omissions in the

proxy statement by which the shareholders were solicited to vote for the merger. See **Steinhardt v. Howard-Anderson, et al.**, **No. 5878-VCL (Del. Ch. Jan. 24, 2011)**. Mr. Rosner continues to lead the litigation effort on behalf of former Occam shareholders to recover money damages for alleged breaches of fiduciary duty by Occam's Board of Directors in connection with the merger.

Another of Mr. Rosner's recent victories for shareholders was in litigation challenging the acquisition of Health Grades, Inc. by affiliates of Vestar Capital Partners, L.P. In that case, Mr. Rosner and his co-counsel successfully demonstrated to the Delaware Court of Chancery that the defendants had likely breached their fiduciary duties to Health Grades' shareholders by failing to maximize value as required by **Revlon, Inc. v. MacAndrews & Forbes Holdings, Inc.**, **506 A.2d 173 (Del. 1986)**. See **Weigard v. Hicks, et al.**, **No. 5732-VCS (Del. Ch. Sept. 3, 2010) ("Health Grades")**.

Using the Court's favorable ruling, Mr. Rosner and co-counsel in Health Grades were successful in reaching a settlement in which defendants agreed to, among other things, modify the merger agreement (including by reducing the termination fee, imposing a "majority of the minority" requirement, and reducing the period of notice to the buyer before Health Grades could enter into a superior proposal), as well as to create and empower an independent committee, extend the tender offer so as to allow other potential bidders an opportunity to make a competing bid, and issue a "Fort Howard" press release affirmatively stating that the company "will provide information to, and engage and participate in good faith discussions and negotiations with, any third party" making a bona fide written acquisition proposal. Vice Chancellor Strine "applaud[ed]" Mr. Rosner and co-counsel for their preparation and the extraordinarily high quality of the briefing.

Mr. Rosner has also had success at the appellate level, persuading the Second Circuit Court of Appeals to reverse a district court's dismissal of derivative claims seeking to recover excessive compensation granted to officers and directors of Goldman Sachs. See **Bader v. Goldman Sachs Group, Inc., et al.**, **No. 10-4364-cv, 2011 WL 6318037 (2d Cir. Dec. 19, 2011)**.

Prior to joining the Firm, Mr. Rosner practiced as an associate at Sullivan & Cromwell (2000-2006).

Education

- Fordham University School of Law, J.D. (2000) magna cum laude, where he served on the Fordham LawReview and was President of the Chess Club.
- State University of New York at Albany, B.A. (1997) summa cum laude, where he was elected to Phi Beta Kappa

Admissions

- New York (2001)
- United States District Court for the Southern District of New York (2001)
- United States District Court for the Eastern District of New York (2001)
- United States Court of Appeals for the Second Circuit (2005)

Publications

- Co-authored Seeking Subprime Solutions: Fed Action, Legislation and Litigation Address the Subprime Mess, Global Securitization Guide (May 2008)
- Co-authored Legislative and Regulatory Developments in U.S. Securitizations, Global Securitization Guide (May 2007)

## LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON D.C. I NEW JERSEY I CONNECTICUT

- Assisted in the preparation of Pay, Performance and Proxies: The Latest in Executive Compensation, Fund Management Legal & Regulatory Report (March 2007)

**Douglas E. Julie**, *Partner*

Douglas E. Julie primarily prosecutes stockholder class and derivative actions, and conducts corporate investigations on behalf pf investors. In addition to his stockholder practice, Mr. Julie has extensive experience representing plaintiffs and defendants in complex litigation, including claims involving bankruptcy, business torts, consumer protection laws, contracts, fraud and false claims acts. Mr. Julie's successful representations at the firm include:

- ***Shepherd v. Simon (Simon Property Group)***, **C.A. No. 7902 (Del. Ch. 2014)** Secured the cancellation of stock grant to CEO and son of founder valued at more than $100 million. Caused company to modify equity compensation plan and submit it for shareholder vote; new plan lowered maximum equity payouts by 92% and was supported by robust disclosures including description of previous violations of compensation plan limits by the company's Board.
- ***Pfeiffer v. Toll (Toll Brothers Inc.)***, **C.A. No. 4140-VCL (Del. Ch. 2013)** After extensive discovery, secured a settlement returning $16.25 million in cash to the company, including a significant contribution from the individuals who traded stock based on inside information.
- ***In re Google Inc. Class C Shareholder Litigation***, **C.A. No. 7469-CS (Del. Ch. 2013)**, challenged a stock recapitalization transaction to create a new class of nonvoting shares and strengthen the corporate control of the Google founders. On the eve of trial, we obtained an agreement that provided an adjustment payment of upto $8 billion to shareholders in the event of certain discounts in the price of Google stock, and provided enhanced board scrutiny of the Google founders' ability to transfer stock, including the implementation of a new procedure for a waiver or modification of the founders' ability to trade control of the company amongst themselves.
- ***Mor v. Collis (AmerisourceBergen Corp.)***, **C.A. No. 1:13-cv-00242-RGA (D. Del. 2013)** obtained recovery of option awards to buy stock worth more than $16 million made to CEO in violation of shareholder-approved equity compensation plan, and new corporate controls designed to prevent a recurrence of the challenged conduct.  Resolution represented recovery of 100% of the wrongful award.

Education

- New York University School of Law, J.D. (2004), where he served on the editorial board of the Annual Survey of American Law
- Cornell University, B.S. (2001) Industrial and Labor Relations

Admissions

- New York (2005)
- United States District Courts for the Southern District of New York (2005)
- United States District Courts for the Eastern District of New York (2005)
- United States Court of Appeals for the Sixth Circuit (2012)

Mr. Julie has been selected as a Rising Star by Super Lawyers in each of 2012, 2013, and 2014. Before joining the Firm, Mr. Julie was an associate at Kelley Drye & Warren.

---

*"it's always a pleasure to have counsel [from Levi & Korsinsky] who are articulate and exuberant…" and referred to our approach to merger litigation as "wholesome" and "a model of…plaintiffs' litigation in the merger arena."*

*Vice Chancellor Sam Glasscock, In Ocieczanek v. Thomas Properties Group, et al., C.A. No. 9029-VCG (Del. Ch. 2014)*

---

**Nancy A. Kulesa**, *Of Counsel*

Nancy A. Kulesa has extensive experience in complex litigation in federal and state courts, including securities litigation, Employee Retirement Income Security Act of 1974 (ERISA) litigation, consumer fraud litigation, mergers and acquisitions cases, and antitrust litigation.

Ms. Kulesa is involved in all of the Firm's practice areas, with a primary focus on securities litigation and institutional investor relations. She directs the Firm's Portfolio Monitoring Services and assists clients in identifying material losses in their securities portfolios caused by corporate wrongdoing. She consults

with investors regarding securities litigation, corporate governance, and shareholder rights. She has been involved in numerous securities fraud litigations which have recovered millions of dollars for shareholders, including:

- ***In re CIT Group Securities Litigation***, 1:08-06613 (S.D.N.Y. 2008), **$75 million**
- ***Klugmann v. American Capital Ltd.***, 09-cv-0005 (D. Md. 2009), **$18 million**
- ***In re Nuvelo, Inc. Securities Litigation***, 07-cv-4056 (N.D. Cal. 2007), $8.9 million
- ***Bauer v. Prudential, Inc.***, 09-cv-1120 (JLL) (D.N.J. 2009), $16.5 million

Prior to joining the Firm, Ms. Kulesa practiced at Izard Nobel, LLP, where she represented investors in securities class actions and employees under ERISA. Ms. Kulesa has experience in representing corporations seeking antitrust clearance of mergers and acquisitions and has also handled commercial litigation matters and contractual disputes.

Education

- University of Connecticut School of Law, J.D. (2001)
- Fordham University, B.A. (1998), International Politics

Admissions

- Connecticut (2001)
- United States District Court for the District of Connecticut (2004)

**Cecille B. Cargill**, *Associate*

Cecille B. Cargill manages the Firm's client development services. She advises shareholders of their rights related to securities litigation, complex class actions, and shareholder and derivative litigation, and also responds to shareholder inquiries pertaining to the Firm and specific cases.

Education

- Boston University School of Law, J.D. (1994)
- State University at Buffalo, B.A. (1990) History & Legal Studies

Admissions

- Massachusetts (1995)


**Julia J. Sun**, *Associate*

Julia J. Sun represents investors in a variety of complex class actions, including securities class actions and shareholder derivative actions in federal and state courts. In particular, she represents shareholders in litigation arising from mergers and acquisitions.

Ms. Sun has played an important role in the prosecution of:

- ***Spahn v. Edward D. Jones & Co., et al.***, **04 cv 00086 (HEA) (E.D. Mo. 2004)**, a federal class action alleging inadequate disclosure to clients of the company's "preferred funds program," which resulted in the successful recovery of $127.5 million for investors
- ***Bachman v. A.G. Edwards, Inc., et al.***, **Cause No. 22052-01266-03 (Mo. Cir. Ct. St. Louis Cty. 2005)**, which alleged fiduciary breach and unjust enrichment, and resulted in a recovery for the class valued at $60 million
- ***Conditionally Certified Class of Certain Former Summit Bancorp Shareholders v. FleetBoston Financial Corporation, et al.***, **C.A. 2:08-cv-04947-GEB-MCA (D.N.J. 2008)**, which charged defendants with violations of the Securities Act and recovered $5.5 million for the class.

Ms. Sun was also responsible for the coordination of several complex actions under Section 36(b) of the Investment Company Act of 1940 and certain other federal and state laws, arising from the payment of excessive fees to investment advisers and distributors of large mutual fund families, including ***Forsythe v. Massachusetts Financial Services Co.***, **No. 04 cv 10584 (GAO) (D. Mass 2004)** and *In re RS Funds*, **04 cv 3798 (JFM) (D. Md. 2004)** (*In re Mutual Funds Investment Litigation*, MDL 1586, 04-MD-15863 (JFM)).

Education

- Brooklyn Law School, J.D. (2003)
- Barnard College, B.A. (1998)

Admissions

- New York (2004)
- New Jersey (2004)
- United States District Court for the District of New Jersey (2004)
- United States District Court for the Eastern District of New York (2006)
- United States District Court for the Southern District of New York (2006)

**Elizabeth K. Tripodi**, *Associate*

Elizabeth K. Tripodi focuses her current practice on shareholder litigation, with an emphasis on corporate mergers and acquisitions. She represents shareholders of companies whose shares are being acquired through mergers, acquisitions, tender offers, and other change-in-control transactions. Ms. Tripodi was recently named a Washington, DC "Super Lawyer" and was selected as a "Rising Star."

Ms. Tripodi has played a key role in obtaining injunctive relief while representing shareholders in connection with M&A litigation, including obtaining preliminary injunctions or other injunctive relief in the following actions:

- ***In re Portec Rail Products, Inc. Shareholder Litigation***, G.D. 10-3547 **(Pa. Ct. Com. Pleas 2010)**
- ***In re Craftmade International, Inc. Shareholders Litigation***, C.A. No. 6950-VCL **(Del. Ch. 2011)**
- ***Dias v. Purches, et al.***, **C.A. No. 7199-VCG (Del. Ch. 2012)**
- ***In re Complete Genomics, Inc. Shareholder Litigation***, **C.A. No. 7888-VCL (Del. Ch. 2012)**

Additionally, Ms. Tripodi has served as part of the litigation teams that have obtained monetary recoveries, and deal price increases for shareholders in M&A litigation, including:

- ***In re Great Wolf Resorts, Inc. Shareholder Litigation***, **C.A. No. 7328-VCN (Del Ch. 2012)**, where there was a $93 million (57%) increase in merger consideration
- ***Minerva Group, LP v. Keane et al.***, **Index No. 800621/2013 (Supreme Court of Erie County, NY)**, where she helped obtain a settlement in which Defendants increased the price of an insider buyout from $8.40 to $9.25 per share

Prior to joining the Firm, Ms. Tripodi was a member of the litigation team that served as lead counsel in, and was responsible for, the successful prosecution of numerous class actions, including:

- ***Rudolph v. UTStarcom***, **560 F. Supp. 2d 880 (N.D. Cal. 2008)** (stock option backdating litigation obtaining a $9.5 million settlement)
- ***Grecian v. Meade Instruments Corp., et al.***, **No. 8:06-cv-00908 (C.D. Cal. 2006)** (stock option backdating litigation obtaining a $3.5 million settlement)

Education

- American University Washington College of Law (2006), cum laude, where she served as Editor in Chief of the Business Law Brief, was a member of the National Environmental Moot Court team, and interned for Environmental Enforcement Section at the Department of Justice
- Davidson College B.A. (2000) Art History

Admissions

- Virginia (2006)
- District of Columbia (2008)
- United States District Court for the Eastern District of Virginia (2006)
- United States District Court for the District of Columbia (2010)

LEVI&KORSINSKY LLP
NEW YORK I WASHINGTON D.C. I NEW JERSEY I CONNECTICUT

**Thomas M. Gottschlich**, *Associate*

Thomas M. Gottschlich focuses on prosecuting shareholder, consumer, and anti-trust class actions. During law school, Mr. Gottschlich interned at the Department of Justice's Federal Tort Claims Act Section, interned for the Honorable Ricardo M. Urbina at the U.S. District Court for the District of Columbia, and interned for the Honorable Mary Katherine Huffman at the Montgomery County, Ohio Court of Common Pleas.

Education

- American University Washington College of Law, J.D. (2009), where he was a member of the American University Law Review
- American University, B.A. (2005) International Studies, Spanish minor

Admissions

- New York (2009)
- District of Columbia (2011)
- United States District Court for the Southern District of New York (2012)
- United States District Court for the Eastern District of New York (2012)

*"appreciated very much the quality of the argument, the obvious Preparation that went into it, and the ability of counsel..."*

*Vice Chancellor Sam Glasscock, III, Dias v. Purches, et al., C.A. No. 7199-VCG (Del. Ch. 2012)*

**Adam Apton**, *Associate*

Adam Apton practices in the Washington, DC office, where he focuses on securities fraud, corporate governance, and shareholder rights litigation. Prior to joining the Firm, Mr. Apton defended corporate clients against complex mass tort, commercial, and products liability lawsuits. Mr. Apton interned for the Honorable Carolyn E. Demarest of the New York State Supreme Court, Commercial Division, while attending law school. He also served as an Articles Editor for the New York Law School Law Review.

Education

- New York Law School, J.D. cum laude (2009)
- University of Minnesota, B.A. with distinction (2006) Entrepreneurial Management & Psychology

Admissions

- New York (2010)
- United States District Courts for the Southern District of New York (2010)
- United States District Courts for the Eastern District of New York (2010)
- District of Columbia (2013)

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON D.C. I NEW JERSEY I CONNECTICUT

Publications

Mr. Apton's comment on the federal district court case In re Davis, (53 N.Y.L. SCH. L. REV. 639 (2008–2009)Participation in a multi-volume analysis of statutory interpretation rules published by the Social Science Research Network, "Only a Sith Thinks Like That": Llewellyn's "Dueling Canons", Pairs Twenty-One to Twenty-Four (Feb. 2010).


**Justin G. Sherman**, *Associate*

Justin G. Sherman is a member of the New York City Bar Association and the New York County Lawyers Association.

Education

- New York Law School, J.D. (2011) cum laude, where he was a Notes & Comments Editor on the New York Law School Law Review
- Hamilton College, B.A. (2008), World Politics Major, Spanish Minor

Admissions

- New Jersey (2011)
- New York (2012)
- United States District Court for the District of New Jersey (2012)


**William J. Fields**, *Associate*

William J. Fields is a member of the New York City Bar Association and serves on the New York City Affairs Committee. Before joining the Firm, Mr. Fields was a Law Clerk in the Second Circuit Court of Appeals – Staff Attorney's Office.


Education

- Cornell Law School, J.D. (2011)
- University of Connecticut, B.A. (2008) cum laude

Admissions

- New York (2012)
- New Jersey (2012)

---

*In appointing the Firm lead counsel in Zaghian v. THQ, Inc., 2:12-cv-05227-GAF-JEM (C.D. Cal. Sept. 14, 2012), The Honorable Gary Allen Feess cited the Firms' "significant prior experience in securities litigation and complex class actions."*

---

**Sebastian Tornatore**, *Associate*

Prior to joining the Firm, Sebastian Tornatore worked for the Connecticut Judicial System, where he gained significant experience working for various state judges.

Education

- The University of Connecticut School of Law, J.D. (2012), where he served as Executive Editor of the Connecticut Law Review and was a member of the Connecticut Moot Court Board
- Boston College, B.A. (2008) Political Science

Admissions

- Massachusetts (2012)
- Connecticut (2012)
- New York (2014)
- United States District Court for the District of Connecticut (2014)

**Stephanie Bartone**, *Associate*

Education

- The University of Connecticut School of Law, J.D. (2012), where she served as Symposium Editor of the Connecticut Law Review
- University of New Hampshire, B.A. (2008) summa cum laude, Psychology and Justice Studies

Admissions

- Connecticut (2012)
- Massachusetts (2012)
- United States District Court for the District of Connecticut (2015)

**Christopher J. Kupka**, *Associate*

Christopher J. Kupka has experience in insurance, contract, securities, and corporate law, and focuses on the litigation of derivative and class actions. Prior to joining the Firm, Mr. Kupka was an associate at a boutique insurance law firm where he prosecuted affirmative recovery actions against perpetrators of healthcare fraud under the Racketeer Influenced and Corrupt Organizations ("RICO") Act.

Education

- University of Pennsylvania Law School, J.D. (2010), where he served as an editor of the Journal of International Law, was an Edward V. Sparrow Public Interest Fellow, and was awarded the M.H. Goldstein Memorial Prize in labor law
- Cornell University, A.B. (2007)

Admissions

- New York (2011)United States District Courts for the Southern District of New York (2012)
- United States District Courts for the Eastern District of New York (2012)

## LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON D.C. I NEW JERSEY I CONNECTICUT

- Illinois (2013)
- United States District Courts for the Northern District of Illinois (2014)

Publications

- "Remediation of Unfair Labor Practices and the EFCA: Justifications, Criticisms, and Alternatives," 38 Rutgers L. Rec. 197 (May 2011).


**Alexander Krot**, *Associate*

Education

- The George Washington University, BBA (2003) concentrations in Finance and International Business
- A merican University Washington College of Law, J.D. (2010)
- Georgetown University Law Center, LL.M. (2011) Securities and Financial Regulation with Distinction
- American University, Kogod School of Business, M.B.A. (2012)

Admissions

- Maryland (2011)
- District of Columbia (2014)


**Timothy Straub**, Associate

Education

- University of Nebraska, B.A. (2002) with distinction, Philosophy
- Georgetown University, M.A, (2005) Philosophy
- Fordham University School of Law, J.D. (2013) cum laude, where he served as Assistant Competitions Editor for the Fordham Law Moot Court Board and was a member of the Fordham Urban Law Journal.

Admissions

- New York (2014)


**Katherine DeStefano,** *Associate*

Katherine DeStefano practices in the Washington, DC office. Prior to joining the Firm, Ms. DeStefano was a law clerk in the District Court of Maryland for Montgomery County, assisting all eleven judges.

Education

- Georgetown University, B.S. Marketing & Management, concentration in Leadership & Change (2010)
- Fordham University School of Law, J.D. (2013), where she served as an Associate Editor of the Fordham Intellectual Property, Media & Entertainment Law Journal, and as Executive Vice President of the Fordham Sports Law Forum.

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON D.C. I NEW JERSEY I CONNECTICUT

Admissions

- New York (2014)
- District of Columbia (2014)

*"a model for how [the] great legal profession should conduct itself."*

*Justice Timothy S. Driscoll, Grossman v. State Bancorp, Inc., Index No. 600469/2011*
*(Nassau County, New York Supreme Court 2011)*

### Courtney E. Maccarone, *Associate*

Prior to joining the firm, Ms. Maccarone was an associate at a boutique firm in New York specializing in class action litigation. Ms. Maccarone gained experience in law school as an intern to the Honorable Martin Glenn of the Southern District of New York Bankruptcy Court and as a law clerk at a New York City-based class action firm.

Ms. Maccarone was selected to the 2014 New York Super Lawyers "Rising Stars" list.

Education

- New York University, B.A. (2008) magna cum laude
- Brooklyn Law School, J.D. (2011) magna cum laude, where she served as the Executive Symposium Editor of the Brooklyn Journal of International Law and was a member of the Moot Court Honor Society

Admissions

- New Jersey (2011)
- New York (2012)
- United States District Court for the District of New Jersey (2012)
- United States District Court for the Eastern District of New York (2012)
- United States District Court for the Southern District of New York (2012)

Publications

- "Crossing Borders: A TRIPS-Like Treaty on Quarantines and Human Rights," published in the Spring 2011 edition of the Brooklyn Journal of International Law.

### Michael B. Ershowsky, *Associate*

Education

- Brooklyn Law School, J.D. (2013), where he earned a Certificate in Business Law with Distinction

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON D.C. I NEW JERSEY I CONNECTICUT

- University of Miami, B.A. (2006) History

Admissions

- New York (2014)

**Brian Stewart**, *Associate*

Mr. Stewart is an Associate with the Firm practicing in the Washington, DC office.

Prior to joining the firm, Mr. Stewart was an associate at a small litigation firm in Washington D.C. and a regulatory analyst at the Financial Industry Regulatory Authority (FINRA).  During law school, he interned for the Enforcement Divisions of the SEC and CFPB.

Education

- American University Washington College of Law, J.D. (2012)
- University of Washington, B.S. Economics, Minor in Mathematics (2008)

Admissions

- Maryland (2012)
- District of Columbia (2014)