# Exhibit 3

# Stephen J. Crane

(O) 206-292-9090
(C) 206-715-4076
(F) 206-292-9736                                         Crane Dunham PLLC
(E) scrane@cranedunham.com                               2121 Fifth Avenue
                                                         Seattle, Washington 98121

_____

### S U M M A R Y

I have had more than 38 years of experience in private law practice, and significant public and community service in downtown Seattle. My areas of emphasis as an attorney include plaintiffs' class action and securities litigation, drafting complex business contracts, and consummating high value transactions.

**Civil Litigation (Examples)**

- Successful representation through trial of non-US companies and individuals in high value claims against domestic companies and individuals through use of the federal and state courts.
- Successful prosecution of class action lawsuit for 150,000+ cell phone owners in Washington and appeal to the State Supreme Court overthrowing bans on consumer class action lawsuits in form contracts (*Scott v. Cingular*, 2007).
- Successful prosecution of class action employment lawsuit on behalf of more than 1400 current and former employees of private Seattle club for wrongful withholding of wages for period of over 8 years.
- Successful representation of sellers, buyers, agents, and lenders in real estate litigation, including recent negotiations on behalf of 137 domestic and foreign buyers backing out of $100MM+ worth of purchase agreements for condos in a dozen high rise buildings in Seattle and Bellevue.

**Real Estate Law and Development (Example)**

- Successful completion, as both principal and as a land use attorney, of all pre-development requirements for construction of $100MM+ full-service hotel (Westin's "W") in downtown Seattle, including first acquisition 14 stories of transferrable development rights from the City of Seattle.

### P R O F E S S I O N A L   E X P E R I E N C E

**Founding senior partner**, **Crane Dunham PLLC**. 1978 – present. Founded boutique civil practice law firm, with own practice specializing in real estate, and civil litigation. Firm obtained largest civil jury verdict in history of King County in civil litigation at time rendered. (see www.cranedunham.com)

### E D U C A T I O N

Master of Laws Degree (L.LM.), University of Washington School of Law, Seattle.

Juris Doctor (J.D.), Hastings College of the Law, University of California, San Francisco.

Bachelor of Arts Degree (B.A.) in political science, San Jose State University, San Jose.

### P E R S O N A L   &   C O M M U N I T Y   S E R V I C E

Member (Past Board Member and Vice President), Pacific Real Estate Institute, non-profit private organization of top real estate leaders in Washington State.

Past President and Current Board Member, Laurelhurst Beach Club.

Past Chairman, Land Use and Development Committee, Greater Seattle Chamber of Commerce.

Past Member of and Legal Counsel to Seattle International District Special Review Board.