# Exhibit 4



**303 EAST 17TH AVENUE, SUITE 810**  **TELEPHONE: 303.861.1764**
**DENVER, COLORADO  80203**  **FACSIMILE: 303.395.0393**

## FIRM BIOGRAPHY

The law firm of Dyer & Berens LLP ("Dyer Berens") focuses on representing groups of aggrieved investors nationwide. We are committed to providing our clients with superior personal attention and service, and seek to represent all clients with the highest level of skill, competence, and dedication.

Dyer Berens is located in the Mile-High City of Denver, Colorado. The majestic Rocky Mountains to the west of our city, with their timeless strength and stability, inspire the firm's guiding tenet, "Justice For All," and symbolize our unwavering commitment to achieving that goal. We firmly believe that "justice" begins with access to the courthouse "for all" persons, not just for corporations with the seemingly unlimited resources to overwhelm those who dare challenge their conduct.

With a proven combination of experience, talent, and perseverance, we have recovered hundreds of millions of dollars for shareholders, employees and consumers. Over the last thirty years, our attorneys have litigated scores of cases, tackled novel legal issues, helped establish new law, and achieved significant class-wide recoveries. Courts throughout the country have recognized our expertise, time and time again, and have appointed our attorneys as lead or co-lead counsel in dozens of securities class action cases, including, *United Western Bancorp, Inc.*, *Winslow v. BancorpSouth, Inc.*; *Zametkin v. Fidelity Management & Research Co.; Yu v. State Street Corporation; Noble Asset Management, LLC v. Allos Therapeutics, Inc.; Rasner v. FirstWorld Communications, Inc.*; *Croker v. Carrier Access Corporation*; *Angres v. Smallworldwide, PLC*; *In re Ultimate Electronics, Inc. Securities Litigation*; *Queen Uno Ltd. v. Coeur d'Alene Mines Corporation*; *In re Secure Computing Securities Litigation*; *Gregg v. Sport-Haley, Inc.*; *Garza v. J.D. Edwards & Company*; *Toothman v. One-Stop Wireless of America, Inc.*; *In re Tele-Communications, Inc. Securities Litigation*; and *Muhr v. Transcrypt International, Inc.*

We are proud of our attorneys' hard-earned reputations and their long track-records of achieving outstanding results.

# FIRM ATTORNEYS

### *ROBERT J. DYER III*

Mr. Dyer, the firm's managing partner, has prosecuted state and federal class action lawsuits for more than thirty-five years, focusing on shareholder and consumer class action litigation. He has broad trial experience in various state and federal courts, having tried more than twenty-five cases to a jury and more than fifty cases to the court. Mr. Dyer tried and won one of the first class actions ever tried to verdict in the state of Colorado. Additionally, Mr. Dyer has successfully argued numerous appeals to the Colorado Court of Appeals, Supreme Court of Colorado, and the Tenth Circuit U.S. Court of Appeals.

During the course of his career, Mr. Dyer has participated in more than fifty securities and consumer class action lawsuits as lead or class counsel. As a result, Mr. Dyer has been responsible for the recovery of hundreds of millions of dollars for the benefit of aggrieved shareholders and consumers. Some of Mr. Dyer's notable cases include successful litigation against Qwest Communications, Inc., FirstWorld Communications Inc., Samsonite Corporation, J.D. Edwards & Company, Tele-Communications, Inc. (TCI), ICG Communications, Inc., Coeur d'Alene Mines Corporation, One Stop Wireless of America, Inc., Storage Technology Corporation, King Resources Company, Oceanic Exploration, Inc., McCulloch Oil Company, Colorado Western Development Company, Mountain States Telephone and Telegraph Co., and Vicorp Restaurants, Inc.

Before starting the firm, Mr. Dyer attended Oberlin College where he received his undergraduate degree in 1967. Following service in the United States Army as a 1st Lieutenant during the Vietnam conflict, Mr. Dyer attended the University of Michigan Law School, from which he graduated *cum laude* in 1973. During law school, Mr. Dyer served on the staff of and wrote for the University of Michigan Law School publication, *Prospectus: A Journal of Law Reform*. Following law school, Mr. Dyer clerked for a year with the New Mexico Supreme Court.

Mr. Dyer was admitted to the state bar of New Mexico in 1973 and the state bar of Colorado in 1974. He is also admitted to practice before the United States District Court for the District of Colorado, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court. He has been admitted *pro hac vice* in a number of other states. Mr. Dyer is AV Rated among his peers, which recognizes his knowledge and skill derived from extensive experience (ranking him at the highest level of professional excellence) according to Martindale-Hubbell and is a member of the National Association of Shareholder & Consumer Attorneys (NASCAT).

### JEFFREY A. BERENS

Mr. Berens, a founding partner of Dyer & Berens LLP, has prosecuted state and federal class action lawsuits for more than fifteen years, focusing his practice on shareholder class action litigation.

Over the last fifteen years, Mr. Berens has had primary responsibility for litigating class action lawsuits against Fidelity Management & Research Company, State Street Corporation, United Western Bancorp, Inc., FirstWorld Communications, Inc., Carrier Access Corporation, ICG Communications, Inc., One-Stop Wireless of America, Inc., Tuesday Morning, Inc., Transcrypt International, Inc., and Sport-Haley, Inc., among many others. In 2002, he successfully argued to the Colorado Court of Appeals that the district court had erred in failing to allow thousands of victims of a nationwide boiler room fraud to band together and prosecute their claims in a single class action. The Court of Appeals' opinion in *Toothman v. Freeborn & Peters*, 80 P.2d 804 (Colo. Ct. App. 2002) established new law, making it more difficult for dishonest promoters to evade the reach of the securities laws. Mr. Berens later won entry of a $75.3 million summary judgment against the alleged ringleader of the scheme. Other significant highlights include class-wide recoveries in securities litigation involving Qwest Communications, Tele-Communications, Inc. (TCI), and Einstein Noah Bagel Corp.

Mr. Berens attended Marquette University Law School, from which he graduated *cum laude* in 1996. While at Marquette, he served as a judicial extern to the Honorable John L. Coffey of the United States Court of Appeals for the Seventh Circuit, and was a member of the Marquette University Law Review. Mr. Berens received his undergraduate degree in business and accounting from the University of Wisconsin-Milwaukee in 1990. Thereafter, he was employed as a corporate accountant for two years, during which time he passed the Certified Public Accountant examination.

Mr. Berens was admitted to the state bar of Wisconsin in 1996 and the state bar of Colorado in 1997. He is also admitted to practice before the United States District Courts for Colorado and the Eastern District of Wisconsin, the Tenth Circuit Court of Appeals, and has been admitted to practice, on a case by case basis, in various state and federal jurisdictions throughout the country. Mr. Berens is the author of *Pleading Scienter Under The Private Securities Litigation Reform Act of 1995*, which was published in *The Colorado Lawyer* in 2002. Mr. Berens is a member of the Colorado Bar Association and the National Association of Shareholder & Consumer Attorneys (NASCAT).

### *D<small>ARBY</small> K. K<small>ENNEDY</small>*

Darby K. Kennedy, a senior associate of the firm, has more than nine years of complex civil litigation experience practicing in state and federal courts.  Ms. Kennedy is an integral part of the firm's successful class action practice, focusing on securities fraud and consumer protection litigation.  Her strong attention to detail has proven particularly valuable in the firm's many cases involving complex and novel legal issues.  Ms. Kennedy was an active member on the teams responsible for favorably prosecuting cases against Ultimate Electronics, Inc., SpectraLink Corporation, and ICG Communications.

Before joining the firm, Ms. Kennedy attended the University of Denver College of Law, from which she graduated in 2002.  During her time there, she served as a general editor for the *Denver University Law Review* and was a student member of the American Bar Association.  Ms. Kennedy earned several honors and scholastic excellence awards for her legal research and writing abilities.  Her *Survey Comment: Recent Developments In Tax Law In The Tenth Circuit* was published in the Review's Twenty-Eighth Annual Tenth Circuit Survey issue for September 2001-August 2002.  Prior to law school, Ms. Kennedy attended the University of Arizona on a four-year academic scholarship.  While at the U of A, Ms. Kennedy was on the Dean's Honor List, a member of Phi Eta Sigma, and published in the University's *1992-1993 A Student's Guide To Freshman Composition*.  In 1995, Ms. Kennedy graduated *cum laude* with a Bachelor of Science in Business Administration.

Ms. Kennedy was admitted to the state bar of Colorado in 2002.  She is also admitted to practice before the United States District Court for the District of Colorado and the Tenth Circuit Court of Appeals.  Ms. Kennedy is a member of the Colorado Bar Association and the Denver Bar Association.

## CLASS RECOVERIES

Over the past thirty-five years, our attorneys have had exceptional success in prosecuting shareholder, consumer and employment class actions. Below is a sampling of some of our more notable cases.

- *In re Storage Tech. Sec. Litig.*, Case No. 92-B-750 (D. Colo.) ($55 million recovered)

- *Winslow v. BancorpSouth, Inc.*, Case No. 3:10-cv-00463 (M.D. Tenn.) ($29.25 million recovered)

- *In re Tele-Communications, Inc. Sec. Litig.,* Case No. 97CV421 (Colo.) ($26.5 million recovered)

- *Rasner v. FirstWorld Comm'ns Inc.*, Case No. 00-K-1376 (D. Colo.) ($25.925 million recovered)

- *Muhr v. Transcrypt Int'l, Inc.,* Case No. CI98-333 (Neb.) (approximately $25 million recovered)

- *Knudson v. Samsonite Corp.*, Case No. 98CV2210 (Colo.) ($24 million recovered)

- *In re ICG Comm'ns Sec. Litig.*, Case No. 00-cv-1864-REB-BNB (D. Colo.) ($18 million recovered)

- *In re Rhythms Sec. Litig.*, Case No. 02-cv-35-JLK (D. Colo.) ($17.5 million recovered)

- *Toothman v. One Stop Wireless of America, Inc.,* Case No. 98CV931 (Colo.) (approximately $11 million recovered)

- *Angres v. Smallworldwide PLC,* Case No. 99-K-1254 (D. Colo.) ($9.85 million recovered)

- *Zametkin v. Fidelity Management & Research Co.*, Case No. 1:08-cv-10960-MLW (D. Mass.) ($7.5 million recovered)

- *Croker v. Carrier Access Corp.*, Case No. 05-cv-1011-LTB-OES (D. Colo.) ($7.4 million recovered)

- *Yu v. State Street Corp.*, Case No. 1:08-cv-08235-PAC (S.D.N.Y.) ($6.25 million recovered)