# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.
_____

**ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND EXPENSES**
_____

THIS MATTER having come before the Court on August 25, 2015, on the application of Plaintiffs' Counsel for an award of attorneys' fees and expenses incurred in the litigation; the Court having considered all papers filed and proceedings conducted herein, and having found the settlement of this litigation to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2

1. All capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated April 27, 2015 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of the application and all matters relating thereto, including all members of the Class.

3. The Court hereby awards Plaintiffs' Counsel attorneys' fees of ____% of the Settlement Fund, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund. The Court also awards Plaintiffs' Counsel $_____ in expenses, plus interest on such expenses at the same rate and for the same time period as earned by the Settlement Fund.

4. The awarded attorneys' fees and expenses shall be paid to Plaintiffs' Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms and conditions of the Stipulation.

5. The awarded attorneys' fees and expenses shall be allocated by Plaintiffs' Counsel among themselves in a manner which they, in good-faith believe, reflects the contribution of such counsel to the prosecution and settlement of the litigation. The Court finds that the fees awarded are fair and reasonable under the percentage-of-recovery method.

SO ORDERED this _____ day of _____, 2015.

                                                            _____
                                                            HON. JOHN L. KANE
                                                            U.S. DISTRICT JUDGE

4817-8517-1750, v. 1