Exhibit 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

      Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

      Defendants.

---

**DECLARATION OF STEPHEN J. CRANE FILED ON BEHALF OF CRANE DUNHAM
PLLC IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEY'S FEES AND
EXPENSES**

---

I, STEPHEN J. CRANE, declare as follows:

1.  I am the founding partner with the Seattle law firm of Crane Dunham, PLLC ("Crane Dunham"). I am submitting this declaration in support of my firm's application for an award of attorney's fees and expenses in connection with services rendered in the above-entitled action.

2.  This firm is counsel to Plaintiff William Douglas Moreland in the above captioned action.

3.  The identification and background of my firm and its attorneys is attached hereto as **Exhibit 1**.

4.  The information set forth below regarding the firm's time and expenses is taken from time and expenses printouts prepared and maintained by the firm in the ordinary course of business. I reviewed these printouts to confirm both the accuracy of entries on the printouts as well as the necessity for and reasonableness of the time and expenses committed to the litigation. As a result of these reviews, reductions were made to the firm's time and expense entries. As a result of these reviews and adjustments, I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation.

5.  The total number of hours spent on this litigation by my firm is 935.5. The total lodestar amount for attorney time based on the firm's current rates is $357,300.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Stephen Crane | (P) | 652.5 | 450 | 293,625 |
| Jason Leehan | (A) | 283 | 225 | 63,675 |
| **TOTAL:** | | 935.5 | | 357,300 |

(P) Partner      (A) Associate

6. As reflected above, Mr. Crane and Mr. Leehan committed significant time in undertaking their duties as Co-Lead Counsel. The services rendered by Mr. Crane and Mr. Leehan include, without limitation: meeting on numerous occasions with Co-Lead Plaintiff Douglas Moreland; meeting on numerous occasions with former CEO and Board Member of New Frontier, Michael Weiner, and former Board Member David Nicholas; conferring with several economic experts regarding the plaintiffs' damages claims and theories in the litigation; providing input on and/or researching and/or drafting or reviewing at least portions of all major various pleadings and filings in the case; attending court hearings and status conferences in Denver, taking deposition of former New Frontier Board Member and defendant Alan Isaacman; conferring with defense counsel on behalf of plaintiffs relating to discovery and other matters in the litigation; travel to and from, on multiple occasions to New York City, Los Angeles, and Denver for meetings, hearings and a mediation; advising Co-Lead Counsel with respect to plaintiff William Douglas Moreland; and providing input on numerous other relevant matters.

7. My firm seeks an award of $7,909.98 in expenses in connection with prosecution of the litigation. They are broken down as follows:

**EXPENSES/CHARGES**
From inception to 7/27/15

| CATEGORY | TOTAL |
|---|---|
| Travel, on multiple occasions each, to and from New York City, Los Angeles, and Denver, and also to San Francisco | $2,856.98 |
| Hotel and lodging during travel, including car rentals & taxis* | $3,980.60 |
| Photocopies (In-house 5362 @$.020) | $1,072.40 |
| **TOTAL:** | $7,909.98 |

*Includes $875 in estimated travel, lodging and meal costs related to the upcoming August 25, 2015 final approval hearing.

8. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from receipts, expense vouchers, check records and other documents and are an accurate record of expenses.

9. The following discussion provides additional information regarding the word done by attorneys or others who committed significant time to the litigation:

(a)      **Stephen J. Crane** is the founding partner of Crane Dunham.  Mr. Crane was responsible for the overseeing and/or collaboration with his co-lead counsel principal Shannon Hopkins on every aspect of this litigation, including:

(i)      Investigating the potential claims by shareholder and co-lead plaintiff, William Douglas Moreland, including but not limited to multiple meetings with founder of New Frontier Media and former Board Members, and other knowledgeable fact witnesses;

(ii)     Extensive discussions with other attorneys who had or were in the process of bringing suits against New Frontier Board members and the Board of Directors;

(iii)    Review and editing of amended complaint in the litigation;

(iv)    Conferring on multiple occasions with Plaintiffs' valuation experts, including the expert retained in the litigation;

(v)     Conferring with Co-Lead Counsel and Defense Counsel on numerous discovery issues and disputes, including but not limited to the testimony provided by individual defendants in an extensive related but separate arbitration matter.

(vi)    Reviewing and editing Plaintiffs' Rule 26(a) disclosures;

(vii)   Reviewing and editing the Scheduling order and Confidentiality Order filed with the Court;

(viii)  Reviewing and editing Plaintiffs' First Request for Production of Documents and First Set of Interrogatories;

(ix)    Reviewing and editing responses to Defendant's discovery requests served on Plaintiffs', including but not limited to those relating to Plaintiff Moreland and the over 1 Million shares of stock in New Frontier that he held directly and indirectly.

(x)     Extensively meeting numerous times in person, and conferring by both telephone and email with Plaintiff Moreland and key fact witnesses Weiner and Nicholas, and counsel for Weiner and for other major shareholders of New Frontier;

(xi)    Reviewing of voluminous documents produced by Defendants, Avondale Partners, and transcripts from the multiple day arbitration proceedings;

(xii)    Preparing for and deposing individual and key defendant, Alan Isaacman, in Los Angeles

(xiii)   Review and editing of mediation statement in preparation of mediation;

(xiv)   Participation in all day mediation in New York City;

(xv)    Participation in post-mediation negotiation with mediator, co-lead counsel, and defendants' counsel;

(xvi)   Review of materials for motion for preliminary approval of settlement; and

(xvii)  Drafting of materials for motion for final approval of settlement.

(b)     **Jason T. Leehan** was an associate attorney in the law firm of Crane Dunham from 2010 through early November, 2014.  Mr. Leehan was responsible for assisting Mr. Crane in nearly aspect of this litigation until his leaving the firm, including:

(i)      Investigating the factual aspects of the claims in the case, including multiple meetings with founder of New Frontier Media and former Board Members, and Plaintiff William Douglas Moreland;

(ii)     Review of amended complaint in the litigation;

(iv)    Conferring with Plaintiffs' valuation experts;

(v)     Conferring with Co-Lead Counsel and Defense Counsel on numerous discovery issues and disputes;

(vi)    Reviewing Plaintiffs' Rule 26(a) disclosures;

(vii)   Reviewing the Scheduling order and Confidentiality Order filed with the Court;

(viii)   Reviewing Plaintiffs' First Request for Production of Documents and First Set of Interrogatories;

(ix)     Reviewing and editing responses to Defendants' discovery requests served on Plaintiffs;

(x)      Meeting numerous times in person, and conferring by both telephone and email with Plaintiff William Douglas Moreland and key fact witnesses Weiner and Nicholas, and counsel for Weiner; and

(xi)     Participate in status conference before the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July 2015, at Seattle, Washington

Stephen J. Crane

# EXHIBIT 1

# Stephen J. Crane

(O) 206-292-9090
(C) 206-715-4076
(F) 206-292-9736
(E) scrane@cranedunham.com

Crane Dunham PLLC
2121 Fifth Avenue
Seattle, Washington 98121

_____

## S U M M A R Y

I have had more than 38 years of experience in private law practice, and significant public and community service in downtown Seattle. My areas of emphasis as an attorney include plaintiffs' class action and securities litigation, complex civil litigation, and consummating high value real estate transactions.

### Civil Litigation (Selective Examples)

- Successful representation through trial of non-US companies and individuals in high value claims against domestic companies and individuals through use of the federal and state courts.
- Successful prosecution of class action lawsuit for 150,000+ cell phone owners in Washington through appeal to the State Supreme Court, which declared illegal bans on consumer class action lawsuits in form business contracts (*Scott v. Cingular*, 2007).
- Successful prosecution of class action employment lawsuit on behalf of more than 1400 current and former employees of private Seattle club for wrongful withholding of wages for period of over 8 years (*Alcantara et. al. v. Columbia Tower Club, 2002*).
- Successful representation of sellers, buyers, agents, and lenders in real estate litigation, including recent negotiations on behalf of 137 domestic and foreign buyers backing out of $100MM+ worth of purchase agreements for condos in a dozen high rise buildings in Seattle and Bellevue.

## P R O F E S S I O N A L   E X P E R I E N C E

**Founding senior partner, Crane Dunham PLLC.** 1978 – present. Founded boutique civil practice law firm, with own practice specializing in class actions, complex civil litigation and real estate. Firm obtained largest civil jury verdict in history of King County in civil litigation at time rendered. (see www.cranedunham.com)

## E D U C A T I O N

Master of Laws Degree (L.LM.), University of Washington School of Law, Seattle.

Juris Doctor (J.D.), Hastings College of the Law, University of California, San Francisco.

Bachelor of Arts Degree (B.A.) in political science, San Jose State University, San Jose.

## P E R S O N A L   &   C O M M U N I T Y   S E R V I C E

Member (Past Board Member and Vice President), Pacific Real Estate Institute, non-profit private organization of top real estate leaders in Washington State.

Past President and Current Board Member, Laurelhurst Beach Club.

Past Chairman, Land Use and Development Committee, Greater Seattle Chamber of Commerce.

Past Member of and Legal Counsel to Seattle International District Special Review Board.

Member, American Bar Association, Washington State Bar Association, and local bar associations.