Exhibit 8

# EXHIBIT 2

RECEIVED JAN 1 1 2005
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -1 9 2005

GREGORY C. LANGHAM
CLERK

REC'D JAN 2 0 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 00-K-1376 (Consolidated with Civil Action Nos. 00-K-1398, 00-K-1403, 00-K-1432, 00-K-1464, 00-K-1474, 00-K-1601, 00-K-1602, 00-K-1606 and 00-K-1661)

MICHAEL RASNER, On Behalf of Himself and All Others Similarly Situated,

Plaintiff,

v.

FIRSTWORLD COMMUNICATIONS, INC. (now known as VERADO HOLDINGS, INC.),
DONALD STURM,
SHELDON S. OHRINGER,
PAUL C. ADAMS,
JAMES O. SPITZENBERGER,
JOHN C. STISKA,
MELANIE L. STURM,
LEHMAN BROTHERS, INC.,
BEAR, STEARNS & CO. INC.,
DEUTSCHE BANK SECURITIES, INC. (d/b/a DEUTSCHE BANC ALEX. BROWN), and
UBS FINANCIAL SERVICES (f/k/a PAINEWEBBER, INC.),

Defendants.

**ORDER GRANTING APPLICATION BY PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND APPLICATION FOR REPRESENTATIVE PLAINTIFF AWARDS PURSUANT TO 15 U.S.C. §77Z-1(A)(4)**

This matter having come before the Court upon (i) Plaintiffs' Counsel's Fee and Expense Application and (ii) the Representative Plaintiffs' Applications pursuant to 15 U.S.C. §77z-1(a)(4), and the Court, having considered the evidence, all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, and the Court having approved the settlement, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Co-Lead Counsel are awarded (i) attorneys' fees in the amount of $8,555,250 [$8,555,250 requested], to be paid out of the settlement fund in the litigation (the "Settlement Fund") and (ii) costs and expenses in the amount of $2,400,000 [$2,400,000 requested], to be paid out of the Settlement Fund. The awarded attorneys' fees, costs and expenses shall earn interest at the same rate as the Settlement Fund from the date that the Settlement Fund was established until paid.

2. The awarded attorneys' fees, costs and expenses shall be allocated in a manner which, in the good faith judgment of Co-Lead Counsel, reflects the contribution of counsel to the prosecution and settlement of the litigation.

3. Lead Plaintiffs James Mount, Kung Hsu, Anosh Toufigh and Roohi Toufigh, and class representative Phil Storin, are hereby each awarded the following amounts as reimbursement for their time and expenses in prosecuting this litigation: James Mount $2,310 [$2,310 requested], Kung Hsu $1,500 [$1,500 requested], Anosh Toufigh $4,160 [$4,160 requested], Roohi Toufigh $4,160 [$4,160 requested] and Phil Storin $3,570 [$3,570 requested].

Dated: January 18, 2005

BY THE COURT

JOHN L. KANE, JR.
UNITED STATES SENIOR DISTRICT COURT JUDGE

EOD
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN. 19, 2005

GREGORY C. LANGHAM
CLERK

2