Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-K-1254

ROBERT J. ANGRES and IRINA AXELROD-ANGRES, Individually And ~~On Behalf Of A~~
Class Of Others Similarly Situated,

      Plaintiffs,

v.

SMALLWORLDWIDE PLC,
SMALLWORLD SYSTEMS, INC.,
RICHARD G. NEWELL,
ANDREW P. STAFFORD,
TIMOTHY CADMAN and
RICHARD T. GREEN,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 2003

GREGORY C. LANGHAM
CLERK

## ~~[PROPOSED]~~ ORDER AWARDING ATTORNEYS' FEES, COSTS AND EXPENSES

This matter having come before the Court on June 17, 2003, upon the Application by Co-Lead Counsel for Lead Plaintiffs ("Plaintiffs' Counsel") for an award of attorneys' fees, costs and expenses, and the Court, having considered the evidence, all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, and the Court having approved the settlement, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

    1.    Plaintiffs' Counsel are awarded (i) attorneys' fees in the amount of $3,283,333.00, to be paid out of the settlement fund in this litigation (the "Settlement Fund") and (ii) costs and expenses, including expert's fees, in the amount of $590,776.24, to be paid out of the Settlement Fund.

2.  The awarded attorneys' fees, costs and expenses shall earn interest at the same rate as the Settlement Fund from the date the Settlement Fund was established until paid.

3.  The awarded attorneys' fees, costs and expenses shall be allocated in a manner which, in the good faith judgment of Plaintiffs' Counsel, reflects the contribution of Plaintiffs' Counsel to the institution, prosecution and settlement of the Litigation.

DATED: June 17, 2003

BY THE COURT

_____
HONORABLE JOHN L. KANE, JR.
UNITED STATES SENIOR DISTRICT COURT JUDGE

2