**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Date: August 25, 2015 | Deputy Clerk: Bernique Abiakam |
| | Reporter: Mary George |
| Civil Case No.: 12-cv-02941-JLK | |

| | |
|---|---|
| CRAIG TELKE, and | Stephen J. Crane |
| WILLIAM DOUGLAS MORELAND, | Shannon Lee Hopkins |
| Individually and on Behalf All Other | Stephanie A. Bartone |
| Similarly Situated, | Jeffrey A. Berens |

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,                            Stuart N. Bennett
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.

---

### COURTROOM MINUTES

**HEARING:** Settlement Approval Conference

**10:04 a.m.**   Court in session.

Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

Argument heard on Doc. No. 68 (Unopposed Motion for Order)

10:05 a.m.   Argument by Mr. Crane.

ORDERED:   Plaintiff's Request To Amend is GRANTED.

10:19 a.m.   Continued argument by Mr. Crane.

10:22 a.m.   Argument by Mr. Bennett.

*12-cv-02941-JLK*
*August 25, 2015*
*Settlement Approval Conference*

**10:23 a.m.**   Comments and ruling by the Court.

**ORDERED:**   **Plaintiffs' Motion for Final Approval Of: (i) Class Action Settlement; (ii) Plan Of Allocation; (iii) Certification of Settlement Class; (iv) Application For Award Of Attorneys' Fees And Reimbursement Of Expenses; And (v) Application For Incentive Award To Plaintiffs And Memorandum Of Points And Authorities In Support Thereof (Filed 8/4/05; Doc. No. 68) is GRANTED.**

**10:27 a.m.**   **Court in recess.**
Hearing concluded.
Total in-court time: 00:23

2