IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE, and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.
_____

**ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**
_____

THIS MATTER having come before the Court on August 25, 2015 on Plaintiffs' motion for approval of the Plan of Allocation of the net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.    All capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated April 27, 2015 (the "Stipulation").

2. Pursuant to and in full compliance with due process and the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons who are Class Members and who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons who are Class Members to be heard with respect to the Plan of Allocation.

3. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants, which is set forth in the Notice of Pendency and Proposed Settlement of Class Action, sent to Class Members, provides a fair and reasonable basis upon which to allocate the net proceeds of the Settlement Fund established by the Settlement reached in this litigation among Class Members. This Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair, reasonable, and adequate, and the Court hereby approves the Plan of Allocation.

SO ORDERED this 25th day of August, 2015.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE