# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02941-JLK

CRAIG TELKE and
WILLIAM DOUGLAS MORELAND,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEW FRONTIER MEDIA, INC.,
ALAN ISAACMAN,
MELISSA HUBBARD,
HIRAM J. WOO, and
WALTER TIMOSHENKO,

    Defendants.

---

## UNOPPOSED MOTION FOR APPROVAL OF BENEFICIARY FOR RESIDUAL SETTLEMENT FUNDS
---

Plaintiffs Craig Telke and William Douglas Moreland ("Plaintiffs"), by and through Plaintiffs' Counsel, hereby request that the Court approve their designation of the Faculty of Federal Advocates as the beneficiary of the $1,931.84 remaining in the class settlement fund. Plaintiffs' Counsel have conferred with defendants' counsel, who do not take a position on the appropriateness of the designation.

    1.    This class action involved allegations that members of New Frontier Media Inc.'s Board of Directors breached their fiduciary duties in connection with the sale of the company to LFP Broadcasting, LLC. On May 18, 2015, the Court granted preliminary approval to the parties' proposed $2.25 million settlement, and approved the terms of the Stipulation of Settlement. *See* Doc. #66. After notice to the class, the Court granted final approval to the settlement and entered its Order and Final Judgment on August 25, 2015. *See* Doc. #73.

1

2. Pursuant to the Stipulation of Settlement and the Court's Orders, the claims administrator completed the administration process and distributed the Net Settlement Fund to eligible class members who filed valid claims. Settlement checks were issued and mailed to 246 claimants on January 29, 2016. If a check was returned as undeliverable, the claims administrator performed a locator search and forwarded the check to the new address.

3. At this time, nearly a year after the distribution, there are five settlement checks that were delivered but remain outstanding, totaling $1,931.84.[1]

4. Section 3.6(h) of the Stipulation of Settlement provides for the disbursement of any remaining balance after six months as follows:

> (h) Except as provided below in Section 6.5, Defendant shall not have a reversionary interest in the Net Settlement Fund. If (whether by reason of tax refunds, uncashed checks, or otherwise) there is any balance remaining in the Net Settlement Fund after six (6) months from the date of the initial distribution made to Authorized Claimants (the "Initial Distribution"), Plaintiffs' Counsel shall, if feasible, distribute this balance among the Authorized Claimants who negotiated the checks sent to them in the Initial Distribution and who would receive a minimum of $10.00. These distributions shall be repeated until the balance remaining in the Net Settlement Fund is *de minimis*. Thereafter, any balance remaining in the Net Settlement Fund shall be donated to an appropriate non-profit organization selected by Plaintiffs' Counsel, subject to the Court's approval.

*See* Doc. #64-1 at p. 20 (ECF, Page 21 of 101).

5. Plaintiffs' Counsel, after consultation with the claims administrator, have concluded that the current balance of the Net Settlement Fund is *de minimis* given the potential cost of any additional distribution to claimants. Accordingly, Plaintiffs' Counsel hereby select the Faculty of Federal Advocates (FFA) as the beneficiary of this remaining balance. FFA is an organization of attorneys dedicated to improving the quality of legal practice in the federal courts in Colorado by enhancing advocacy skills, professionalism, and the integrity of practice. Details about the FFA's

---

[1] The check stubs included the language: "Please negotiate this check within 180 days of the date of issue. Checks not negotiated within 180 days may be subject to re-distribution. Should you have

current priorities and upcoming programs are listed on its website: http://www.facultyfederaladvocates.org/.

WHEREFORE, Plaintiffs hereby request the Court approve their designation of the Faculty of Federal Advocates as the beneficiary of the approximately $1,932 remaining in the class settlement fund.

Dated:

> */s/ Jeffrey A. Berens*
> Jeffrey A. Berens
> BERENS LAW LLC
> 2373 Central Park Boulevard, Suite 100
> Denver, CO  80238-2300
> (303) 861-1764 (Telephone)
> (303) 395-0393 (Facsimile)
> jeff@jberenslaw.com
>
> *Liaison Counsel for Plaintiffs*
>
> LEVI & KORSINSKY, LLP
> Shannon L. Hopkins
> Stephanie A. Bartone
> 30 Broad Street, 24th Floor
> New York, NY 10004
> Tel: 212-363-7500
> Fax: 212-363-7171
> shopkins@zlk.com
> sbartone@zlk.com
> *Counsel for Plaintiff Telke*
>
> CRANE DUNHAM PLLC
> Stephen J. Crane
> 2121 Fifth Avenue
> Seattle, WA 98121
> Tel: 206-292-9090
> Fax: 206-292-9736
> scrane@cranedunham.com
>
> *Counsel for Plaintiff Moreland*

---

any questions regarding your payment, please call 866-742-4955."

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 16, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

            */s/ Jeffrey A. Berens*
            Jeffrey A. Berens
            BERENS LAW LLC
            2373 Central Park Boulevard, Suite 100
            Denver, CO  80238-2300
            (303) 861-1764 (Telephone)
            (303) 395-0393 (Facsimile)
            jeff@jberenslaw.com